

# United States District Court
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

October 19, 2021

Elizabeth Cumming  
MacArthur Justice Center  
4400 S. Carrollton Ave  
New Orleans, LA 70119

**RE:    3:21-cv-00592-SDD-RLB**  
        Murray, et al v. LeBlanc, et al

<u>NOTICE</u>

    A Complaint was filed in this court. A review of the record indicates Mercedes Townsend is listed as co-counsel for the Plaintiffs. Our records indicate the above listed attorney is currently not admitted to practice before the Middle District of Louisiana. As a result, she will not be allowed to sign, electronically file, or appear in court until admitted. If the attorney is a member of the Louisiana State Bar, please have her complete the admission packet located at https://www.lamd.uscourts.gov/BarAdmission. Otherwise, a Motion to Appear Pro Hac Vice must be filed by local counsel, in accordance with Local Rule 83(b)(8) and the $100.00 fee paid through the Case Management/Electronic Case Filing (CM/ECF) System.

    If you have any questions, please feel free to call the Clerk's Office at 225-389-3500.

Sincerely,

Michael L. McConnell  
Clerk of Court

By: _Elisa Clement_  
      Deputy Clerk