## Department of Public Safety & Corrections

### State of Louisiana

Office of the Secretary

**JOHN BEL EDWARDS**
**GOVERNOR**



**JAMES M. LE BLANC**
**SECRETARY**

November 15, 2017

## M E M O R A N D U M

**TO:** Rodney Cooper, CEO
LaSalle Corrections

**FROM:** James M. Le Blanc
Secretary

**RE:** "Basic Jail Guidelines" Monitoring Report

I am happy to advise that pursuant to the attached monitoring report concerning the Madison Parish Correctional Center and Southern Correctional Facility, I am recertifying this facility in compliance with the "Basic Jail Guidelines" with annual monitoring.

Congratulations to you and your staff for this accomplishment and thank you for the hard work and dedication that are necessary to achieve this goal.

Attachment

c: Mike Ranatza, Executive Director, Louisiana Sheriffs' Association
Larry G. Cox, Sheriff of Madison Parish
Chris Stinson, Warden, Madison Parish Correctional Center and Southern Correctional Facility
Seth Smith, Chief of Operations
Jerry Goodwin, Warden
Tyrone Mays, BJG Team Leader

## Department of Public Safety & Corrections
### State of Louisiana
Office of the Secretary

**JOHN BEL EDWARDS**
**GOVERNOR**



**JAMES M. LE BLANC**
**SECRETARY**

November 14, 2017

## M E M O R A N D U M

**TO:**   James M. Le Blanc
          Secretary

**FROM:**  Angela Tauzin
          Basic Jail Guidelines Administrator

**RE:**   Madison Parish Correctional Center and Southern Correctional Facility

The recertification inspection for the above referenced facility was conducted on October 10, 2017.  At this time, recertification with annual monitoring is recommended.

Thank you.

AT

Attachment



# BJG RECERTIFICATION REPORT

**FACILITY NAME:** Madison Parish Correctional Center
Madison Parish Southern Correctional Facility
**BJG MONITORS:** Tyrone Mays, BJG Team Leader (NE Region)
Scott Cottrell, BJG Team Leader (NW Region)
**FACILITY STAFF:** Chris Stinson, Warden
John Toffton, Deputy Warden
**BJG INSPECTION DATE:** October 10, 2017
**PREVIOUS BJG INSPECTION DATE:** December 15, 2016
**OPERATIONAL CAPACITY:** 898
**COUNT ON DAY OF VISIT:** 679

**Please see attached Excel Spreadsheet for each area reviewed for BJG compliance.**

<u>**CONCERNS OR ISSUES FROM THE PREVIOUS BJG MONITORING INSPECTION:**</u>
None

|  | Male | Female | Total |
|---|---|---|---|
| Number of DOC Offenders | 642 | 0 | 642 |
| Number of Local Offenders | 37 | 0 | 37 |
| Number of Out of State Offenders | 0 | 0 | 0 |
| Number of Federal Offenders | 0 | 0 | 0 |
| **Total Offenders** | 679 | 0 | 679 |

**Number of DOC Offenders that are:**

| | |
|---|---|
| Single Bunked | 0 |
| Double Bunked | 642 |
| Triple Bunked | 0 |
| Total | 642 |

**Number of DOC Offenders that are housed in cells:**

| | |
|---|---|
| Single Bunked | 0 |
| Double Bunked | 23 |
| Triple Bunked | 0 |
| Total | 23 |

Received
11.03.17 at

**Assaults** (Please list monthly since the previous BJG monitoring visit.)

| Month/Year | Off/Off | Off/Off w/sig inj | Offender/Staff | Off/Staff w/sig inj |
|------------|---------|-------------------|----------------|---------------------|
| Dec 2016 | 1 | 0 | 0 | 0 |
| Jan 2017 | 13 | 0 | 0 | 0 |
| Feb 2017 | 5 | 0 | 0 | 0 |
| Mar 2017 | 7 | 0 | 0 | 0 |
| Apr 2017 | 1 | 1 | 0 | 0 |
| May 2017 | 3 | 0 | 0 | 0 |
| Jun 2017 | 6 | 0 | 0 | 0 |
| Jul 2017 | 2 | 0 | 0 | 0 |
| Aug 2017 | 1 | 0 | 0 | 0 |
| Sep 2017 | 4 | 1 | 0 | 0 |

**Seizure Findings** (Please list monthly since the previous BJG monitoring visit.)

| Month/Year | Illicit Substance | Alcohol | Weapon | Cell Phone | Other |
|------------|-------------------|---------|--------|------------|-------|
| Dec 2016 | 0 | 0 | 0 | 1 | 0 |
| Jan 2017 | 117 | 0 | 20 | 36 | 19 |
| Feb 2017 | 6 | 0 | 1 | 4 | 1 |
| Mar 2017 | 63 | 0 | 0 | 8 | 4 |
| Apr 2017 | 108 | 0 | 12 | 14 | 40 |
| May 2017 | 0 | 0 | 7 | 10 | 0 |
| Jun 2017 | 3 | 0 | 3 | 1 | 2 |
| Jul 2017 | 8 | 0 | 5 | 15 | 12 |
| Aug 2017 | 6 | 0 | 6 | 5 | 10 |
| Sep 2017 | 1 | 0 | 4 | 4 | 1 |

## GENERAL APPEARANCE/CLEANLINESS/COMMENTS OF THE FACILITY:

### Living Area:
The living areas were found to be clean and orderly.

### Dorms:
The dorms were in good condition and clean. Personal property was neatly stored. Bulletin boards in each dorm contained information regarding policies and procedures.

### Cell Block:
The cells were clean and minimal property was noted. The offenders voiced no negative comments regarding the facility or their place of confinement.

### Culinary/Dining:
The culinary/dining areas were clean. Offenders receive a medical pre-assessment prior to assignment in the kitchen. Culinary tools were appropriately inventoried with check-out systems in place. Offenders voiced no negative comments regarding the quantity or quality of meals.

### Bathrooms:
The bathrooms were inspected and found to be in good working order.

### Yard Areas:
There is ample yard space for offenders to exercise. Each yard was found to be clean and free of debris.

### Maintenance:
Tools and chemicals in their area were reviewed and found to have an accurate account of tools with a check-out system in place. Work orders are utilized for immediate repairs.

**COUNTS:**
- How many formal counts are conducted each shift? ████████████
- How many counts are conducted each day? ████████

*Stick outs are counts that are conducted in areas other than housing units, such as food services and other areas of normally authorized locations. When conducting and submitting the counts, employees are to actually see the offender before turning in theses counts.*

- How does the facility accomplish this? **Staff conducts visual counts according to policy.**
- Does this process insure accountability and safe/secure operation of the facility? **Yes**

**CLASSIFICATION SYSTEM:**
**Does the facility have any trustees that work outside the secure perimeter? Yes**
    If yes,
- What is their classification process to determine who is eligible for trustee status? **Same criteria as DPS&C.**
- Does their classification process meet DPS&C, Corrections Services' criteria? **Yes**

**OFFENDER DRUG TESTING:** (Please list monthly since the previous BJG monitoring visit.)

| Month/Year | # DOC Tested | Total DOC Pop | % Tested | # Positive |
|---|---|---|---|---|
| Dec 2016 | 88 | 627 | 14% | 0 |
| Jan 2017 | 80 | 572 | 14% | 1 |
| Feb 2017 | 146 | 608 | 24% | 3 |
| Mar 2017 | 167 | 719 | 23% | 6 |
| Apr 2017 | 153 | 714 | 21% | 0 |
| May 2017 | 157 | 703 | 22% | 0 |
| Jun 2017 | 170 | 630 | 27% | 6 |
| Jul 2017 | 130 | 584 | 22% | 0 |
| Aug 2017 | 158 | 603 | 26% | 2 |
| Sep 2017 | 143 | 642 | 22% | 3 |

**BJG AUTOMATED MONTHLY REPORTING REVIEW:**
**Has the facility been inputting the correct info timely?** Yes
**Does the reported info suggest any issues of concern or improvement?** No

**OFFENDER PROGRAMS:**

**GED Program**

Number of GED Slots                             **20**

Number of Participants                         **8**

YTD Number of Completions                 **4**

**LIST ALL CERTIFIED TREATMENT PROGRAMS:** (Attach Form B-04-003-B)
FDIC Money Management
HiSet
Louisiana Risk Management Model Phase I & II
Partners in Parenting
Understanding and Reducing Angry Feelings
**LIST ALL OTHER OFFENDER PROGRAMS:**
AA/NA
Religious Programming

**STAFF COMMENTS/MORALE/GENERAL OBSERVATIONS:**
Staff morale was observed to be very good. Staff is very knowledgeable in their job duties. Throughout the inspection, all staff members were very professional and eager to assist with the audit as needed.

**OFFENDER COMMENTS/MORALE/QUALITY OF LIFE:**
Offender morale was good. There were no negative comments given by the offenders regarding facility of staff.

**RECOMMENDATION:**
Warden Stinson and his staff are committed to maintaining compliance with BJG guidelines and providing a safe, secure, and stable environment for the offenders in their custody.

At this time, recertification with annual monitoring is recommended.



| Facility: Madison Parish (Correctional Center and Southern Correctional Facility) | Date Conducted: October 10, 2017 |
|---|---|

Monitors: Lt. Col. Tyrone Mays, BJG Team Leader (NE Region) and Lt. Col. Scott Cottrell, BJG Team Leader (NW Region)

## BASIC JAIL GUIDELINES (BJG)

### PART I - SAFETY

### A. PROTECTION FROM INJURY AND ILLNESS

| References: ACA CJS 1-1A-01, 1-1A-02, 1-1A-03, 1-1A-04, 1-1A-05, 1-1C-05, 1-1A-03, 1-4A-04 | Findings | Response |
|---|---|---|
| **I-A-001 Safety/Sanitation/Inspections** The facility complies with all applicable laws and regulations of the State Sanitation Officer and the State Fire Marshal. The following inspections are implemented: • Weekly sanitation inspections of all facility areas by a qualified departmental staff member. • Weekly inpections of all food service areas, including dining and food preparation areas and equipment. • Water temperature in housing areas is checked and recorded daily. • Comprehensive and thorough monthly inpections by a safety/sanitation specialist for compliance with sanitation, safety and fire prevention standards. • At least annual inspections by the State Sanitation Officer and the State Fire Marshal. Visual Inspection: Completed inspection checklists and reports. Documentation of corrective action. Inspection reports. | Compliant. Weekly and Monthly inspections are on file to promote compliance. Last DHH retail food service inspection was on 12 May 2017. Last DHH Incarceration inspection was on 12 May 2017. Last Fire Marshal inspection was on 13 Jan 2017. | |
| **I-A-002 Disposal of Materials** Disposal of liquid, solid, and hazardous material complies with applicable government regulations. Visual Inspection: Trash disposal contract. Completed inspection reports, including documentation that deficiencies were corrected. | Compliant. Waste Connection of Louisiana has the contract for trash disposal and handles the contract for liquid, solid, and hazardous materials. | |
| **I-A-003 Vermin and Pests** Vermin and pests are controlled. There is a written and implemented plan for the control of vermin and pests. Visual Inspection: Pest control contracts, trash disposal contracts and inspection reports. | Compliant. A contract for Christian Pest Control is on file. File contains receipt for services. | |
| **I-A-004 Housekeeping** The facility is clean and in good repair. There is a written housekeeping plan that provides for the ongoing cleanliness and sanitation of the facility. Visual Inspection: Inspection reports, completed forms, documentatioon of correction of identified deficiencies. | Compliant. Facility was clean and in good repair. Each dorm officer completes a daily inspection checklist to ensure cleanliness. Deep cleaning is completed every Wednesday in each housing area. | |
| **I-A-005 Water Supply** The facility's potable water source and supply is certified at least annually by an independent, outside source to be in compliance with the State Sanitary Code. The facility complies with the requirements of the state health officer. There is a specific plan for addressing deficiencies, if any, that is approved by the state health officer. Visual Inspection: Documentation of approval by DHH or local authority. Plan for addressing deficiencies. | This facility uses public water and sewer utilities that meet all requirements under Title 51 (Public Health Code). | |

### B. VEHICLE SAFETY

| References: Dept. Reg. C-03-0003 | Findings | Response |
|---|---|---|
| **I-B-001 Offender Transport** Escorted and unescorted absences of state offenders are governed by R.S. 15:811 and 833 and DPS&C Department Regulation No. C-03-003 "Escorted Absences." Visual Inspection: Documentation of staff training. Documentation of medical, funeral, etc. (outside trips) | Compliant. Approved funeral and medical trips are on file. | |

### C. EMERGENCY PREPAREDNESS/RESPONSE

| References: ACA CJS 1-1C-01, 1-1C-02, 1-1C-03, 1-1C-04, 1-1C-06, 1-1C-07, 1-7E-01, Dept. Reg. C-02-010 | Findings | Response |
|---|---|---|
| **I-C-001 Emergency Plan** There is a plan approved by the Secretary of DPS&C, that guides the facility response to emergencies. Emergency plans include those for fire, natural disaster (*i.e. hurricane, chemical spill, threat of flood, bomb threat, etc.*), power outage, hostage situations, work stoppage, riot and other disturbances. All facility personnel are trained annually in the implementation of the emergency plan. The emergecy plan should include procedures to be followed in situations that threaten facility security. An evauucation plan is used in the event of fire or major emergency. The plan is approved by the State Fire Marshal annually, updated if necessary. There are written procedures for significant unusual occurrences or institutional emegencies including but not limited to natural disasters; major disturbances such as riots, hostage situations, escapes, fires, deaths, serious illness or injury and assaults or other acts of violence. Such procedures include the reporting of these incidents to the DPS&C. Visual Inspection: Training records, facility logs, documentation of approval of plan, documentation of annual review, documentation of staff receipt of, and training on the plan. | Compliant. The facility's emergency plan awaiting approval by the Fire Marshal. Documentation of staff training is on file. | |



| | Findings | Response |
|---|---|---|
| **I-C-002  Immediate Release of Offenders**<br>There is a means for the immediate release of inmates from locked areas in case of emergency and there are provisions for a backup system.  The facility has exits that are properly positioned, are clear from obstruction, and are distinctly and permanently marked to ensure the timely evacuation of offenders and staff in the event of fire or other emergency.<br><br>Visual Inspection: Facility records/logs | Compliant.  Exits are properly marked and clear from obstruction. | |
| **I-C-003  Fire Safety/Code Conformance**<br>The facility complies with the requirements of the state fire marshal.  There is a specific plan for addressing deficiencies, if any, that is approved by the State Fire Marshal.  The State Fire Marshal approves any variances, exceptions, or equivalencies.<br>Visual Inspection:  Documentation of fire alarm and detection system maintenance and testing.  Plans for addressing deficiencies. | Compliant.  Last Fire Marshal Inspection was 13 Jan 2017.  There was one deficiency noted. | This deficiency of sagging ceiling tiles was addressed in a timely manner. |
| **I-C-004  Facility Furnishings**<br>Facility furnishings meet fire-safety-performance requirements.<br><br>Visual Inspection:  Specifications for all furnishings. | Compliant.  Specifications of all furnishings meet fire safety requirements. | |
| **I-C-005  Flammable, Caustic and Toxic Materials**<br>Written policy, procedure and practice govern the control and use of all flammable, toxic and caustic materials to ensure that these materials are controlled and used safely.<br>Visual Inspection: Staff training records, offender training records, internal inspection reports.  Documentation of incidents that involved FTC materials. Inventories. | Compliant.  A written policy and procedure is in place.  Inventories and check-out systems are in place for all flammable, toxic, and caustic materials. | |
| **I-C-006  Operational Capacity**<br>The number of offenders present does not exceed the operational capacity as determined by the state fire marshal and state health officer.<br>The state fire marshal will determine a capacity primarily based upon exiting capabilitites.  The state health officer will determine a capacity based upon the ratio of plumbing fixtures to offenders and square footage.  The operational capacity will be the lower of these two figures.<br><br>Visual Inspection: Facility Count Sheets | Compliant.  On the day of the inspection, 679 offenders were assigned to the facility.  The operational capacity is 898. | |

## PART II - SECURITY

### A.  PROTECTION FROM HARM

| References: ACA CJS 1-2A-01, 1-2A-04, 1-2A-05, 1-2A-06, 1-2A-08, 1-2A-09, 1-2A-10, 1-2A-11, 1-2A-13, 1-2A-14, 1-2A-16, 1-2A-17, 1-2A-19, 1-2A-20, 1-5B-04, 1-7D-04, Dept. Regs. A-02-008, B-02-001, C-02-007 | Findings | Response |
|---|---|---|
| **II-A-001  Control**<br>There is 24-hour monitoring and coordinating of the facility's security, life safety, and communications systems.<br>Visual Inspection: facility records/logs, mantenance records, records of staff deployment | Compliant. | |
| **II-A-002  Secure Perimeter**<br>The facility's perimeter is controlled by appropriate means to ensure that offenders are secured remain within the perimeter and that access by the general public is denied without proper authorization.<br>Visual Inspection:  Documentation of receipt of job desription by staff. Documentation of annual review and updating.  Photos of perimeter controls. | Compliant.  Per policy, security performs perimeter checks each shift.  Documentation reflects this practice. | |
| **II-A-003  Sufficient Staff**<br>There is a written document describing the facility's organization and staffing plan.  This should include an organizational chart that groups similar functions, services and activities.  Each facility meets minimum security staffing requirements which reflect good correctional practice.  Sufficent staff, including a designated supervisor, are provided at all times to operate the facility in conformance with the BJG or ACA-Core Jail Standards.<br><br>Visual Inspection:  Records of staff deployent, facility logs, documentation of annual review of staffing analysis and plan. | Compliant.  Sufficient staff was on duty to promote good correctional practices. | |
| **II-A-004  Female Offenders and Female Staff**<br>When a female offender is housed in a facility, at least one female staff member is on duty at all times.<br>Visual Inspection:  Records of staff deployment, facility logs. | Compliant.  There are no female offenders housed at this facility. | |
| **II-A-005 No Offender Control Over Others**<br>No offender or group of offenders is given control, or allowd to exert authority over other offenders.<br>Visual Inspection:  Written policy and procedure. | Compliant.  A written policy and procedure is in place. | |
| **II-A-006 Staff Log**<br>Correctional staff maintains a permanent log and prepares shift reports that record routine information, emergency situations, and unusual incidents.  The facility shall maintain written records or logs which continuously document the following information:<br>1. Personnel on duty;<br>2. Offender population;<br>3. Admission and release of offenders;<br>4. Shift activities;<br>5. Entry/exit of all visitors including legal/medical;<br>6. Unusual occurrences or institutional emergencies (including but not limited to major and minor disturbances such as riots, hostage situations, fires, escapes, deaths, serious illness or injury and assaults or other acts of violence.)  Refer to BJG Guideline III-007 for reporting requirements to DPS&C.<br><br>Visual Inspection:  Copies of log book, records of staff deployment. | Compliant.  Copies of the log books were on file to show compliance with each item listed in the guideline. | |



| | Findings | Response |
|---|---|---|
| **II-A-007 Counts**<br>The facility has a system for physically counting offenders. At least one formal count is conducted for each shift, with no less than 3 counts daily. The system includes strict accountability for offenders assigned to work and other approved temporary absences.<br>**Visual Inspection: completed forms, facility records/logs.** | Compliant. Seven formal counts are conducted in a 24 hour period, two on day shift and five on night shift. | |
| **II-A-008 Offender Population Management System**<br>There is an offender population management process that includes records on the admission, processing, and release of offenders. Written policy, procedure, and practice provide for offender case record management that includes at a minimum, maintenance of the following documents and information. This offender record shall be transferred with the offender at such time the offender is transferred to another local or DPS&C facility.<br>1. Master prison form;<br>2. Bill of Information and Court Minutes OR Uniform Commitment;<br>3. One photograph.<br>4. Reports of disciplinary actions, grievances, incidents, or crime(s) committed while in custody<br>5. Records of program participation, work assignments, classification actions.<br>6. Any government issued identification card (i.e., driver's license) that may have been collected from the offender during the intake process.<br>7. Offender health record (see IV-D-004)<br><br>In addition to the maintenance of the above information the following shall be collected and forwarded to the DPS&C Pre-Class Coordinator for the area in which the facility is located.<br>1. Master prison form;<br>2. Fingerprints: one FBI print card from AFIS<br>3. One Photograph;<br>4. Bill of Information and Court Minutes or Uniform Commitment for each conviction (for probation violators both the original sentencing minutes and the revocation minutes are required);<br>5. Jail credit letter;<br>6. One Inventory Acknowledgment Form (cash and property receipts).<br><br>**Visual Inspection: Completed forms, reports, offender record.** | Compliant. Forms are on file. | |
| **II-A-009 Reception – Legal Commitment and Medical Service**<br>Prior to accepting custody of an offender, staff determine that the offender is legally committed to the facility, and that the offender is not in need of immediate medical attention.<br>• All transfers of DPS&C offenders to other than DPS&C facilities shall be reported to the Office of Adult Services, telephone number 800-803-8748 or by fax to 225-342-3349.  Such notification shall be the responsibility of the sending facility.<br>• Offenders should not be transferred to other than DPS&C facilities within 60 days of release, unless for disciplinary reasons.<br>• The names of any out of state offender (federal or state) to be housed at a local jail or privately managed facility shall be submitted to the Chief of Operations for approval prior to the offender(s) entering the State of Louisiana.  No such offender will be approved if the offender would be classified as maximum custody under the DPS&C classification procedures (i.e., convicted of a crime that would be considered by Louisiana law to be a crime of violence or a sex offense.)<br><br>**Visual Inspection: Completed Admission forms, facility logs, documentation of transfers of DOC offender to other than DOC facilities. Approval of Chief of Operations to house out-of-state offenders.** | Compliant. All transfers of DPS&C offenders are reported to Adult Services. Facility does not house any out-of-state offenders. | |
| **II-A-010 Admissions**<br>Admission processes for a newly admitted offender include, but are not limited to:<br>• Searching of the offender and personal property<br>• Inventorying and providing secure storage of personal property<br>• Providing an itemized receipt for personal property<br>• Recording of basic personal data<br>• Performing a criminal history check<br>• Photographing and fingerprinting<br>• Separating from the general public<br><br>**Visual Inspection: DOC intake and admission forms, screening forms, staff training curriculum, inventory form, receipt form.** | Compliant. A written policy is in place for the admission process. Documentation on file reflects that the facility meets each item listed in the guideline. | |
| **II-A-011 Out of State Offenders**<br>Any offender convicted and sentenced to incarceration by a court in another state (federal or state) shall not be released in the State of Louisiana. Any out of state offender (federal or state) housed in a local jail or privately managed facility shall be returned to an appropriate correctional facility located within the state where the offender was convicted and sentenced prior to the offender's release date.<br><br>**Visual Inspection: Offender record, release/transfer documentation.** | Compliant. Facility does not house out-of-state offenders. | |



| | Findings | Response |
|---|---|---|
| **II-A-012 Classification System**<br>Written policy, procedure, and practice provide for a written offender classification plan that includes custody required and assignment to appropriate housing. Offender management and housing assignment considers age, gender, legal status, custody needs, special problems and needs, and behavior. All offenders are classified using an objective classification process that at a minimum:<br>• Identifies the appropriate level of custody for each offender<br>• Identifies appropriate housing assignment<br>• Identifies the offender's interest and eligibility to participate in available programs<br>Visual Inspection: Offender housing records, offender classificaiton records. | Compliant. A detailed written policy is in place. The policy detailed criteria for trusty status. | |
| **II-A-013 Prohibition on Youthful Offenders**<br>Offenders subject to juvenile jurisdiction are housed in adult facilities only under the conditions established by law. If juveniles are committed to the facility, a plan is in place to provide for the following:<br>• Supervision and programming needs of the juveniles to ensure their safety, security, and education<br>• Classification and housing plans<br>• Appropriately trained staff<br>Visual Inspection: Admission and housing, offender records, classification records. | Compliant. Facility does not house youthful offenders. | |
| **II-A-014 Separation in Classification**<br>Male and female offenders must be housed in separate rooms/cells with reasonable sight and sound separation.<br>Visual Inspection: Offender housing records, offender classification records.<br>Diagram of facility showing male/female housing areas. | Compliant. Facility does not house female offenders. | |
| **II-A-016 Photo Identification**<br>The facility shall provide each DPS&C offender a photo identification card, which offender shall carry on person at all times.<br>Visual Inspection: Offender identification card | Compliant. All offenders have a photo identification card. | |
| **II-A-017 Drug Free Workplace**<br>Written policy, procedure, and practice provide for a drug-free workplace, which includes at a minimum pre-employment testing, post-accident testing, reasonable suspicion/probable cause testing, and a random sample completed quarterly of at least five percent of the facility's employees who have direct responsibility for the supervision of the Department's offenders.<br>Visual Inspection: Drug testing lab fee bills for drug testing of facility employees. (Including pre-employment, post accident, reasonable suspicion/robable cause, random) | Compliant. | |
| **II-A-018 Offender Drug Testing**<br>Written policy, procedure, and practice provide for alcohol/drug testing, both randomly and for probable cause. Facility policy will require that a minumim of 5% of the offender population shall be drug tested on a monthly basis.<br>Visual Inspection: facility log, documentation of drug testing of offenders | Compliant. | |

| **B. USE OF PHYSICAL FORCE** | | |
|---|---|---|
| References: ACA CJS 1-2B-01, 1-2B-02, 1-2B-05, 1-2B-06, 1-4D-12, Department Regulations B-06-001/HC-08 & HC-29, C-01-008, C-02-006, C-03-003 | **Findings** | **Response** |
| **II-B-001 Use of Force**<br>The use of force is restricted to instances of justifiable self-defense, protection of others, protection of property, and prevention of escapes, and then only as a last resort and in accordance with appropriate statutory authority. Written policy, procedure, and practice govern the use of force and provide that force shall never be used as punishment.<br>Visual Inspection: facility records and logs, incident reports, training records | Compliant. Written policy and procedures are in place. Documentation of file shows staff receiving training on use of force. | |
| **II-B-002 Use of Restraints**<br>Written policy, procedure, and practice provide that mechanical restraints, such as handcuffs and leg irons, are never applied as punishment. There are defined circumstances under which supervisory approval is needed prior to application. Restraints on offenders for medical and psychiatric purposes are only applied in accordance with policies and procedures approved by the health authority, including:<br>• Conditions under which restraints may be applied, including provisions for restraint management of pregnant offenders.<br>• Types of restraints to be applied<br>• Identification of a qualified medical or mental health professional who may authorize the use of restraints after reaching the conclusion that less intrusive measures are not a viable alternative<br>• Monitoring procedures<br>• Length of time restraints are to be applied<br>• Documentation of efforts for less restrictive treatment alternatives<br>• An after incident review<br>Visual Inspection: facility records and logs | Compliant. Written policy and procedures are in place. Restraints are mainly used when offenders are transported by the Sheriff's Office. | |


| | Findings | Response |
|---|---|---|
| **II-B-003 Use of Firearms**<br>The use of firearms complies with the following requirements.<br>•Weapons are subject to stringent safety regulations and inspections.<br>•A secure weapons locker is located outside the secure perimeter of the facility.<br>•Except in emergency situations, firearms and authorized weapons are permitted only in designated areas to which offenders have no access.<br>•Employees supervising offenders outside the facility perimeter follow procedures for the security of weapons.<br>•Employees are instructed to use deadly force only after other actions have been tried and found ineffective, unless the employee believes that a person's life is immediately threatened.<br>•Employees on duty use only firearms or other security equipment that have been approved by the facility administrator.<br>•Appropriate equipment is provided to facilitate safe unloading and loading of firearms.<br>Visual Inspection: training records, safety regulation and inspection reports, photos of equipment used for unloading and reloading | Compliant. All deputies receive training in the use of firearms. There are no firearms at the facility but a secure weapons locker is in place outside the secure perimeter of the facility. | |
| **II-B-004 Written Reports**<br>Written reports are submitted to the facility administrator or designee no later than the conclusion of the tour of duty when any of the following occur:<br>•Discharge of a firearm or other weapon<br>•Use of less lethal devices to control offenders<br>•Use of force to control offenders<br>•Offender(s) remaining in restraints at the end of the shift<br>•Emergency distribution of security equipment<br>Visual Inspection: completed reports, facility records and logs | Compliant. | |

| **C. CONTRABAND/SEARCHES** | | |
|---|---|---|
| References: ACA CJS 1-2C-01, Dept. Reg. C-02-003 | **Findings** | **Response** |
| **II-C-001 Procedures for Searches**<br>Procedures guide searches of facilities and offenders to control contraband.<br><br>Visual Inspection: observation, facility records and logs, offender and staff interviews | Compliant. Procedures are in place for searches of the facility and offenders. | |

| **D. ACCESS TO KEYS, TOOLS, UTENSILS** | | |
|---|---|---|
| References: ACA CJS 1-2D-01 | **Findings** | **Response** |
| **II-D-001 Key, Tool, and Utensil Control**<br>Keys, tools, culinary equipment and medical/dental instruments and supplies (syringes, needles and other sharps) are inventoried and use is controlled. Written policy, procedure and practice govern the control and use of keys, tools, culinary equipment, and medical/dental instruments and supplies.<br><br>Visual Inspection: documentation of perpetual inventories | Compliant. A written policy is in place to ensure accountability of all keys, tools, culinary and medical equipment. Good inventories and check-out systems were in place. | |

# PART III - ORDER

## A. OFFENDER DISCIPLINE

| References: ACA CJS 1-2A-15, 1-3A-01, 1-6C-02, 1-6C-03, 1-6C-04, Department Regulation B-05-001 | **Findings** | **Response** |
|---|---|---|
| **III-A-001 Rules and Discipline**<br>Prior to being placed in the general population, each offender is provided with an orientation that includes facility rules and regulations, including access to medical care. The facility shall follow and provide the DPS&C "Disciplinary Rules and Procedures for Adult Offenders", to the offender population.<br>•If the Sheriff or local jail administrator believes that a loss of good time is appropriate, then the incident shall be fully documented and the offender transferred to the DPS&C for a disciplinary hearing to ensure due process in accordance with La. R.S. 15:571.4.<br><br>Visual Inspection: offender records, disciplinary records, receipt of disciplinary rules, documentation of orientation | Compliant. Each offender is provided a DPS&C rule book and facility rules and regulations during orientation. They are advised by medical on how to access medical care. | |


## PART IV - CARE
### A. FOOD SERVICES

| References: ACA CJA 1-4A-01, 1-4A-02, 1-4A-04,1-4A-06, Dept. Reg. C-06-001 | Findings | Response |
|---|---|---|
| **IV-A-001 Food Storage Facilities**<br>There are sanitary facilities for the storage of all foods that comply with applicable state and/or federal guidelines.<br><br>Visual Inspection: DHH inspection reports, Internal inspection reports | Compliant. Last DHH retail food inspection was on 17 May 2017. | |
| **IV-A-002 Food Service Facilities**<br>Toilet and hand basin facilites are available to food service personnel in the food preparation area.<br><br>Visual Inspection: DHH inspection reports, photos | Compliant. Toilets and hand basins are available to food service personnel. | |
| **IV-A-003 Food/Dietary Allowances**<br>The facility's dietary allowances are reviewed at least annually by a qualified nutritionist or dietician to ensure they meet the national recommended dietary allowances for basic nutrition for appropriate age groups. Menu evaluations are conducted at least quarterly by food service supervisory staff to verify adherence to the established basic daily servings. Written policy, procedure, and practice require that food service staff plan menus and substantially follow the plan. The planning and preparation of all meals shall take into consideration nutritional characteristics and caloric adequacy. The facility shall provide a tray/plate and utensil(s) for each hot meal.<br><br>Visual Inspection: annual reviews, nutritionist or dietician qualifications, documentation of at least annual review and quarterly menu evaluations | Compliant. The facility's dietary allowances are reviewed annually by Certified Dietary Manager Heather White. A tray/plate is provided for each hot meal. | |
| **IV-A-004 Records of Meals Served**<br>Written policy, procedure, and practice require that accurate records are maintained of all meals served.<br><br>Visual Inspection: facility logs | Compliant. Logs on file reflect accurate records are maintained of all meals served. | |
| **IV-A-005 Denial of Food as Discipline Prohibited**<br>Written policy, procedure, and practice preclude the denial of food as a disciplinary measure.<br><br>Visual Inspection: facility logs | Compliant. Facility logs reflect that food is not denied as a disciplinary measure. | |
| **IV-A-006 Food Service Management**<br>Written policy, procedure, and practice require that three meals (including two hot meals) are provided under staff supervision at regular meal times during each 24-hour period, with no more than 14 hours between the evening meal and breakfast. Variations may be allowed based on weekend and holiday food service demands provided basic nutritional goals are met. Offenders shall be provided an ample opportunity to eat.<br><br>Visual Inspection: records of meals served and time served, facility logs | Compliant. Logs reveal that offenders are allowed ample time to eat. Breakfast is at 4:30am, lunch is at 11am, and dinner is at 4:30pm. | |
| **IV-A-007 Therapeutic/Special Diets**<br>Therapeutic and/or special diets are provided as prescribed by appropriate clinicians or when religious beliefs require adherence to religious dietary laws. Written policy, procedure, and practice provide for special diets as prescribed by appropriate medical or dental personnel.<br><br>Visual Inspection: health records, diet records or forms, documentation of warden's approval of religious diet | Compliant. Therapeutic diets are prescribed by medical personnel. The warden approves religious diets. | |
| **IV-A-008 Health Protection for Food Service**<br>There is adequate protection for all offenders and staff in the facility and for offenders and other persons working in food service. All persons involved in the preparation of the food receive a pre-assignment inspection to ensure freedom from diarrhea, skin infections, and other illnesses transmissible for food or utensils. Offenders working in food services are monitored each day for health and cleanliness by the food services manager. All food handlers are instructed to wash their hands upon reporting to duty and after using toilet facilities.<br><br>Visual Inspection: Inspection reports, completed forms, documentation of daily monitoring for health and cleanliness, pre-assignment medical exam | Compliant. All offenders receive a pre-assignment inspection before being placed in food service. | |


| B. HYGIENE | | |
|---|---|---|
| **References: ACA CJS 1-4B-01, 1-4B-02, 1-4B-03, 1-4B-04, Dept. Reg. B-06-001/HC-34** | **Findings** | **Response** |
| **IV-B-001 Plumbing Fixtures - Toilets and Washbasins**<br>Offenders have access to toilets and washbasins with temperature-controlled hot and cold running water 24 hours per day. Offenders are able to use toilet facilities without staff assistance when they are confined in their cells/sleeping areas.<br><br>Visual Inspection: maintenance records or reports, inspections, documentation of periodic measurement of water temperature, offender grievances | Compliant. Documentation on file of plumbing fixtures and work orders being completed as needed. | |
| **IV-B-002 Plumbing Fixtures - Showers**<br>Offenders, including those in medical housing units or infirmaries, have access to operable showers with temperature-controlled hot and cold running water 24 hours per day, on a reasonable schedule, (a minimum of three times per week). Water for showers is thermostatically controlled to temperatures ranging from 100 degrees to 120 degrees Fahrenheit.<br><br>Visual Inspection: maintenance records or reports, inspections | Compliant. Logs on file reflect the water temperature for showers is in the required range. Offenders have access to showers 24 hours per day. | |
| **IV-B-003 Clothing**<br>The facility has an obligation to provide adequate institutional clothing appropriate to the season and the offender's work status, including adequate changes of clothing to allow for regular laundering. The facility may fulfill this obligation by furnishing clothing or permitting the offender to secure and wear his own clothing, except that when the offender does not provide adequate clothing for himself, the facility shall furnish same.<br><br>Visual Inspection: documentation of clothing issue, documentation of cleaning and storage | Compliant. The facility provides adequate clothing as needed. | |
| **IV-B-004 Hygiene/Bedding Issue**<br>The facility shall provide adequate bedding and linen, including a clean mattress, sheets, pillow and blanket, not to exclude a mattress with integrated pillow. There are provisions for linen and towel exchange at least weekly. There are provisions for blanket exchange at least monthly.<br><br>Visual Inspection: documentation of issue and exchange | Compliant. The facility has the schedule in place for linen and towel exchange weekly. Offenders are provided adequate bedding necessities. | |
| **IV-B-005 Personal Hygiene**<br>Articles and services necessary for maintaining personal hygiene shall be available to all offenders including items specifically needed for females. Such items shall be provided to any offender (male or female) who is indigent. Each offender shall be provided soap, toilet paper, toothbrush, toothpaste and shaving equipment.<br><br>Visual Inspection: documentation that items are provided, list of items available | Compliant. Personal hygiene items are issued upon intake and given as needed. | |

| C. CONTINUUM OF HEALTH CARE SERVICES | | |
|---|---|---|
| **References: ACA CJS 1-2A-14, 1-4C-01, 1-4C-03, 1-4C-04, 1-4C-06, 1-4C-08, 1-4C-09, 1-4C-10, 1-4C-13, 1-4C-15, 1-4D-01, 1-4D-03, 1-4D-04, Dept. Regs. B-06-001/HC-01, HC-05, HC-9A, HC-11, HC-13, HC-17, HC-38, B-06-003, C-05-001** | **Findings** | **Response** |
| **IV-C-001 Access to Care/Clinical Services**<br>At the time of admission/intake, all offenders are informed about procedures to access health services, including any co-pay requirements, as well as procedures for submitting grievances. Medical care is not denied based on an offender's ability to pay. The facility has a designated health authority with responsibility for health care services. When the health authority is other than a physician, final clinical judgments rest with a single, designated, responsible physician.<br><br>● Written policy, procedure, and practice provide for the delivery of health care services, including medical, dental and mental health services under the control of a designated health care authority who shall be a physician or a licensed or registered health care provider or health agency. Access to these services shall be unimpeded in the sense that correctional staff should not approve or disapprove offender requests for services in accordance with the facility's health care plan. Oral health services include access to diagnostic x-rays, treatment of dental pain, development of individual treatment plans, extractions of non-restorable teeth, and referral to a dental specialist, including an oral surgeon.<br><br>● In accordance with R.S. 15:831, state offenders may be assessed a co-payment for receiving medical or dental treatment, including prescription or nonprescription drugs. The co-payment fee schedule shall be approved by the DPS&C. Such fee schedule for DPS&C offenders housed in local jail facilities shall not exceed that which is assessed for non-state offenders also housed in the facility, unless prior approval has been granted by the Secretary of the DPSC.<br><br>● DPS&C offenders may be required to file a claim with his/her private medical or health care insurer, or any public medical assistance program, under which he/she is covered and from which the offender may make a claim for payment or reimbursement of the cost of any such medical treatment.<br><br>Visual Inspection: documentation that offenders are informed about health care and the grievance system, a health record, medical copayment fee schedule | Compliant. Offenders receive information on how to access health care services and co-pay upon orientation to the facility. Dr. Pamela Hearne serves as the facility doctor and provides services at least once each week. Offenders are referred to Delhi Dental Clinic for their dental needs. | |
| **IV-C-002 Adequate Equipment and Supplies**<br>Adequate equipment and supplies for medical services are provided as determined by the health care authority and are in working order.<br><br>Visual Inspection: photos | Compliant. This facility has adequate equipment and supplies for medical services. | |



| | Findings | Response |
|---|---|---|
| **IV-C-003 Provision of Treatment**<br>The facility has a designated health authority responsible for health care services. Requests for health services are triaged by health trained persons to ensure that needs are addressed in a timely manner in accordance with the severity of the illness. Written policy, procedure and practice provide that anyone who provides health care services to offenders be licensed, registered or certified as appropriate to their respective professional disciplines. Such personnel shall only practice as authorized by their license, registration or certification. Standing orders are used in the treatment of offenders only when authorized in writing by a physician or dentist. (Standing orders are used in the treatment of identified conditions and for the on-sight emergency treatment of an offender.)<br><br>Visual Inspection: documentation of health authority designation, contract, billing records, sick call request form, a health record, clinical provider schedules, current credentials/licensure | **Compliant. Standing orders are on file and approved by Dr. Hearne. Current credentials are on file for Dr. Hearne.** | |
| **IV-C-004 Personnel Qualifications/Credentials**<br>Correctional or other personnel who do not have health care licenses may only provide limited health care services as authorized by the responsible health care authority and in accordance with appropriate training. This would typically involve the administration of medication, the following of standing orders as authorized by teh responsible health care authority and the administration of first aid/CPR in accordance with POST training. Written policy, procedure and practice approved by the health authority require dispensing and administering prescribed medications by qualified personnel.<br><br>Visual Inspection: health records, completed medication administration form, personnel records, copies of current credentials or licensure, documentation of compliance with standing orders, health record entries, staff training records | **Compliant. Two supervisors per shift dispense medication to offenders as required. Medical provides annual training to security staff on the administration of medication.** | |
| **IV-C-005 24 Hour Care**<br>Written policy, procedure, and practice ensure that offenders have access to 24-hour emergency medical, dental, and mental health services, including on-site first aid, basic life support, and transfer to community based services. This requirement may be met by agreement with a local state hospital, a local private hospital, on-call qualified health care personnel (see IV-C-003), or on-duty qualified health care personnel. Decisions regarding access to emergency medical services shall not be the sole province of correctional or other non-health personnel except in accordance with IV-C-004.<br><br>Visual Inspection: designated facility, provider lists, transportation logs | **Compliant. Nursing staff provides coverage 40 hours per week for the facility, and on-call 24 hours per day. The facility also utilizes Madison Parish Hospital.** | |
| **IV-C-006 Health Screens**<br>Written policy, procedure and practice require that all state offenders receive a health screening by health trained or qualified health care personnel upon intake into the facility unless there is documentation of a medical screening within the previous 90 days. Screening is conducted in accordance with protocols established by the health authority. The purpose of the health screening is to protect newly admitted offenders who pose a health safety threat to themselves or others from not receiving adequate medical attention. This should include inquiry into:<br><br>1. Current medical, dental or mental health problems and communicable diseases;<br>2. Current treatment plan;<br>3. Current medications, including psychotropics;<br>4. History of hospitalization;<br>5. Suicidal risk assessment;<br>6. Use of alcohol or other drugs including need for possible detoxification;<br>7. Possibility of pregnancy;<br>8. Observation of the following:<br><br>  a. Appearance and behavior;<br>  b. Body deformities and other physical abnormalities;<br>  c. Ease of movement;<br>  d. Current physical traumas or characteristics and a determination of whether or not the ofender should be recommended for immediate transfer to the DS&C for appropriate care;<br>  e. Any physical impairment (hearing, vision, mobility) or other disability which would impede the offender's access to programs or services. Offenders identified with such an impairment or disability shall be transferred to the DPS&C for further evaluation and determination of appropriate housing placement. [Reference 2008 Resolution Agreement: US DOJ and LA DPS&C.]<br>9. Current health insurance.<br><br>Visual Inspection: health records, completed screening form, transfer logs | **Compliant. Written policy and procedures in place regarding the health screens of offenders in to the health screen of offenders in to the facility. The health screen meets all of the items required in the guideline.** | |


| | Findings | Response |
|---|---|---|
| **IV-C-007 Communicable Disease and Infection Control Program** <br> Communicable diseases are managed in accordance with a written plan approved by the health authority in consulation with local public health officials. The plan includes for the screening, surveillance, treatment, containment, and reporting of infectious diseases. The plan shall comprise of testing to detect communicable diseases, including TB testing within 14 days of arrival at the facility. If there is documented evidence of TB testing within the last 12 months, new testing is not required. Qualified health care staff will evaluate for signs and symptoms of TB. Infection control measures include the availability of personal protective equipment for staff and hand hygiene promotion throughout the facility. Procedures for handling biohazardous waste and decontaminating medical and dental equipment must comply with applicable local, state and federal regulations. <br> *Visual Inspection: health records, clinic visit logs, documentation of waste pick up and/or cleaning logs* | **Compliant.** Health records reviewed show that there is a plan in place to detect communicable diseases. | |
| **IV-C-008 Annual TB Testing** <br> Written policy, procedure and practice require annual testing or medical evaluation for signs and/or symptoms of tuberculosis on all offenders. Annual TB testing will be provided at no cost to the offender. The facility's designated health care authority shall contact the DPS&C Medical Director, telephone number 225-342-1320, when an offender's test for medical signs and/or symptoms of tuberculosis is reported positive. The DPS&C Medical Director will determine if the offender requires physician or mid-level evaluation, based on the reported positive signs or symptoms. <br> *Visual Inspection: Documentation that all offenders are tested annually for TB.* | **Compliant.** The facility conducts TB testing upon intake and annually for offenders at no cost. | |
| **IV-C-009 Chronic Care Program** <br> Offenders with chronic conditions, such as diabetes, hypertension and mental illness receive periodic care by a qualified health care provider in accordance with individual treatment plans, inclusive as deemed appropriate by the respective health care provider. <br> *Visual Inspection: health records* | **Compliant.** Health records show that offenders with chronic illness receive continual care from Dr. Hearne. | |
| **IV-C-010 Pharmaceuticals** <br> Written policy, procedure, and practice approved by the health authority provide for the proper management of pharmaceuticals. Offenders are provided medication as prescribed. <br> *Visual Inspection: health records, completed medication administration forms, inventories* | **Compliant.** Completed and accurate inventories of pharmaceuticals are in place. MARS reveal the offenders are receiving medication as prescribed. | |
| **IV-C-011 First Aid Kits** <br> First aid kits are available in areas of the facility as designated by the responsible health care authority and shall be immediately accessible to housing units. <br> *Visual Inspection: location of first aid kits within the facility* | **Compliant.** First aid kits are available in the control room and medical department as approved by Damon Williams, RN. | |
| **IV-C-012 Access to Sick Call** <br> There is a process for all offenders to initiate requests for health services on a daily basis. Written policy, procedure and practice require that sick call is conducted by a physician and/or other qualified health care personnel who are licensed, registered or certified as appropriate to their respective professional discipline and who practice only as authorized by their license, registration or certification. Sick call shall be available to all offenders as follows: <br> • Facilities with fewer than 100 offenders - 1 time per week; <br> • Facilities with 100 to 300 offenders - 3 times per week; <br> • Facilities with more than 300 offenders - 4 times per week. <br> If an offender's custody status precludes attendance at sick call, then arrangements shall be made to provide such services in the place of the offender's detention. <br> *Visual Inspection: written policy and procedure* | **Compliant.** Offenders have access to sick call five times per week. | |
| **IV-C-013 Infirmary Care** <br> If infirmary care is provided onsite, it complies with applicable state regulations and local licensing requirements. Provision include 24 hour emergency on-call consulation with a physician, dentist and mental health professional. Written policy, procedure and practice provide that any offender who is identified as requiring a medical, dental or mental health need for which care is not readily available from the local facility, shall be immediately transferred to DPS&C. It is particularly important that smaller facilities recognize the commitment of the DPS&C to accept into their custody any state offender whose condition is problematic. <br> *Visual Inspection: admission or inpatient records, staffing schedule, completed form C-005-04-A and form C-005-04-B* | **Compliant.** Offenders are transferred to DPS&C if the care cannot be provided at the facility. | |
| **IV-C-014 Suicide Prevention and Intervention** <br> There is a written suicide prevention and intervention program that is approved by a mental health professional who meets the educational and license/certification criteria specified by his/her respective professional discipline. The program must include specific procedures for handling intake, screening, identifying and continually supervising the suicide-prone offender. All staff with responsibility for offender supervision are trained **annually** in the implementation of the program. <br> *Visual Inspection: health records, documentation of staff training, documentation of suicide watches* | **Compliant.** The written suicide prevention and intervention policy was approved by Dr. Hearne. Training is provided for new, part-time, and annual training. | |



| | Findings | Response |
|---|---|---|
| **IV-C-015 Offender Deaths**<br>Written policy, procedure and practice specify and govern the actions to be taken in the event of an offender's death, which includes notificaiton of the coroner of all offender deaths. All attempts to contact the coroner regarding any death shall be thoroughly documented. Such procedures shall also include the reporting requirements as outlined in Part VII. In addition, a written report of all offender deaths shall be submitted to DPS&C on Form C-05-001-X (via email to catanotify@corrections.state.la.us or via fax to 225-342-3349). Individuals designated by the offender are notified in case of death.<br><br>Visual Inspection: notification, reporting requirements, report to DPS&C | Compliant. Written policy and procedures are in place governing notification of offender deaths. There were no offender deaths this past year. In the event of offender death, DOC Form C-05-001-X will be used for notification purposes. | |

## D. HEALTH SERVICES STAFF

| References: ACA CJS 1-4D-02, 1-4D-04, 1-4D-05, 1-4D-07, 1-4D-08, 1-4D-09, 1-4D-10, 1-4D-17, Department Regulation B-06-001/HC-24, HC-25, HC-26, HC-33 | Findings | Response |
|---|---|---|
| **IV-D-001 Health Care Quarterly Meetings**<br>The health authority meets with the facility administrator at least quarterly.<br><br>Visual Inspection: documentation of meetings | Compliant. Dr. Hearne meets quarterly with the Warden and department heads. | |
| **IV-D-002 Research**<br>Written policy, procedure, and practice prohibit offender participation in pharmaceutical, medical, or cosmetic experiments. This policy does not preclude individual treatment of an offender based on his/her needs using a specific medical procedure that is not generally available.<br><br>Visual Inspection: written policy and procedure | Compliant. Written policy and procedures are in place. | |
| **IV-D-003 Health Care Personnel/Job Descriptions**<br>Health care staff work in accordance with professional specific job descriptions approved by the health authority.<br><br>Visual Inspection: job descriptions | Compliant. Job descriptions for health care staff are in place. | |
| **IV-D-004 Confidentiality of Health Information**<br>Information about an offender's health status is confidential. Nonmedical staff only have access to specific medical information on a "need to know" basis in order to preserve the health and safety of the specific offender, other offenders, volunteers, visitors, or correctional staff. The active health record is maintained separately from the confinement case record and acccess is controlled. **When an offender is transferred to DPS&C or another local facility, the offender's medical record is transferred as well.**<br><br>Visual Inspection: health records, completed consent forms, completed refusal forms | Compliant. A completed Implied Consent form is on file. The medical file is maintained separately from the case record. | |
| **IV-D-005 Informed Consent**<br>Informed consent standards of the jurisdiction are observed and documented for offender care in a language understood by the offender. In the case of minors, the informed consent of a parent, guardian or legal guardian applies when required by law. Offenders routinely have the right to refuse medical interventions. When health care is rendered against an offender's will, it is in accordance with state laws and regulations. Involuntary administration of psychotropic medications to offenders may only be accomplished by DPS&C.<br><br>Visual Inspection: health records, completed consent forms, completed refusal forms | Compliant. Completed consent and refusal forms are on file. | |
| **IV-D-006 Emergency Response**<br>Emergency medical care, including first aid and basic life support, is provided by all health care professionals and those health-trained correctional staff specfically designated by the facility administrator. All staff responding to health emergencies are trained in CPR. The health authority approves policies and procedures that ensure that emergency supplies and equipment, including automatic external defibrillators (AEDs) are readily available and in working order.<br><br>Visual Inspection: verification of training, records and certificates | Compliant. All staff receive CPR training. An AED is available and in working order. | |
| **IV-D-007 Internal Review/Quality Assurance**<br>The health authority approves policies and procedures for identifying and evaluating major risk management events related to offender health care, including offender deaths, preventable adverse outcomes and serious medication errors.<br><br>Visual Inspection: evaluation of major risk management events | Compliant. Dr. Hearne approved the policy for identifying and evaluating major risk management needs. | |

## E. SEXUAL ASSAULT

| References: ACA CJS 1-4D-13, 1-4D-15, Dept. Reg. C-01-022 | Findings | Response |
|---|---|---|
| **IV-E-001 Alleged and Substantiated Sexual Assaults**<br>Written policy, procedure and practice provide for the prevention, detection, response, reporting and investigation of alleged and substantiated sexual assaults. (Prison Rape Elimination Act - PREA) Information provided to offenders about sexual abuse/assault includes:<br>•Prevention/Intervention<br>•Self-Protection<br>•Reporting Sexual Abuse/Assault<br>•Treatment and Counseling<br>An investigation is conducted and documented whenever a sexual assault or threat is reported. Investigative reports shall be submitted to DPS&C on Form C-01-022-E (via email to catanotify@corrections.state.la.us or via fax to 225-342-3349).<br>Victims of sexual assault are referred under appropriate security provisions to a community facility for treatment and gathering of evidence.<br><br>Visual Inspection: documentation of reports to DPS&C, investigative reports | Compliant. Written policy and procedures are in place. Staff has received training on PREA. Offenders receive PREA training during their orientation to the facility. PREA investigations are conducted according to DPS&C policy. | |



## PART V - OFFENDER PROGRAMS AND ACTIVITY

### A. OFFENDER OPPORTUNITIES FOR IMPROVEMENT

References: ACA CJS 1-EA-01, Dept. Reg. B-08-004

| | Findings | Response |
|---|---|---|
| **V-A-001 Volunteers/Registration**<br>There is an official registration and identification system for volunteers.<br><br>Visual Inspection: activity schedules, facility logs | Compliant. A schedule and log of volunteers entering the facility is on file. | |
| **V-A-002 Volunteer Services**<br>A current schedule of volunteer services is available to all offenders and is posted in appropriate areas of the facility.<br><br>Visual Inspection: activity schedules, facility logs | Compliant. A volunteer schedule is posted in the dorms. | |
| **V-A-003 Programs and Services**<br>Written policy, procedure and practice provide for the availability of offender programs, services and counseling. Such programming may be obtained from acceptable internal or external sources which should include, at a minimum, assistance in obtaining individualized educational program instruction at a variety of levels.<br><br>Visual Inspection: activity schedules, facility logs | Compliant. Hi-Set programming is provided at the facility. | |

### B. PROGRAMS

References: ACA CJS 1-5B-01, 1-5B-02, 1-5B-04, 1-5C-01, 1-5C-06, Dept.
Regs A-04-002, B-02-001, B-08-005, B-08-013, C-02-001, C-02-008, C-02-

| | Findings | Response |
|---|---|---|
| **V-B-001 Releasing Offenders**<br>Procedures for releasing offenders from the facility include, but are not limited to, the following:<br>•Return of personal property, to include any government issued identification card (i.e., driver's license) that may have been collected from the offender during the intake process;<br>•Provision of a listing of available community resources;<br>•Provision of a 24 hour supply of current maintenance medication (medication prescribed to stabilize an illness or symptoms of illness) upon discharge, along with a prescription for a five (5) day supply of current medications.<br><br>Visual Inspection: completed release forms and documents, facility records and logs, offender records | Compliant. The documentation on file shows that the facility is meeting the requirements of the guideline on their procedures for releasing offenders from the facility. | |
| **V-B-002 Visiting**<br>Written policy, procedure, and practice govern visiting. The number of visitors an offender may receive and the length of the visits may be limited only by the facility's schedule, space, and personnel constraints when the facility administrator can present clear and convincing evidence that such visitation jeopardized the safety and security of the facility. Conditions under which visits may be denied and visitors may be searched are defined in writing. Provisions are made for special visits.<br><br>Visual Inspection: activity schedule, facility logs | Compliant. Visitation is held every Saturday and Sunday. | |
| **V-B-003 Library Services**<br>Written Reading materials shall be available to offenders on a reasonable basis.<br><br>Visual Inspection: activity schedule, facility logs | Compliant. Reading materials are available to the offender population. | |
| **V-B-004 Religious Programs**<br>Written policy, procedure and practice define and provide reasonable offender opportunity for religious practice.<br><br>Visual Inspection: documentation of offender religious activities, activity schedule | Compliant. Facility provides religious programming every week. | |
| **V-B-005 Exercise and Recreation Access**<br>Offenders have access to exercise and recreation opportunities. Written policy, procedure, and practice provide for exercise opportunities adequate to ensure major muscle activity. Outdoor exercise shall be available on a regular basis (at least three times per week-weather permitting) for state inmates. If a state offender requires special management or has security supervision needs which preclude the opportunity for outdoor exercise at a facility, then he shall be transferred to the DPS&C. If a facility based on location, or other legitimate concern, does not make provision for outdoor exercise, then compensating, dedicated exercise facilities of adequate size to provide three exercise opportunities per week shall be available.<br><br>Visual Inspection: activity schedule, facility logs | Compliant. Offenders have access to recreation daily weather permitting. | |
| **V-B-006 Transitional Work Program/Standard Operating Procedures**<br>Transitional Work programs shall be operated in accordance with the Standard Operating Procedures for Offender Work Release Programs established by the DPS&C.<br><br>Visual Inspection: DPS&C monitoring report | Compliant. | |
| **V-B-007 Participation in Transitional Work Programs**<br>Participation in transitional work programs by state offenders shall comply with R.S. 15:711 and DPS&C Department Regulation No. B-02-001 "Assignment and Transfer of Offenders." Specific approval by the Secretary of DPS&C is required prior to program assignment of state offenders. Refer to Standard Operating Procedures for Offender Transitional Work Programs.<br><br>Visual Inspection: approval for participation by the Secretary of DPS&C | The facility does not operate a TWP program at this time. | |
| **V-B-008 Offender Work Program**<br>Participation in offender work programs by state offenders shall comply with the provision of R.S. 15:708 (parish jails) or R.S. 15:832 (police maintenance).<br><br>Visual Inspection: offender voluntary participation, sheriff's approval of work program request, facility logs | Compliant. | |


| | Findings | Response |
|---|---|---|
| **V-B-009 Approval for Transitional Work Programs**<br>Any sheriff interested in operation of a transitional work program facility shall obtain prior approval from the Chief of Operations. Refer to Sandard Operating Procedures for Offender Transitional Work Programs.<br><br>Visual Inspection: approval of chief of operations | Compliant. | |
| **V-B-010 Proposed Expansions**<br>Any planned or proposed expansions for transitional work program or jail facilities that house DPS&C offenders shall be submitted to the Secretary of the DPS&C and the Executive Director of the LSA for consideration and approval by the Prisons and Jails Committee.<br><br>Visual Inspection: | Compliant. There are no current plans for expansion. | |
| **V-B-011 Mail and Correspondence**<br>Any Offenders may send and receive mail. Indigent offenders receive a specified postage allowance. Offenders are notified in writing when incoming or outgoing letters are withheld in part or in full. Written policy, procedure, and practive govern offender correspondence.<br><br>Visual Inspection: documentation that offenders are notified when mail is withheld, documentation of justification for reading or rejecting mail | Compliant. Offenders are provided written notification when offender mail is rejected. Written policy and procedures are in place. | |
| **V-B-012 Packages and Publications**<br>Written policy, procedure and practice govern offender access to publications and packages from outside sources.<br>Visual Inspection: documentation that offenders are notified when mail is withheld, documentation of justification for reading or rejecting mail | Compliant. | |

## C. REENTRY
Reference: ACA CJS 1-4C-02, Dept. Regs B-01-004, B-06-001/HC-40

| | Findings | Response |
|---|---|---|
| **V-C-001 Substance Abuse Programs**<br>The facility encourages offender participation in substance abuse programs when available.<br><br>Visual Inspection: facility log, activity schedule | Compliant. The facility offers a substance abuse class. | |
| **V-C-002 Reentry Programs**<br>The DPS&C and the facility encourages reentry programming which includes:<br>1. Employment opportunities through work release;<br>2. At least two forms of valid identification upon release;<br>3. The development of a residential plan prior to release;<br>4. Referral to community based service providers upon release;<br>5. When health care is transferred to providers in the community, appropriate information is shared with the new providers in accordance with consent requirements. Prior to release, offenders with serious health condiditons are referred to available community services.<br><br>Visual Inspection: completed referral, transfer, consult form, offender record | Compliant. Facility currently participates in the Standardized Pre-Release Curriculum. Offenders are provided two forms of identification and referral to community services. | |
| **V-C-003 Pre-Parole Preparation**<br>The facility shall complete Form B-01-004-C, Pre-Parole LARNA II Questionnaire for Local Jail Facilities, at least 30 days prior to an offender's scheduled Parole Board hearing date.<br>Visual Inspection: offender record, completed questionnaire | Compliant. LARNAs are completed in a timely manner. | |

## PART VI - JUSTICE
### A. OFFENDER'S RIGHTS
References: ACA CJS 1-6A-01, 1-6A-02, 1-6A-03, 1-6A-06 Dept. Reg C-01-004

| | Findings | Response |
|---|---|---|
| **VI-A-001 Access to Courts/Access to Legal Materials**<br>Written policy, procedure, and practice ensure the right of offenders to have access to courts. This includes reasonable access to legal reference materials or access to legal or paralegal assistance. Illiterate offenders shall be provided the assistance of a fellow offender or be furnished adequate assistance from the facility staff or other persons who have a legitimate connection with the legal issues being pursued. If an offender's requirements in this area are significant and complex, exceeding the capability of the local facility to meaningfully provide assistance, then the inmate shall be transferred to the DPS&C.<br>Visual Inspection: facility log | Compliant. Facility logs show that offenders have access to legal materials as needed. | |
| **VI-A-002 Access to Counsel**<br>Written policy, procedure, and practice ensure offenders' confidential access to counsel. Such contact includes, but is not limited to telephone communications, uncensored correspondence and visits.<br><br>Visual Inspection: facility log, record of attorney interviews | Compliant. Facility logs show that offenders have access to visits with attorney and attorney phone calls as needed. | |
| **VI-A-003 Protection from Abuse**<br>Written policy, procedure, and practice protect offenders from personal abuse, corporal punishment, personal injury, disease, property damage, or harassment.<br>Visual Inspection: facility log, incident reports, staff training records | Compliant. Written policy and procedures are in place to ensure offenders are free from protection from abuse. | |


## B. FAIR TREATMENT OF OFFENDERS

| References: ACA CJS 1-7A-16, 1-4C-01, 1-6B-02, Dept. Reg B-05-005 | Findings | Response |
|---|---|---|
| **VI-B-001 Discrimination**<br>Written policy, procedure, and practice provide that program access and administrative decisions are made without regard to offenders' race, religion, national orgin, gender, sexual orientation, or disability.<br>Visual Inspection: facility records, grievances, activity logs | Compliant. Written policy and procedures on file. Completed grievance on file. | |
| **VI-B-002 Grievance Process**<br>Offenders have reasonable access to a grievance remedy procedure that includes at least two levels of review if necessary. The grievance remedy procedure shall be an administrative means through which an offender may seek formal review of a complaint which relates to any aspect of his imprisonment if less formal procedures have not resolved the matter. Such complaints and grievances include, but are not limited to, actions pertaining to conditions of confinement, personal injuries, medical complaints, time computations, the classification process, or challenges to rules, regulations, or policies. Through this procedure, offenders shall receive reasonable responses within a specified time period and where appropriate, meaningful remedies.<br>Visual Inspection: grievances | Compliant. Completed greivances on file. The facility has two levels of review - Assistant Warden and Warden. | |

## PART VII - ADMINISTRATION AND

### A. RECRUITMENT, RETENTION AND PROMOTION

| References: ACA-CJS 1-1A-01, 1-1B-01, 1-1C-01, 1-1C-02, 1-1C-07, 1-4C-13, 1-4D-05, 1-4D-14, 1-7B-02, 1-7B-04, 1-7B-06, Dept. Regs A-02-008, C 01-008 | Findings | Response |
|---|---|---|
| **VII-A-001 Training and Staff Development**<br>The facility conducts or participates in a training program which includes orientation for all new employees (appropriate to their job) prior to assuming a position or post. Such training must include:<br>1. Security procedures;<br>2. Hostage procedures – including staff roles and safety;<br>3. Fire and emergency plan/ procedures;<br>4. Suicide precaution and signs of suicide risks;<br>5. Use of force policies;<br>6. Inmate rules and regulations;<br>7. CPR and first aid;<br>8. Requirements of the Prison Rape Elimination Act (PREA);<br>9. Employees whose duties are the care, custody and control of offenders must complete the Peace Officers Standards and Training (POST) Level 3 certification training program, which consists of the ACA core curriculum, within one year of employment.<br>Visual Inspection: lesson plans, staff training records | Compliant. The training program includes orientation for all new employees prior to assuming their job. Documentation reflects that staff have received the required annual training. | |
| **VII-A-002 Weapons Training**<br>All personnel authorized to use firearms and less-than-lethal weapons must demonstrate competency at least annually. Training includes decontamination procedures for individuals exposed to chemical agents.<br>Visual Inspection: personnel records, training records | Compliant. Training records were provided to reflect compliance. | |


| B. FACILITY ADMINISTRATION | | |
|---|---|---|
| References: ACA CJS 1-4D-02, 1-7D-01, 1-7D-03, Dept. Reg. C-05-001 | **Findings** | **Response** |
| **VII-B-001 Authority**<br>There is a statute or constitutional provision authorizing the establishment of the local jail facility or its parent agency.<br>_Visual Inspection:_ | Compliant. A copy of the Louisiana Revised Statute is on file to reflect compliance. | |
| **VII-B-002 Legal Assistance for Staff**<br>Written policy, procedure and practice specify the circumstances and methods for the facility administrator and other staff to obtain legal assistance as needed in the performance of their duties.<br>_Visual Inspection: personnel or training records_ | Compliant. Provosty, Sadler, and Delaney, APC | |
| **VII-B-003 Independent Financial Audit**<br>Written policy, procedure and practice provide for an independent financial audit of the facility. This audit is conducted annually or as stipulated by statute or regulation.<br>_Visual Inspection: annual audit_ | Compliant. Annual completed as required. | |
| **VII-B-004 Facility Insurance**<br>Written policy, procedure and practice provide for comprehensive facility insurance coverage.<br>_Visual Inspection: insurance policy_ | Compliant. Facility has comprehensive insurance coverage. Policy is in file. | |
| **VII-B-005 Offender Funds**<br>Written Offenders' personal funds held by the facility are controlled by accounting procedures. Any interest earned other than operating funds, accrues to the benefit of the offenders.<br>_Visual Inspection: offender records_ | Compliant. | |
| **VII-B-006 Organization**<br>Written policies and procedures describe all facets of facility operation, maintenance and administration are reviewed annually and updated as needed. New or revised policies and procedures are disseminated to staff. A file for each guideline shall be maintained with documentation (primarily written) to support compliance.<br>_Visual Inspection: annual reviews, dissemination to staff_ | Compliant. Basic Jail Guidelines are in order with appropriate policy and procedures. | |
| **VII-B-007 Annual Compliance Statement**<br>Written policy, procedure and practice demonstrate that the facility shall submit an annual statement confirming continued compliance with the Basic Jail Guidelines to the appropriate DPS&C Regional Team Leader. This statement, submitted by January 31st each year, is in writing and shall include:<br>1. A copy of the current Fire Marshal Report;<br>2. A copy of the current Health Inspection Report;<br>3. Any proposed or projected expansions;<br>4. Any rehabilitative programs that are available;<br>5. Summary of any re-entry initiatives/programs implemented by the facility.<br><br>_Visual Inspection: annual statement_ | Compliant. | |
| **VII-B-008 Monthly Reporting**<br>Written policy, procedure and practice ensure that any facility with DPS&C offenders report activities to the Chief of Operations on a monthly basis. These reports shall be submitted on automated reporting forms provided by the DPS&C. Automated reporting shall be completed no later than the 20th day of the month for the previous month's activities.<br>_Visual Inspection: monthly reporting, monthly verification by Chief of Operations_ | Compliant. The facility submits their monthly reports in a timely manner for approval. | |
| **VII-B-009 Staff Meetings**<br>Written policy, procedure and practice provide for regular meetings between the Sheriff, facility administrator, or designee and all department heads. There is formal documentation that such meetings are conducted at least monthly.<br>_Visual Inspection: staff meeting minutes/notes_ | Compliant. Monthly staff meeting minutes are on file to show compliance. | |

| C. REASONABLE ACCOMMODATION | | |
|---|---|---|
| References: ACA CJS 1-7E-01 | **Findings** | **Response** |
| **VII-C-001 Facility Equipment/Reasonable Accommodation**<br>Reasonable accommodations are made to ensure that all parts of the facility that are accessible to the public are accessible and usable by staff and visitors with disabilities.<br>_Visual Inspection:_ | Compliant. The facility is handicapped-accessible by all staff and visitors. | |


| INSPECTION REPORTS | | |
| --- | --- | --- |
| **DEPARTMENT** | **Deficiencies** | **Corrective Action Taken** |
| **Fire Marshal**<br><br>Date of Current Report: 13 Jan 2017<br>Maximum Capacity: 1039 | There was one deficiency noted. Ceiling tiles were sagging. | This deficiency was addressed in a timely manner. |
| **DHH - Health**<br><br>Date of Current Report: 17 May 2017<br>Maximum Capacity: | There were three non-critical items noted. | These items were addressed in a timely manner. |
| **DHH - Retail Food**<br><br>Date of Current Report: 04 May 2017 | There was one critical item noted and several non-critical items noted. | The critical item was corrected during the DHH inspection. The non-critical items were either corrected during the DHH inspection or soon thereafter. |

**Form B-04-003-B**
**05 November 2010**

CERTIFIED TREATMENT AND REHABILITATION PROGRAM
CERTIFICATION OF CONTINUED COMPLIANCE

Facility: Madison Correctional Center de Southern Correctional Facility

Date: 10/25/17

Name of Program: FDIC Money Management

Date of Program Implementation: 2014

Primary Area of Service Provided:

☐ Education
☐ Job Skill Training
☐ Values Development and Faith Based Initiatives
☒ Treatment Programs
☐ Miscellaneous

Program has been certified by DPS&C? ☒ Yes ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?
☒ Yes ☐ No

Has program curriculum changed during preceding 12 months? ☐ Yes ☒ No

Is there an objective method used to assess completion? ☒ Yes ☐ No

Detailed records are maintained on the following:

All offenders who apply. ☒ Yes ☐ No
Number of offenders accepted. ☒ Yes ☐ No
Number and type of services provided. ☒ Yes ☐ No
Offender's completion/termination from program. ☒ Yes ☐ No

Is there a formal graduation ceremony for those who complete the program? ☒ Yes ☐ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_____
Monitoring Team Member or BJG Team Member/Leader

10/25/17
Date

**Form B-04-003-B**
**05 November 2010**

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
### CERTIFICATION OF CONTINUED COMPLIANCE

Facility: Madison Correctional Center *Southern Correctional Facility*

Date: 10/25/17

Name of Program: HiSet

Date of Program Implementation: 2012

Primary Area of Service Provided:

- ☐ Education
- ☐ Job Skill Training
- ☐ Values Development and Faith Based Initiatives
- ☒ Treatment Programs
- ☐ Miscellaneous

Program has been certified by DPS&C?  ☒ Yes  ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?
☒ Yes  ☐ No

Has program curriculum changed during preceding 12 months?  ☐ Yes  ☒ No

Is there an objective method used to assess completion?  ☒ Yes  ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?  ☒ Yes  ☐ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_____     10/25/17
Monitoring Team Member or BJG Team Member/Leader          Date

**CERTIFIED TREATMENT AND REHABILITATION PROGRAM**
**CERTIFICATION OF CONTINUED COMPLIANCE**

Facility: Madison Correctional Center *of Southern Correctional Facility*

Date: 10/25/17

Name of Program: Louisiana Risk Management Model Phase 1 & 2

Date of Program Implementation: 2014

Primary Area of Service Provided:

☐ Education
☐ Job Skill Training
☐ Values Development and Faith Based Initiatives
☒ Treatment Programs
☐ Miscellaneous

Program has been certified by DPS&C?  ☒ Yes  ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?
☒ Yes  ☐ No

Has program curriculum changed during preceding 12 months?  ☐ Yes  ☒ No

Is there an objective method used to assess completion?  ☒ Yes  ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?  ☒ Yes  ☐ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_____     10/25/17
Monitoring Team Member or BJG Team Member/Leader          Date

**Form B-04-003-B**
**05 November 2010**

CERTIFIED TREATMENT AND REHABILITATION PROGRAM
CERTIFICATION OF CONTINUED COMPLIANCE

Facility: Madison Correctional Center ~ *Soutun Correctoel Facility*

Date: 10/25/17

Name of Program: Partners in Parenting

Date of Program Implementation: 2014

Primary Area of Service Provided:

☐ Education
☐ Job Skill Training
☐ Values Development and Faith Based Initiatives
☒ Treatment Programs
☐ Miscellaneous

Program has been certified by DPS&C?   ☒ Yes   ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?
☒ Yes   ☐ No

Has program curriculum changed during preceding 12 months?   ☐ Yes   ☒ No

Is there an objective method used to assess completion?   ☒ Yes   ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?   ☒ Yes   ☐ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_____     10/25/17
Monitoring Team Member or BJG Team Member/Leader          Date

**Form B-04-003-B**
**05 November 2010**

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
### CERTIFICATION OF CONTINUED COMPLIANCE

Facility: Madison Correctional Center *a Souten Correctonal Facilty*

Date: 10/25/17

Name of Program:  Understanding and Reducing Angry Feelings

Date of Program Implementation:  2014

Primary Area of Service Provided:

☐  Education
☐  Job Skill Training
☐  Values Development and Faith Based Initiatives
☒  Treatment Programs
☐  Miscellaneous

Program has been certified by DPS&C?    ☒ Yes    ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?
☒ Yes    ☐ No

Has program curriculum changed during preceding 12 months?    ☐ Yes    ☒ No

Is there an objective method used to assess completion?    ☒ Yes    ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?    ☒ Yes    ☐ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_____          10/25/17
Monitoring Team Member or BJG Team Member/Leader          Date



# Office of State Fire Marshal

8181 Independence Blvd. Baton Rouge, LA 70806
(225) 925-4911 (800) 256-5452 Fax (225) 925-4241

## Inspection Report
Report # CB-16-012985-4

**Deficient/Cautionary Codes cited.**

John Bel Edwards
GOVERNOR



H. "Butch" Browning
FIRE MARSHAL

| Location Information | | | | | |
|---|---|---|---|---|---|
| Inspection Type | Compliance Building Inspection | | Inspection Date | 1/13/2017 3:18:50 PM | |
| Structure ID | 16973 | No. of Buildings  27 | Facility Code | J137 | |
| Capacity | BLDG 1 - 140 BLDG 3 - 334 BLDG 4 - 565 | Year Built  1991 | Construction Type | Type IIB / (000) | |
| Building/Trade Name | | | Address | | |
| MADISON CORRECTIONAL CENTER | | | 158 TREATMENT PLANT ROAD, TALLULAH, LA 71284 | | |

| Owner Information | | | |
|---|---|---|---|
| Owner Type | Name | Contact Phone | Contact Email |
| Private Project | LASALLE MANAGEMENT | (318) 574-0584 | CSTINSON@LASALLECORRECTIONS.COM |
| Address | | | |
| 192 BASTILLE LANE, RUSTON, LA 71270 | | | |

| Tenant Information | | | |
|---|---|---|---|
| Name | Suite Number | Floor Number | Square Footage |

| Occupancy Details | |
|---|---|
| Occupancy Type | Details |
| Assembly - Group A | OCCUPANCY RATING: 50 TO 299 OCCUPANTS; ASSEMBLY TYPES: |
| Institutional | INSTITUTIONAL BUILDING TYPE: GROUP I-3 (DETENTION/CORRECTION); DETENTION/CORRECTION FACILITY TYPE: CONDITION 5 |

| Deficient and Cautionary Items | | |
|---|---|---|
| Description | Code Status | Correction Date |
| Numerous ceiling tiles have holes and are sagging. This would allow smoke and flame passage into the roof. Maintenance director has been shown numerous ceiling tile that need to be replaced. Whenever or wherever any device, equipment, system, condition, arrangement, level of protection, fire-resistive construction, or any other feature is required for compliance with the provisions of this Code, such device, equipment, system, condition, arrangement, level of protection, fire-resistive construction, or other feature shall thereafter be continuously maintained. | DEFICIENT | 2/13/2017 |

| Inspector Information | | |
|---|---|---|
| Name:    Matthew Schulte | Badge Number:  608 | Inspector Signature: |

| Person to whom requirements were explained | | |
|---|---|---|
| Name:  Steve Morgan | Title:   Maintenance | Signature: |

For questions regarding the contents of this report, please call:



**STATE OF LOUISIANA
DEPARTMENT OF HEALTH
OFFICE OF PUBLIC HEALTH**

**Detention or Incarceration
Notice of Violations**

Reinspection

| Permit Number 33-02-224 | Permit Name Madison Parish Detention Center-224 | | |
|---|---|---|---|
| Name of Establishment Madison Parish Detention Center-224 | | Owner Name | |
| Address 302 Treatment Plant RD Tallulah, LA 71282 | | Date 05/17/2017 | Time 02:00 PM |

## LAC TITLE 51 PART XVIII

**Comments:**

| Number Licensed For | | Number in Attendance | License Anniversary 06/30/2018 |
|---|---|---|---|
| Sanitarian Name/Print Jason Pylant | Phone # 318-728-4441 | Sanitarian Signature | R.S. # 1671 |

The above mentioned violations were called to my attention and were explained to me in detail. I hereby agree to

Correct Critical Violations by                                    Correct Non-Critical Violations by

Signature of Recipient

Title



**STATE OF LOUISIANA
DEPARTMENT OF HEALTH
OFFICE OF PUBLIC HEALTH**

**Detention or Incarceration
Notice of Violations**

Reinspection

| Permit Number 33-05-224 | Permit Name Southern Correctional Center-224 | | |
|---|---|---|---|
| Name of Establishment Southern Correctional Center-224 | | Owner Name | |
| Address 123 Correctional DR Tallulah, LA 71282 | | Date 05/17/2017 | Time 01.57 PM |

## LAC TITLE 51 PART XVIII

NON-CRITICAL ITEMS. These items should be corrected by the next regular inspection or according to the compliance schedule (see below) established by this office.

| Category | Code Reference | Description of Violations |
|---|---|---|
| Approved Bathing Facilities | | 24 - There is chipped tile in the shower area |
| Matresses and Pillows | | 52 - Several pillows are not of impervious material |
| Matresses and Pillows | | 53 - Several mattresses are not of impervious material. |

**Comments:**

| Number Licensed For | Number in Attendance | License Anniversary 06/30/2018 |
|---|---|---|
| Sanitarian Name/Print Jason Pylant | Phone # 318-728-4441 | Sanitarian Signature | R.S. # 1671 |

The above mentioned violations were called to my attention and were explained to me in detail. I hereby agree to

Correct Critical Violations by                    Correct Non-Critical Violations by

Signature of Recipient

Title



**STATE OF LOUISIANA
DEPARTMENT OF HEALTH
OFFICE OF PUBLIC HEALTH**

**Retail Food
Notice of Violations**

Routine/Renewal

| Permit Number 33-0001212-1 | Permit Name MADISON CORRECTIONAL CENTER KITCHEN | | |
|---|---|---|---|
| Name of Establishment MADISON CORRECTIONAL CENTER | | Owner Name MADISON PARISH SHERIFF DEPARTMENT | |
| Address 158 TREATMENT PLANT RD TALLULAH, LA 71282 | | Date 02/14/2017 | Time 12:50 PM |

## LAC TITLE 51 PART XXIII

CRITICAL ITEMS. These items MUST BE CORRECTED IMMEDIATELY (see compliance schedule below). Repeat violations may lead to enforcement actions or permit suspensions.

| Category | Code Reference | Description of Violations |
|---|---|---|
| FOOD - TIME/TEMPERATURE VIOLATIONS | 1309 | 14 - Food stored for cold-holding and service was not held at a temperature of 41 °F or below. [COS] |
| FOOD CONTACT EQUIPMENT/UTENSILS, CONSTRUCTION AND SANITIZATION | 2513 | 29 - Chlorine sanitizer concentration for warewashing is not between 50-100 p.p.m. at 75°F. |

NON-CRITICAL ITEMS. These items should be corrected by the next regular inspection or according to the compliance schedule (see below) established by this office.

| Category | Code Reference | Description of Violations |
|---|---|---|
| FOOD PROTECTION | 1907 | 60 - Ice dispensing utensils were not stored in a clean protected location. [COS] |
| STRUCTURAL/DESIGN/MAINTENANCE/PLUMBING | 3701 | 104 - Floors are not clean. dishwashing room |
| STRUCTURAL/DESIGN/MAINTENANCE/PLUMBING | 3703 | 105 - Walls/ceilings or attached equipment are not clean. dishwashing room |
| STRUCTURAL/DESIGN/MAINTENANCE/PLUMBING | 3703 | 105 - Walls/ceilings or attached equipment are not in good repair. dishwashing room |
| MISCELLANEOUS | 4119 | 119 - Mops are not hung and/or stored to facilitate air drying |

**Comments:**

| Sanitarian Name/Print Jason Pylant | Phone # 318-728-4441 | Sanitarian Signature | R.S # 1671 |
|---|---|---|---|

The above mentioned violations were called to my attention and were explained to me in detail. I hereby agree to

Correct Critical Violations by 02/17/2017 — Correct Non-Critical Violations by 02/14/2017

Signature of Recipient

Title



**STATE OF LOUISIANA
DEPARTMENT OF HEALTH
OFFICE OF PUBLIC HEALTH**

**Retail Food
Notice of Violations**

Routine/Renewal

| Permit Number | Permit Name | | |
|---|---|---|---|
| 33-0063994-1 | SOUTHERN CORRECTIONAL CENTER KITCHEN | | |
| Name of Establishment | | Owner Name | |
| SOUTHERN CORRECTIONAL CENTER | | MADISON PARISH SHERIFF DEPARTMENT | |
| Address | | Date | Time |
| 123 CORRECTIONAL DR TALLULAH, LA 71282 | | 05/04/2017 | 02 35 PM |

## LAC TITLE 51 PART XXIII

CRITICAL ITEMS: These items MUST BE CORRECTED IMMEDIATELY (see compliance schedule below). Repeat violations may lead to enforcement actions or permit suspensions

| Category | Code Reference | Description of Violations |
|---|---|---|
| FOOD CONTACT EQUIPMENT/UTENSILS, CONSTRUCTION AND SANITIZATION | 2513 | 29 - An approved sanitizer is not being used during manual or mechanical warewashing. [COS] |

NON-CRITICAL ITEMS These items should be corrected by the next regular inspection or according to the compliance schedule (see below) established by this office.

| Category | Code Reference | Description of Violations |
|---|---|---|
| FOOD PROTECTION | 1315 | 52 [COS] |
| FOOD PROTECTION | 1501 | 53 - Food is not stored in a clean, covered container. [COS] |
| FOOD PROTECTION | 1907 | 60 - Ice dispensing utensils were not stored in a clean protected location. [COS] |
| UTENSILS/EQUIPMENT/SINGLE SERVICE | 2501 | 74 - Non-food contact surfaces of equipment have an accumulation of dust, dirt, food residue and other debris CONTAINERS |
| UTENSILS/EQUIPMENT/SINGLE SERVICE | 2515 | 81 - Equipment and utensils are not air-dried. |
| TOILETS/HAND WASH FACILITIES | 3109 | 93 - Soap and/or paper towels are not provided for use at the hand wash lavatory. [COS] |
| TOILETS/HAND WASH FACILITIES | 3109 | 93 - The hand wash lavatory is used for purpose other than hand washing. [COS] |

**Comments:**

| Sanitarian Name/Print | Phone # | Sanitarian Signature | R.S. # |
|---|---|---|---|
| Jason Pylant | 318-728-4441 | | 1671 |

The above mentioned violations were called to my attention and were explained to me in detail. I hereby agree to

Correct Critical Violations by                                      Correct Non-Critical Violations by

Signature of Recipient

Title
JBROOKS@LASALLECORRECTIONS.COM

## 𝔇epartment of 𝔓ublic 𝔖afety & 𝔠orrections
### 𝔖tate of 𝔏ouisiana
Office of the Secretary

**JOHN BEL EDWARDS**
**GOVERNOR**



**JAMES M. LE BLANC**
**SECRETARY**

November 16, 2018

## M E M O R A N D U M

**TO:**    Rodney Cooper, CEO
            LaSalle Corrections

**FROM:**  James M. Le Blanc
            Secretary

**RE:**     Madison Parish Correctional Center and Southern Correctional Facility

Please see the attached monitoring report regarding the Basic Jail Guidelines (BJG) annual inspection that was conducted on October 10, 2018.

At this time, I would like to thank you for the certified treatment and rehabilitation programs offered to your offender population and for your support of the BJG process.

Attachment

c:    Mike Ranatza, Executive Director, Louisiana Sheriffs' Association
      Larry G. Cox, Sheriff of Madison Parish
      Phil Bickham, Warden, Madison Parish Correctional Center and Southern Correctional Facility
      Seth Smith, Chief of Operations
      Jerry Goodwin, Warden
      Tyrone Mays, BJG Team Leader



# BJG MONITORING REPORT
**(Annual, Semi-Annual, Quarterly, Monthly or Recert with Waiver)**

**FACILITY NAME:** Madison Parish Correctional Center
Madison Parish Southern Correctional Facility

**BJG MONITORS:** Tyrone Mays, BJG Team Leader (NE Region)
Roderick Malcolm, BJG Team Member

**TYPE OF INSPECTION:** Annual Monitoring Visit

**FACILITY STAFF:** Phil Bickham, Warden
John Toffton, Deputy Warden

**BJG INSPECTION DATE:** October 10, 2018

**PREVIOUS BJG INSPECTION DATE:** October 10, 2017

**OPERATIONAL CAPACITY:** 898 (334 + 564)

**COUNT ON DAY OF VISIT:** 871

## CONCERNS OR ISSUES FROM THE PREVIOUS BJG MONITORING INSPECTION:
None

|  | Male | Female | Total |
|---|---|---|---|
| Number of DOC Offenders | 829 | 0 | 829 |
| Number of Local Offenders | 42 | 0 | 42 |
| Number of Out of State Offenders | 0 | 0 | 0 |
| Number of Federal Offenders | 0 | 0 | 0 |
| **Total Offenders** | 871 | 0 | 871 |

**# of DOC Offenders that are:**

| | |
|---|---|
| Single Bunked | 0 |
| Double Bunked | 829 |
| Triple Bunked | 0 |
| Total | 829 |

**# of DOC Offenders that are housed in cells:**

| | |
|---|---|
| Single Bunked | 0 |
| Double Bunked | 6 |
| Triple Bunked | 0 |
| Total | 6 |

Received 10.26.18
at

1

**Assaults** (Please list monthly since the previous BJG monitoring visit.)

| Month/Year | Off/Off | Off/Off w/sig inj | Offender/Staff | Off/Staff w/sig inj |
|---|---|---|---|---|
| October 2017 | 1 | 0 | 0 | 0 |
| November 2017 | 4 | 0 | 0 | 0 |
| December 2017 | 3 | 0 | 0 | 0 |
| January 2018 | 2 | 0 | 0 | 0 |
| February 2018 | 5 | 0 | 0 | 0 |
| March 2018 | 2 | 0 | 0 | 0 |
| April 2018 | 4 | 0 | 1 | 0 |
| May 2018 | 2 | 0 | 0 | 0 |
| June 2018 | 4 | 0 | 0 | 0 |
| July 2018 | 3 | 0 | 0 | 0 |
| August 2018 | 3 | 0 | 0 | 0 |
| September 2018 | 5 | 1 | 0 | 0 |

**Seizure Findings** (Please list monthly since the previous BJG monitoring visit.)

| Month/Year | Illicit Substance | Alcohol | Weapon | Cell Phone | Other |
|---|---|---|---|---|---|
| October 2017 | 0 | 0 | 11 | 10 | 5 |
| November 2017 | 0 | 0 | 4 | 2 | 0 |
| December 2017 | 60 | 0 | 1 | 4 | 0 |
| January 2018 | 0 | 0 | 3 | 3 | 5 |
| February 2018 | 1 | 0 | 2 | 0 | 2 |
| March 2018 | 1 | 0 | 3 | 0 | 2 |
| April 2018 | 0 | 0 | 11 | 3 | 8 |
| May 2018 | 3 | 0 | 23 | 22 | 6 |
| June 2018 | 21 | 0 | 44 | 41 | 4 |
| July 2018 | 1 | 0 | 3 | 1 | 0 |
| August 2018 | 22 | 0 | 24 | 9 | 2 |
| September 2018 | 0 | 0 | 101 | 20 | 2 |

## GENERAL APPEARANCE/CLEANLINESS/COMMENTS OF THE FACILITY:

**Living Area:**
The living areas were found to be clean and orderly. We observed offenders during lunch service. Offenders lineup in single file line and presented their ID's as lunch trays was issue so officer could verify offenders to the list provided for any special dietary trays.

**Dorms:**
The dorms were in good condition and clean. Personal property was neatly stored. Bulletin boards in each dorm contained information regarding policies and procedures.

**Cell Block:**
Offenders were observed in the cell blocks. During the visit we spoke with offenders in cell block there were few complaints about recreation. Documentation reflects that offenders are receiving recreation.

**Culinary/Dining:**
The culinary/dining areas were clean. Offenders receive a medical pre-assessment prior to assignment in the kitchen. Culinary tools were appropriately inventoried with check-out systems in place. Deputy Warden Toffton and Major Jarret Brook provided tour of the kitchen. Offenders were observed preparing lunch which the menu consisted of: char broil patties, carrots, rice/gravy and rolls. A review of the cycle menu was available which verified that there was deviation from the scheduled menu.

**Bathrooms:**
The bathrooms were inspected and found to be in good working order.

**Yard Areas:**
There is ample yard space for offenders to exercise. Each yard was found to be clean and free of debris. Offenders offered recreation per policy, if weather permitting. Control center officers log recreation time in the logbook and log activity sheets. Offenders have access to volleyballs, volleyball net, basketball goals and limited amounts of weights that are welded for stableness.

**Maintenance:**
Tools and chemicals in their area were reviewed and found to have an accurate account of tools with a check-out system in place. Tools were inspected and found to have engraved numbers to enhance the accuracy of their accountability system.

## REVIEW AND COMMENT ON THE FOLLOWING BASIC JAIL GUIDELINES: (Compliant or Non Compliant)

**I-A-001**  **Safety/Sanitation/Inspections - Compliant**
A current annual FM and DHH inspection reports are on file. Weekly and monthly inspections are completed in a timely manner with water temperatures being recorded daily. During inspection FM report showed deficient dealing with the fire alarm. Deficient has been corrected and invoice on file to reflect corrective action. Fire Marshal has been contacted to inspect the corrections.

**I-C-001**  **Emergency Plan - Compliant**
The facility has an approved emergency plan in place with approval from Fire Marshal. Documentation reflects that all staff has been trained on emergency procedures.

**II-A-007**  **Counts - Compliant**
- How many formal counts are conducted each shift? ███████████
- How many counts are conducted each day? **Five**

*Stick outs are counts that are conducted in areas other than housing units, such as food services and other areas of normally authorized locations. When conducting and submitting the counts, employees are to actually see the offender before turning in theses counts.*

- How does the facility accomplish this? **Staff conducts visual counts and called in stick outs into control center.**
- Does this process insure accountability and safe/secure operation of the facility? **Yes**

**II-A-008**  **Offender Population Management System - Compliant**
If an offender is transferred to another facility, all records are transferred with the offender.

**II-A-010**  **Admissions - Compliant**
Written policy and procedure are in place. Admission forms are properly completed and placed in offender file to reflect practice.

**II-A-012**  **Classification System - Compliant**
Does this facility have any trustees that work outside the secure perimeter? **Yes**
If yes,
- What is their classification process to determine who is eligible for trustee status? **Offenders being screened for trusty status meet the same criteria as utilized by DPS&C. Facility utilizes the suggested trustee board screening form.**
- Does their classification process meet DPS&C, Corrections Services' criteria? **Yes**

**II-A-018**  **Offender Drug Testing - Compliant** (Please list monthly since the previous BJG monitoring visit.)

| Month/Year | # DOC Tested | Total DOC Pop | % Tested | # Positive |
|---|---|---|---|---|
| October 2017 | 151 | 715 | 21% | 0 |
| November 2017 | 133 | 623 | 21% | 0 |
| December 2017 | 160 | 617 | 26% | 0 |
| January 2018 | 162 | 585 | 28% | 0 |
| February 2018 | 161 | 560 | 29% | 0 |
| March 2018 | 179 | 554 | 32% | 0 |
| April 2018 | 151 | 589 | 26% | 1 |
| May 2018 | 158 | 612 | 26% | 7 |
| June 2018 | 160 | 761 | 21% | 0 |
| July 2018 | 190 | 897 | 21% | 0 |
| August 2018 | 206 | 904 | 23% | 1 |
| September 2018 | 195 | 816 | 24% | 0 |

**II-C-001**  **Procedures for Searches - Compliant**
Policies in place on he searches of offenders, staff, and facility grounds. Daily patrol logs and inspection of all areas occupied by offenders on file. Dorm inspection and shake-downs logged as well as an accountability of disposition of contraband.

**II-D-001**  **Key, Tool and Utensil Control - Compliant**
A review of keys, tools, and utensils were found to have an accurate accountability in place with inventories and check-out systems. During the inspection, I observed the kitchen officer issue tools in the kitchen.

**IV-C-001**  **Access to Care/Clinical Services** (Does the facility charge a co-payment? If so, approved by DPS&C?)
**Compliant -** The facility assesses a co-pay for sick call that is approved by DPS&C. Offenders are advised of how to obtain medical services. Sick call fee is $5. Prescription fee is $2. Reading glasses $6. Dental fee is $10.

**IV-C-008**  **Annual TB Testing - Compliant**
Medical staff conducts annual TB testing at no cost to the offender. Facility utilizes a computer generated database to ensure that all TB testing is conducted in a timely manner.

**IV-C-012**  **Access to Sick Call - Compliant**
Offenders have access to sick call five days per week; Monday-Friday. Offender completes a request for sick call in dorm and security staff pick up the requests and submits to medical.

**IV-C-013**  **Infirmary Care – Compliant**
Infirmary care is not provided on-site. Offenders receive care at University Health-Monroe. Medical staff are on 24-hour call.

**IV-C-014**　**Suicide Prevention and Intervention - Compliant**
A written suicide prevention/intervention policy is on file which was approved by Dr. Pam Hearn. Training is conducted annually. During the inspection, I observed two offenders on suicide watch, and reviewed the watch logs.

**IV-D-004**　**Confidentiality of Health Information - Compliant**
Medical file is maintained separately and security from the confinement file. Completed medical refusal and consent forms are on file for review. Signed document to release medical information on file.

**IV-E-001**　**Alleged and Substantiated Sexual Assaults - Compliant**
Written policy and procedures are in place. Sedreg Guice and Wendell Hughes serve as the PREA Investigators for the facility. PREA training is on file for staff and offenders.

**V-A-003**　**Programs and Services - Compliant**
- **List all Certified Treatment Programs** (Attached Form B-04-003-B)
  FDIC Money Management
  Hi-Set
  Louisiana Risk Management Model Phase I & II
  Partners in Parenting
  Understanding and Reducing Angry Feelings
- **List all other Offender Programs**
  AA/NA
  Religious Programming

**GED Program**

| | |
|---|---|
| Number of GED Slots | 20 |
| Number of Participants | 6 |
| YTD Number of Completions | 5 |

**V-B-001**　**Releasing Offenders - Compliant**
The personal property of offenders is returned with two forms of ID, available community resources, and a five-day supply of current medications. Receipts for such are on file.

**V-B-010**　**Proposed Expansions - Compliant**
There are no proposed expansions at this time.

**V-C-001**　**Substance Abuse Programs**
This facility does have a substance abuse program.

**V-C-002**　**Reentry Programs - Compliant** (Are offenders releasing with two valid forms of identification?)
The personal property of offenders is returned with two forms of ID, available community resources, and a five-day supply of current medications.

**VII-A-002**　**Weapons Training - Compliant**
All corrections staff members receive initial and annual weapons training and chemical agent training. Training is conducted by Major R. LeBlanc.

**VII-B-008**　**Monthly Reporting - Compliant**
Monthly reports are submitted in a timely manner with correct information.

**STAFF COMMENTS/MORALE/GENERAL OBSERVATIONS:**
Staff morale was deemed to be good. The team spoke with several staff members who voiced no negative concerns regarding their employment at this facility. Staff was asked questioned on the escape policy and procedures, due to their recent escape. Staff stated that Warden Bickham and Deputy Warden Toffton just recently conducted a training class on their escape policy. All security staff was in attendance.

**OFFENDER COMMENTS/MORALE/QUALITY OF LIFE:**
Offender morale and quality of life is deemed as good. In speaking with several offenders during the walk-through, none of them expressed any noteworthy complaints. They were aware of how to access the grievance system and sick call.

**RECOMMENDATION:**
Warden Bickham and Deputy Warden Toffton escorted the monitoring team throughout the facility. At this time, it is recommended that the Madison Parish Correctional Center and Southern Correctional Facility remain on continued annual monitoring.



# Office of State Fire Marshal

8181 Independence Blvd. Baton Rouge, LA 70806
(225) 925-4911 (800) 256-5452 Fax (225) 925-4241

## Inspection Report
Report # CB-18-018658-2

**Deficient/Cautionary Codes cited.**



John Bel Edwards
GOVERNOR

H. "Butch" Browning
FIRE MARSHAL

## Location Information

| Inspection Type | Compliance Building Inspection | | Inspection Date | 7/16/2018 10:52:38 AM |
|---|---|---|---|---|
| Structure ID | 16973 | No. of Buildings 27 | Facility Code | J137 |
| Capacity | BLDG 1 - 140 BLDG 3 - 334 BLDG 4 - 565 | Year Built 1991 | Construction Type | Type IIB / (000) |

| Building/Trade Name | | Address | |
|---|---|---|---|
| MADISON CORRECTIONAL CENTER | | 158 TREATMENT PLANT ROAD, TALLULAH, LA 71284 | |

## Owner Information

| Owner Type | Name | Contact Phone | Contact Email |
|---|---|---|---|
| Private Project | LASALLE MANAGEMENT | (318) 574-0584 | CSTINSON@LASALLECORRECTIONS.COM |

| Address | 192 BASTILLE LANE, RUSTON, LA 71270 |
|---|---|

## Tenant Information

| Name | Suite Number | Floor Number | Square Footage |
|---|---|---|---|
| | | | |

## Occupancy Details

| Occupancy Type | Details |
|---|---|
| Assembly - Group A | OCCUPANCY RATING: 50 TO 299 OCCUPANTS; ASSEMBLY TYPES: |
| Institutional | INSTITUTIONAL BUILDING TYPE: GROUP I-3 (DETENTION/CORRECTION); DETENTION/CORRECTION FACILITY TYPE: CONDITION 5 |

## Deficient and Cautionary Items

| Description | Code Status | Correction Date |
|---|---|---|
| Have fire alarm serviced by licensed contractor. System showed a trouble notification in SCC BUILDING. IF THE SYSTEM IS NOT REPAIRED AND CAN'T BE CERTIFIED, THE FACILITY WILL BE REQUIRED TO GO ON FIRE WATCH THE FIRE ALARM SYSTEM IS REPAIRED AND CERTIFIED. THE FIRE ALARM CERTIFICATION TAG EXPIRED IN JUNE 2018. | DEFICIENT | 7/18/2018 |

## Comments

FIRE ALARM SYSTEM IS STILL IN TROUBLE AT THIS TIME. FIRE ALARM CERTIFICATION EXPIRED IN JUNE 2018 AND THE SYSTEM HAS NOT BEEN ABLE TO BE RECERTIFIED SINCE. A REINSERTION WILL BE CONDUCTED ON OR AFTER 07/18/2018 TO VERIFY TROUBLE ISSUES HAVE BEEN CORRECTED AND SYSTEM HAS BEEN CERTIFIED.

## Inspector Information

| Name: Christopher Hicks | Badge Number: | Inspector Signature: |
|---|---|---|

## Person to whom requirements were explained

| Name: Stephen Morgan | Title: Maintenance Supervisor | Signature: |
|---|---|---|

**For questions regarding the contents of this report, please call:**



**Johnson Controls**

D-U-N-S 09-4738007
FED. ID 58-2608861

District # 287
111 DALTON ST
SHREVEPORT,LA 71106-6548
318-688-4222
Billing Questions, Contact =

Johnson Controls Fire Protection LP

| | |
|---|---|
| **INVOICE NO.** | 85327585 |
| **INVOICE DATE** | 10-24-18 |
| **SERVICE REQUEST #** | 43180332 |
| **SERVICE REQ. CREATED** | 10-20-18 |

**PO NUMBER**

**NATIONAL ACCOUNT NUMBER**

**PAYMENT TERMS**
Due upon receipt

**Bill To:** 287-23593153
LaSalle Corrections Building #4 SCC
158 Treatment Plant Road
TALLULAH LA 71282-7406

**Ship To:** 287-23593153
LaSalle Corrections Building #4 SCC
158 Treatment Plant Road
TALLULAH LA 71282-7406

**Service Requested By:** JOHN TOFFTON          **Requestors Phone Number:** 318-278-1109

Scope of work for service performed on your Wet Sprinkler
System is not covered by your service agreement

Description of work
Service Call
Fitter replaced two sprinkler heads and confirmed the system
was normal on departure.
Service is complete
Thank you for your business!

| | |
|---|---|
| Labor | $1,752.00 |
| Material | $80.12 |
| Other | $105.00 |
| Invoice Amount | $1,937.12 |
| Taxes | $18.42 |
| Total Invoice Amount | $1,955.54 |
| Payment Received | $0.00 |

**Total Amount Due** ▷ **$1,955.54**

---



**Johnson Controls**

REMITTANCE COPY

PLEASE TEAR OFF AND RETURN THIS PORTION WITH YOUR PAYMENT - WRITE INVOICE NO. ON YOUR CHECK.

**TOTAL AMOUNT DUE**
**$1,955.54**

**BILL TO** LaSalle Corrections Build
287-23593153
**SHIP TO** LaSalle Corrections Building #4 SCC
287-23593153

| | |
|---|---|
| **INVOICE NUMBER** | 85327585 |
| **INVOICE DATE** | 10-24-18 |
| **CUSTOMER P.O.** | |

**REMIT TO** Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine          IL      60055-0320

5000195554385327585

759-GL-Service-M997


Johnson
Controls

Billing Questions:

District # 287
111 DALTON ST
SHREVEPORT, LA 71106-6548
318-688-4222

Johnson Controls Fire Protection LP

| INVOICE NO. |
|---|
| 85327585 |

| DATE OF INVOICE |
|---|
| 10-24-18 |

## *INVOICE SERVICE DETAIL*

| SERVICE REQ # | TASK # | DATE OF SERVICE | ITEMIZATION OF CHARGES | PRODUCT ID | UOM | AMOUNT |
|---|---|---|---|---|---|---|
| 43180332 | 63793538 | 20-OCT-18 | MECHANICAL AND SUPPRESSION OVERTIME LABOR | MECH/SUPP OT | 8 HR | $1,752.00 |
| | | | Spkl Pend QRSC Ch1/2 | 11-0090S | 2 EA | $80.12 |
| 43180332 | 63793538 | 22-OCT-18 | TRJCK CHARGE | TRUCK CHARGE | 1 EA | $105.00 |



**STATE OF LOUISIANA
DEPARTMENT OF HEALTH
OFFICE OF PUBLIC HEALTH**

**Detention or Incarceration
Notice of Violations**

Follow-up

| Permit Number 33-01-224 | Permit Name Madison Correctional Center-224 | | |
|---|---|---|---|
| Name of Establishment Madison Correctional Center-224 | Owner Name | | |
| Address 158 Treatment Plant RD Tallulah, LA 71282 | Date 06/07/2018 | | Time 11:05 AM |

## LAC TITLE 51 PART XVIII

NON-CRITICAL ITEMS: These items should be corrected by the next regular inspection or according to the compliance schedule (see below) established by this office

| Category | Code Reference | Description of Violations |
|---|---|---|
| Building Requirement | 101 | 3 - The walls are in disrepair. SHOWER WALLS IN B DORM AND C DORM |
| Mattresses and Pillows | 103 | 53 - Several mattresses are not of impervious material. |

**Comments:**

| Number Licensed For | Number in Attendance 221 | License Anniversary 06/30/2018 |
|---|---|---|
| Sanitarian Name/Print Jason Pylant | Phone # 318-728-4441 | Sanitarian Signature | R.S. # 1671 |

The above mentioned violations were called to my attention and were explained to me in detail. I hereby agree to

| Correct Critical Violations by | Correct Non-Critical Violations by |
|---|---|
| | Signature of Recipient |
| Title | |



**STATE OF LOUISIANA**
**DEPARTMENT OF HEALTH**
**OFFICE OF PUBLIC HEALTH**

**Detention or Incarceration**
**Notice of Violations**

Follow-up

| Permit Number | Permit Name | | |
|---|---|---|---|
| 33-05-224 | Southern Correctional Center-224 | | |
| Name of Establishment | | Owner Name | |
| Southern Correctional Center-224 | | | |
| Address | | Date | Time |
| 123 Correctional DR Tallulah, LA 71282 | | 06/07/2018 | 11:40 AM |

## LAC TITLE 51 PART XVIII

NON-CRITICAL ITEMS: These items should be corrected by the next regular inspection or according to the compliance schedule (see below) established by this office.

| Category | Code Reference | Description of Violations |
|---|---|---|
| Handwashing Lavatories | 101 | 16 - The hand lavatory is in disrepair. B DORM-2 FAUCETS |
| Approved Plumbing | 101 | 41 - Drinking fountain is in disrepair. B DORM |
| Matresses and Pillows | 103 | 53 - Several mattresses are not of impervious material. |

**Comments:**

| Number Licensed For | | Number in Attendance | License Anniversary |
|---|---|---|---|
| | | 410 | 06/30/2018 |
| Sanitarian Name/Print | Phone # | Sanitarian Signature | R.S. # |
| Jason Pylant | 318-728-4441 | | 1671 |

The above mentioned violations were called to my attention and were explained to me in detail. I hereby agree to

Correct Critical Violations by | Correct Non-Critical Violations by

Signature of Recipient

Title



# STATE OF LOUISIANA
## DEPARTMENT OF HEALTH
## OFFICE OF PUBLIC HEALTH

**Retail Food**
**Notice of Violations**

Routine/Renewal

| Permit Number | Permit Name |
|---|---|
| 33-0063994-1 | SOUTHERN CORRECTIONAL CENTER KITCHEN |

| Name of Establishment | Owner Name |
|---|---|
| SOUTHERN CORRECTIONAL CENTER | MADISON PARISH SHERIFF DEPARTMENT |

| Address | Date | Time |
|---|---|---|
| 123 CORRECTIONAL DR TALLULAH, LA 71282 | 09/06/2018 | 03:35 PM |

## LAC TITLE 51 PART XXIII

CRITICAL ITEMS: These items MUST BE CORRECTED IMMEDIATELY (see compliance schedule below). Repeat violations may lead to enforcement actions or permit suspensions.

| Category | Code Reference | Description of Violations |
|---|---|---|
| CROSS CONTAMINATION | 1705 | 25 - Raw animal food is not separated from ready to eat food, or is placed, stored or displayed above ready to eat food. [COS] |

NON-CRITICAL ITEMS: These items should be corrected by the next regular inspection or according to the compliance schedule (see below) established by this office.

| Category | Code Reference | Description of Violations |
|---|---|---|
| FOOD PROTECTION | 1501 | 54 - Food is not stored six (6) inches off the floor. [COS] |
| PERSONNEL, CLOTHES, HAIR RESTRAINTS, PRIVATE WELL TESTING | 3903 | 92 - Employees? personal care items are stored where food equipment, utensils, linens, single service items or single use items may be contaminated. [COS] |
| STRUCTURAL/DESIGN/MAINTENANCE/PLUMBING | 3701 | 105 - Floors are not clean. STORAGE ROOM |

**Comments:**

Green Card
ACT 66 NOTICE
A new Louisiana law, Act 66, authorizes the Louisiana Department of Health to charge a fee of $150 to any permitted food establishment that fails to correct the necessary sanitary code violations to be in compliance following its 1st re-inspection.
The implementation date is September 1, 2017.
This new law is intended to help prompt facilities to make the necessary corrections and come into compliance as soon as possible to protect public health.
Re-inspections are required when there are five or more uncorrected non-critical violations and/or one or more uncorrected critical violations remaining at the conclusion of an inspection.
The fee is only charged if the necessary violations are not corrected following the 1st re-inspection, resulting in a 2nd re-inspection and possibly other subsequent re-inspections.
Establishments can avoid this fee if the violations noted on the routine inspection report are corrected by, or during, the 1st re-inspection.
The $150 fee is payable within 30 days' notice, and failure to pay shall result in revocation of the permit.

| Sanitarian Name/Print | Phone # | Sanitarian Signature | R.S. # |
|---|---|---|---|
| Jason Pylant | 318-728-4441 | | 1671 |

The above mentioned violations were called to my attention and were explained to me in detail. I hereby agree to

| Correct Critical Violations by | Correct Non-Critical Violations by |
|---|---|

Title

The implementation date is September 1, 2017.

This new law is intended to help prompt facilities to make the necessary corrections and come into compliance as soon as possible to protect public health.

Re-inspections are required when there are five or more uncorrected non-critical violations and/or one or more uncorrected critical violations remaining at the conclusion of an inspection.

The fee is only charged if the necessary violations are not corrected following the 1st re-inspection, resulting in a 2nd re-inspection and possibly other subsequent re-inspections.

Establishments can avoid this fee if the violations noted on the routine inspection report are corrected by, or during, the 1st re-inspection.

The $150 fee is payable within 30 days' notice, and failure to pay shall result in revocation of the permit.

Yellow Card
$150 FEE NOTICE

You are receiving this notice because your establishment has failed to meet compliance upon completion of your routine inspection, and a 1st re-inspection is now required.

Re-inspections are required when there are five or more uncorrected non-critical violations and/or one or more uncorrected critical violations remaining at the conclusion of an inspection.

The fee will not be charged if the critical violations have been corrected and/or four or less non-critical violations remain at the end of the 1st re-inspection.

The $150 fee must be paid in full within 30 days of notice.

Failure to pay shall result in revocation of your State Permit to Operate. *

The fee is the result of a new Louisiana law, Act 66, which authorizes the Louisiana Department of Health Office of Public Health to charge the fee to any permitted food establishment that fails to correct the necessary sanitary code violations to be in compliance following the 1st re-inspection.

| Sanitarian Name/Print | Phone # | Sanitarian Signature | R.S. # |
|---|---|---|---|
| Jason Pylant | 318-728-4441 | | 1671 |

The above mentioned violations were called to my attention and were explained to me in detail. I hereby agree to

Correct Critical Violations by 09/10/2018       Correct Non-Critical Violations by 09/10/2018

Signature of Recipient

Title
JBROOKS

J. Brooks



# STATE OF LOUISIANA
## DEPARTMENT OF HEALTH
## OFFICE OF PUBLIC HEALTH

**Retail Food**
**Notice of Violations**

Routine/Renewal

| Permit Number | Permit Name | |
|---|---|---|
| 33-0001212-1 | MADISON CORRECTIONAL CENTER KITCHEN | |
| **Name of Establishment** | **Owner Name** | |
| MADISON CORRECTIONAL CENTER | MADISON PARISH SHERIFF DEPARTMENT | |
| **Address** | **Date** | **Time** |
| 158 TREATMENT PLANT RD TALLULAH, LA 71282 | 09/06/2018 | 02:35 PM |

## LAC TITLE 51 PART XXIII

CRITICAL ITEMS: These items MUST BE CORRECTED IMMEDIATELY (see compliance schedule below). Repeat violations may lead to enforcement actions or permit suspensions.

| Category | Code Reference | Description of Violations |
|---|---|---|
| FOOD - TIME/TEMPERATURE VIOLATIONS | 1309 | 14 - Food stored for cold-holding and service was not held at a temperature of 41 °F or below. [COS] |
| PERSONNEL - EMPLOYEE HEALTH, PRACTICES | 911 | 21 - Employee was drinking in a food preparation or other area where food equipment, utensils or other items requiring protection were stored. [COS] |
| CROSS CONTAMINATION | 1705 | 25 - Raw animal food is not separated from ready to eat food, or is placed, stored or displayed above ready to eat food. [COS] |
| FOOD CONTACT EQUIPMENT/UTENSILS, CONSTRUCTION AND SANITIZATION | 2501 | 28 - Food contact surfaces and utensils are not clean to sight and touch. ICEMAKER [COS] |
| FOOD CONTACT EQUIPMENT/UTENSILS, CONSTRUCTION AND SANITIZATION | 2513 | 30 - Chlorine sanitizer concentration for warewashing is not between 50-100 p.p.m. at 75°F. USING 3 COMPARTMENT SINK UNTIL DISHWASHER IS REPAIRED |
| TOXIC CHEMICALS | 3901 | 33 - Working containers of chemicals are not labeled. [COS] |

NON-CRITICAL ITEMS: These items should be corrected by the next regular inspection or according to the compliance schedule (see below) established by this office.

| Category | Code Reference | Description of Violations |
|---|---|---|
| FOOD PROTECTION | 1501 | 54 - Food is not stored in a clean, covered container. [COS] |
| UTENSILS/EQUIPMENT/SINGLE SERVICE | 2501 | 75 - Non-food contact surfaces of equipment have an accumulation of dust, dirt, food residue and other debris. FAN |
| UTENSILS/EQUIPMENT/SINGLE SERVICE | 2517 | 83 - Clean equipment/utensils are not stored as to eliminate exposure to splash, dust, or contamination |
| PERSONNEL, CLOTHES, HAIR RESTRAINTS, PRIVATE WELL TESTING | 3903 | 92 - Employees' personal care items are stored where food equipment, utensils, linens, single service items or single use items may be contaminated. [COS] |
| STRUCTURAL/DESIGN/MAINTENANCE/PLUMBING | 3101 | 102 - Plumbing is not maintained. WATER LEAK IN DISHWASHING AREA |
| STRUCTURAL/DESIGN/MAINTENANCE/PLUMBING | 3701 | 105 - Floors are not clean. DISHWASING AREA |

**Comments:**

Green Card
ACT 66 NOTICE
A new Louisiana law, Act 66, authorizes the Louisiana Department of Health to charge a fee of $150 to any permitted food establishment that fails to correct the necessary sanitary code violations to be in compliance following its 1st re-inspection.

Signature of Recipient

LTphvel

**CERTIFIED TREATMENT AND REHABILITATION PROGRAM
CERTIFICATION OF CONTINUED COMPLIANCE**

Facility:  Madison Correctional Center and Madison Southern Correctional Facility

Date: 10/10/2018

Name of Program:  FDIC Money Management

Date of Program Implementation:  2014

Primary Area of Service Provided:

☐ Education
☐ Job Skill Training
☐ Values Development and Faith Based Initiatives
☒ Treatment Programs
☐ Miscellaneous

Program has been certified by DPS&C?   ☒ Yes   ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?   ☒ Yes   ☐ No

Has program curriculum changed during preceding 12 months?   ☐ Yes   ☒ No

Is there an objective method used to assess completion?   ☒ Yes   ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?   ☒ Yes   ☐ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_____      10/10/2018
Monitoring Team Member or BJG Team Member/Leader      Date

Form B-04-003-B
05 November 2010

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
## CERTIFICATION OF CONTINUED COMPLIANCE

Facility: Madison Correctional Center and Madison Southern Correctional Facility

Date: 10/10/2018

Name of Program: Hi-Set

Date of Program Implementation: 2012

Primary Area of Service Provided:

☒ Education
☐ Job Skill Training
☐ Values Development and Faith Based Initiatives
☐ Treatment Programs
☐ Miscellaneous

Program has been certified by DPS&C? ☒ Yes ☐ No

Program application process is consistent with DPS&C existing assessment and classification system? ☒ Yes ☐ No

Has program curriculum changed during preceding 12 months? ☐ Yes ☒ No

Is there an objective method used to assess completion? ☒ Yes ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program? ☒ Yes ☐ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_____     10/10/2018
Monitoring Team Member or BJG Team Member/Leader     Date

**Form B-04-003-B**
**05 November 2010**

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
## CERTIFICATION OF CONTINUED COMPLIANCE

Facility:  Madison Correctional Center and Madison Southern Correctional Facility

Date: 10/10/2018

Name of Program:  Louisiana Risk Management Model Phase I & II

Date of Program Implementation:  2014

Primary Area of Service Provided:

☐ Education
☐ Job Skill Training
☐ Values Development and Faith Based Initiatives
☒ Treatment Programs
☐ Miscellaneous

Program has been certified by DPS&C?   ☒ Yes   ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?   ☒ Yes   ☐ No

Has program curriculum changed during preceding 12 months?   ☐ Yes   ☒ No

Is there an objective method used to assess completion?   ☒ Yes   ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?   ☒ Yes   ☐ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_____                    10/10/2018
Monitoring Team Member or BJG Team Member/Leader            Date

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
## CERTIFICATION OF CONTINUED COMPLIANCE

Facility:  Madison Correctional Cneter and Madison Southern Correctional Faciltity

Date: 10/10/2018

Name of Program: Partners and Parenting

Date of Program Implementation:  2014

Primary Area of Service Provided:

☐ Education
☐ Job Skill Training
☐ Values Development and Faith Based Initiatives
☒ Treatment Programs
☐ Miscellaneous

Program has been certified by DPS&C?  ☒ Yes  ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?  ☒ Yes  ☐ No

Has program curriculum changed during preceding 12 months?  ☐ Yes  ☒ No

Is there an objective method used to assess completion?  ☒ Yes  ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?  ☒ Yes  ☐ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_____     10/10/2018
Monitoring Team Member or BJG Team Member/Leader     Date

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
## CERTIFICATION OF CONTINUED COMPLIANCE

Facility:  Madison Correctional Center and Madison Southern Correctional Facility

Date:  10/10/2018

Name of Program:  Understanding and Reducing Angry Feelings

Date of Program Implementation:  2014

Primary Area of Service Provided:

☐ Education
☐ Job Skill Training
☐ Values Development and Faith Based Initiatives
☒ Treatment Programs
☐ Miscellaneous

Program has been certified by DPS&C?   ☒ Yes   ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?   ☒ Yes   ☐ No

Has program curriculum changed during preceding 12 months?   ☐ Yes   ☒ No

Is there an objective method used to assess completion?   ☒ Yes   ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?   ☒ Yes   ☐ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_____     10/10/2018
Monitoring Team Member or BJG Team Member/Leader     Date



# BJG MONITORING REPORT
**(Annual, Semi-Annual, Quarterly, Monthly or Recert with Waiver)**

**FACILITY NAME:** Madison Correctional Center / Madison Southern Corr. Facility
**BJG MONITORS:** Colonel Tyrone Mays, BJG Team Leader (NE Region)
Lt. Colonel Roderick Malcolm, BJG Team Member
**TYPE OF INSPECTION:** Annual Monitoring Visit
**FACILITY STAFF:** Warden Billy Tigner & Asst. Warden Dwayne Saucier
**BJG INSPECTION DATE:** October 10, 2019
**PREVIOUS BJG INSPECTION DATE:** October 10, 2018
**OPERATIONAL CAPACITY:** 1166 (334 + 564 + 268)
**COUNT ON DAY OF VISIT:** 1137

## CONCERNS OR ISSUES FROM THE PREVIOUS BJG MONITORING INSPECTION:

|  | # MALE | # FEMALE | TOTAL |
|---|---|---|---|
| Number of DOC Offenders | 1107 | 0 | 1107 |
| Number of Local Offenders | 30 | 0 | 30 |
| Number of Out of State Offenders | 0 | 0 | 0 |
| Number of Federal Offenders | 0 | 0 | 0 |
| Number of ICE Detainees | 0 | 0 | 0 |
| **TOTAL** | 1137 | 0 | 1137 |

**# of DOC Offenders that are:**

Single Bunked       **0**

Double Bunked       **1065**

Triple Bunked       **42**

Total       **1107**

**# of DOC Offenders that are in restricted housing:**

Single Bunked       **0**

Double Bunked       **37**

Triple Bunked       **0**

Total       **37**

**Assaults** (Please list monthly since the previous BJG monitoring visit.)

| Month/Year | Off/Off | Off/Off w/sig inj | Offender/Staff | Off/Staff w/sig inj |
|---|---|---|---|---|
| Oct 2018 | 11 | 1 | 0 | 0 |
| Nov 2018 | 4 | 0 | 0 | 0 |
| Dec 2018 | 14 | 0 | 0 | 0 |
| Jan 2019 | 6 | 0 | 0 | 0 |
| Feb 2019 | 45 | 0 | 0 | 0 |
| Mar 2019 | 6 | 0 | 1 | 0 |
| Apr 2019 | 4 | 0 | 0 | 0 |
| May 2019 | 8 | 0 | 0 | 0 |
| Jun 2019 | 3 | 0 | 0 | 0 |
| Jul 2019 | 5 | 0 | 0 | 0 |
| Aug 2019 | 9 | 1 | 0 | 0 |
| Sep 2019 | 11 | 0 | 0 | 0 |

**Seizure Findings** (Please list monthly since the previous BJG monitoring visit.)

| Month/Year | Illicit Substance | Alcohol | Weapon | Cell Phone | Other |
|---|---|---|---|---|---|
| Oct 2018 | 0 | 0 | 38 | 15 | 8 |
| Nov 2018 | 16 | 0 | 38 | 19 | 2 |
| Dec 2018 | 3 | 0 | 7 | 9 | 3 |
| Jan 2019 | 8 | 0 | 29 | 10 | 5 |
| Feb 2019 | 1 | 0 | 41 | 6 | 4 |
| Mar 2019 | 5 | 0 | 17 | 8 | 3 |
| Apr 2019 | 0 | 0 | 26 | 1 | 6 |
| May 2019 | 0 | 0 | 65 | 9 | 0 |
| Jun 2019 | 5 | 0 | 29 | 11 | 12 |
| Jul 2019 | 44 | 0 | 21 | 18 | 8 |
| Aug 2019 | 4 | 0 | 60 | 26 | 1 |
| Sep 2019 | 1 | 0 | 22 | 6 | 1 |

## GENERAL APPEARANCE/CLEANLINESS/COMMENTS OF THE FACILITY:

**Living Area:**
The living areas were found to be clean with no concerns in regards to sanitation, safety, or security.

**Dorms:**
The dorms were found to be clean with minimal offender property.  Bulletin boards are located in each dorm with information on offender rules and regulations, offender programming, and weekly menu.

**Cell Block:**
The cells were clean with minimal offender property being utilized.  The DOC offenders voiced no negative comments regarding their confinement or the administration.

**Culinary/Dining:**
Meals are prepared at all three locations Madison Parish Corr. Center, Madison Parish Detention Center, and Southern Correctional Facility.  All deficiencies have been corrected by maintenance department. Culinary tools were found to be in good order with an inventory and check-out system in place.  Each tool was numbered for increase accountability.

**Bathrooms:**
The bathrooms in dorms and cells were found to be clean and in good working order.

**Yard Areas:**
The yard areas for recreation purposes are clean and free of debris.  Offender are afforded regular exercise opportunities as noted by dorm logbooks.

**Maintenance:**

Tools and chemicals in their area were reviewed and found to have an accurate account of tools with a check-out system in place. Work orders are utilized for immediate repairs.

**REVIEW AND COMMENT ON THE FOLLOWING BASIC JAIL GUIDELINES:** (Compliant or Non Compliant)

**I-A-001**      **Safety/Sanitation/Inspections - Compliant**
Logbook documentation reflects that periodic inspections are conducted. Last inspection by Fire Marshal was on 02 Oct 2019. Last DHH Incarceration Inspection was on 17 May 2019. Last DHH Retail Food Inspection was on 13 Sep 2019. See attached reports.

**I-C-001**      **Emergency Plan - Compliant**
The facility submitted an approved emergency plan on 12 June 2019. Documentation reflects that all staff has been trained on emergency procedures.

**II-A-007**      **Counts**
- How many formal counts are conducted each shift? ████████████ - ████
- How many counts are conducted each day?   **Ten**

***Stick outs are counts that are conducted in areas other than housing units, such as food services and other areas of normally authorized locations. When conducting and submitting the counts, employees are to actually see the offender before turning in theses counts.***

- How does the facility accomplish this?   **Staff conducts visual counts according to policy.**

- Does this process insure accountability and safe/secure operation of the facility? **Yes.**

**II-A-008**      **Offender Population Management System - Compliant**
A written policy and procedure is in place. Offender files maintained the required documentation and are transferred with the offender to another local jail or DPS&C facility.

**II-A-010**      **Admissions - Compliant**
Facility has a detailed admissions policy for offenders in place.

**II-A-012**      **Classification System**
Does this facility have any trusties that work outside the secure perimeter? **Yes.**
If yes,
- What is their classification process to determine who is eligible for trusty status? Offenders are screened for trustee status using the same criteria as utilized by DPS&C. Facility utilizes the suggested screening template.

- Does their classification process meet DPS&C, Corrections Services' criteria? **Yes**

**II-A-018**     **Offender Drug Testing** (Please list monthly since the previous BJG monitoring visit.)

| Month/Year | # DOC Tested | Total DOC Pop | % Tested | # Positive |
|---|---|---|---|---|
| Oct 2018 | 176 | 792 | 22% | 0 |
| Nov 2018 | 170 | 713 | 24% | 2 |
| Dec 2018 | 147 | 656 | 22% | 1 |
| Jan 2019 | 147 | 658 | 22% | 0 |
| Feb 2019 | 140 | 654 | 21% | 0 |
| Mar 2019 | 177 | 837 | 21% | 0 |
| Apr 2019 | 337 | 936 | 36% | 0 |
| May 2019 | 188 | 898 | 21% | 4 |
| Jun 2019 | 228 | 1083 | 21% | 0 |
| Jul 2019 | 227 | 1100 | 21% | 1 |
| Aug 2019 | 231 | 1108 | 21% | 0 |
| Sep 2019 | 231 | 1107 | 21% | 0 |

**II-A-019**     **Offender Transfers - Compliant**
Proper notification is made when offenders are transferred to another facility within guidelines.  Proper documentation is maintained.

**II-B-002-1**     **Use of Restraints for Pregnant Offenders - Compliant**
This facility does not house female offenders.

**II-C-001**     **Procedures for Searches - Compliant**
Completed shakedown reports on file as well as completed logs showing shakedown of dorms/cells and offender property.

**II-D-001**     **Key, Tool and Utensil Control - Compliant**
A review of keys, tools, and utensils were found to have an accurate accountability in place with inventories and check-out systems.

**IV-C-001**     **Access to Care/Clinical Services** (Does the facility charge a co-payment? If so, approved by DPS&C?)
**Compliant -** The facility assesses a co-pay for sick call approved by DPS&C.  Offenders are advised of how to obtain medical services.

**IV-C-006-1**     **Pregnancy Management - Compliant**
This facility does not house female offenders.

**IV-C-008**     **Annual TB Testing - Compliant**
TB Testing is conducted annually at no cost to the offender.

**IV-C-012**     **Access to Sick Call - Compliant**
Sick call is offered to offenders 5 days per week.

**IV-C-013**     **Infirmary Care - Compliant**
Offenders are transferred to University Health – Monroe when appropriate.  Appropriate documentation is on file to facilitate transfer.  Offenders requiring infirmary housing are transferred to a DPS&C facility.

**IV-C-013-1**     **Medical Releases** (Medical Parole, Medical Treatment Furlough, Compassionate Release) **- Compliant**
Policies and procedures are in place related to medical releases according to DPS&C guidelines.  Documentation of any such occurrence is maintained.

**IV-C-014**      **Suicide Prevention and Intervention - Compliant**
A written suicide prevention/intervention policy is on file which was approved by Dr. Hearne.  Training is conducted annually.

**IV-C-016**      **Notification - Compliant**
Policies and procedures are in place related to notification of family and visitation with an offender admitted to an ICU or trauma center according to DPS&C guidelines. Documentation of any such occurrence is maintained.

**IV-D-004**      **Confidentiality of Health Information - Compliant**
Completed consent forms are on file.  A written policy details which staff member has access to the medical file.

**IV-E-001**      **Alleged and Substantiated Sexual Assaults**
- Is this facility required to be PREA compliant due to contract language? **Yes.**
- Is this facility PREA compliant?  **No.**

If yes, date compliance received:

- If this facility is required to be PREA compliant due to contract language, and has not done so, what is their plan of action for compliance?  **The facility is making changes to come into compliance and will notify when ready for the audit.**

**V-A-003**      **Programs and Services**

- **List all Certified Treatment Programs (Attached Form B-04-003-B)**

- **List all other Offender Programs**

**V-A-003-1**      **Educational Programming**

**GED Program**

Number of GED Slots          _____

Number of Participants          _____

YTD Number of Completions      _____

**V-B-001**      **Releasing Offenders - Compliant**
The personal property of offenders is returned with two forms of ID, available community resources, and a five-day supply of current medications.

**V-B-010**      **Proposed Expansions - Compliant**
There are no proposed expansions at this time.

**V-C-001**      **Substance Abuse Programs - Compliant**
This facility does not have a substance abuse program.

**V-C-002**      **Reentry Programs (Are offenders releasing with two valid forms of identification?) - Compliant**
The personal property of offenders is returned with two forms of ID, available community resources, and a five-day supply of current medications.

**V-C-004**  **Parole Board Procedures - Compliant**
Policies and procedures are in place related to the presence of the Warden or his/her designee at Parole Board hearings.  Documentation of any such occurrence is maintained.

**VII-A-002**  **Weapons Training – Compliant**
Weapons training will be conducted in October 2019.

**VII-B-008**  **Monthly Reporting - Compliant**
Monthly reports are submitted in a timely manner with no significant reporting issues noted.

**STAFF COMMENTS/MORALE/GENERAL OBSERVATIONS:**
Staff morale was observed to be very good.  Staff is very knowledgeable in their job duties.  Throughout the inspection, all staff members were very professional and eager to assist with the audit as needed.

**OFFENDER COMMENTS/MORALE/QUALITY OF LIFE:**
Offender morale was good.  There were no negative comments given by the offenders regarding facility or staff.

**RECOMMENDATION:**
The annual inspection of Facility Parish Detention Center was conducted on 10 October 2019.  Warden Billy Tigner and staff are committed to maintaining compliance with BJG guidelines and providing a safe, secure, and stable environment for the offenders in their custody.  It is recommended that Madison Parish Correctional Center and Madison Parish Southern Correctional Facility remain on annual monitoring.