**Elizabeth Cumming**

| | |
|---|---|
| **From:** | Elizabeth Cumming |
| **Sent:** | Friday, August 26, 2022 11:44 AM |
| **To:** | 'Brad Calvit'; Eli Meaux; Casey Denson; Emily Washington; 'Mercedes Townsend' |
| **Subject:** | Murray, et al v. LeBlanc et al: Plaintiffs First Requests for Production |
| **Attachments:** | 2022.08.26 Pls First Request for Production of Documents. LaSalle and MPSO Defendants.pdf |

Hi Brad –

Please find attached Plaintiffs' first Requests for Production to LaSalle Defendants and Madison Parish Sheriff Sammie Byrd.

I believe we had previously stipulated to electronic service of discovery requests, but please advise if you require a paper copy.

Best,

Elizabeth

Elizabeth Cumming
Attorney
MacArthur Justice Center
Tel. 504-620-2259, Ext. 3009
Fax. 504-208-3133
___
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.  If you are the intended recipient but do not wish to receive communications through this medium, please so advise to the sender immediately.  Thank you!

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| JAMES MURRAY; LATAVIUS PASCHAL; ANTONE HENDERSON, Plaintiffs | * * * | Civil Docket Number: 21-cv-592-SDD-RLB |
| | * | |
| Versus | * | JUDGE: SHELLY D. DICK |
| | * | |
| JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; SHERIFF SAMMIE BYRD, SHERIFF OF MADISON PARISH; LASALLE MANAGEMENT, LLC; WARDEN ARTHUR ANDERSON; ASSISTANT WARDEN CHRIS STINSON; MAJOR TOMMY FARMER; MAJOR STEVEN CHASE; LIEUTENANT CANTRELL GUICE; CAPTAIN JOHN MURRAY; CAPTAIN WENDELL HUGHES; CAPTAIN EDWARD MCDOWELL; SERGEANT JONATHAN KNOX; SERGEANT SHEPHERD; C.O. ESCO TILLMAN; C.O. ROBERT THORNTON; C.O. JANE DOE; OLD REPUBLIC UNION INSURANCE COMPANY, Defendants | * * | MAGISTRATE: RICHARD L. BOURGEOIS |

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO LASALLE DEFENDANTS AND MADISON PARISH SHERIFF SAMMIE BYRD**

Pursuant to Rule 26 and Rule 34 of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, hereby requests that Defendants LaSalle Management LLC, defendant employees and former employees, and Madison Parish Sheriff Sammie Byrd in their official and individual capacities to respond to the following request for production of documents within the limits prescribed by law. This request for production of documents seeks information

1

available to the LaSalle Corrections, the Madison Parish Sheriff's Office, its employees, and its agents, and is "reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1). The following instructions and definitions are applicable to these requests.

**INSTRUCTIONS**

1.  *Manner of Responding.* In answering these document requests, you should furnish such information as is known or is available to you, regardless of whether this information is obtained directly by or known to you, or known to or obtained by any of your attorneys or other agents or representatives. Your written response shall state, with respect to each item or category, that inspection and related activities will be permitted as requested unless the request is refused, in which event the reasons for refusal shall be stated. If the refusal relates to part of an item or category, the part shall be specified. If your answers are qualified in any manner, state the nature of the qualification.

2.  *In Case of Ambiguity.* If, in responding to these requests, you encounter any ambiguity in construing any request, instruction, or definition, set forth the matter deemed ambiguous and the construction used in responding.

3.  *Manner of Producing.*

    a.  One legible copy of each document requested is to be produced digitally if available. Any copy of a document that varies in any way whatever from the original or from any other copy of the document, whether by reason of handwritten or other notation or any omission, shall constitute a separate document and must be produced. Plaintiffs reserve the right to inspect the original of any document produced upon reasonable request.

b.  All documents produced in response to an individual request shall be segregated from documents produced in response to any other requests, and the request to which they are responsive shall be specifically identified.  If a document is responsive to more than one request, each of the requests to which the document is responsive shall be specifically identified.

c.  In producing the documents, all documents which are physically attached to each other shall be left so attached.  Documents which are segregated or separated from other documents, whether by inclusion in binders, files, or subfiles, or by use of dividers, tabs, or other methods, shall be left so segregated or separated. Documents shall be retained in the order in which they are maintained in the file where they are found.

d.  All requests for computerized data are to be produced in a computer-readable format.  Where any information, be it source code, data, documents or other information, exists primarily or exclusively on computer media, it must be produced as computer media rather than being printed out.  The computerized or electronic databases shall be produced in a format that is usable by Plaintiffs and Plaintiffs' experts.  Each requested database shall be produced along with all software or programming necessary to read and/or sort and manipulate the data.

4.  *Scope of the Requests.*  All requests are for documents applicable to, relating to, or concerning Defendant, as Defendant is defined in the Definition section.

5.  *Possession, Custody, or Control.*  Where documents or things in the possession, custody, or control of any individual, firm, corporation, or partnership are requested, such request also pertains to documents in the possession, custody, or control of employees, agents, guardians,

partners, representatives, and – unless privileged or protected – attorneys of such individuals, firms, corporations, or partnerships.

6.    *Objections.*  If you object to part of a document request, state the objection and respond to the remaining portion of that request.  If you object to the scope or time period of a document request, state the objection, and respond to the request within the scope or time period you believe is appropriate.  If an objection to a request is based upon a claim or privilege, attorney work product, or any other basis, please identify in writing each document so withheld by providing the following information:

    a.  the date or approximate date of the document;

    b.  the type of document (e.g., letter, memorandum);

    c.  a description of the subject matter of the document;

    d.  each and every person who prepared, signed, or participated in the preparation of the document or any copy thereof;

    e.  each and every person who received the document or any copy therof;

    f.  the present custodian(s) of each document;

    g.  a list of attachments or enclosures to the document; and

    h.  the nature of the privilege asserted and any statutes, rules or cases that you contend support the assertion of privilege.

7.    *Segregable Portions of Privileged Documents.*  Identify and produce all segregable portions of any responsive document to which a claim of privilege, attorney work product, or other basis for withholding the document does not apply.

8.   *Continuing Nature of Document Requests.*   These Requests for Production of Documents are continuing in character so as to require you to promptly amend or supplement your response if you obtain further materials in accordance with Fed. R. Civ. P. 26(e).

9.   *Lost or Destroyed Documents.*   If any document requested herein has been lost, discarded, or destroyed, please furnish a list identifying each such document as completely as possible including, without limitation, the following information: its author and addressee, each person to whom copies of the document were furnished or to whom the contents thereof were communicated, a summary of the substance of the document, the date (or approximate date) of its disposal, the manner of its disposal, the reason for its disposal, the person authorizing its disposal, and the person disposing of the document.

10.   *Burdensomeness.*   If a refusal to produce documents is stated on the ground of burdensomeness, identify the number and nature of documents needed to be searched, the location of the documents, and the number of person hours and costs required to conduct the search.

**PROTECTION OF CONFIDENTIAL INFORMATION**

To the extent that any information provided in response to this request for documents identifies specific individuals and is confidential under any law, rule, or regulation, Plaintiffs will agree to a protective order under which Plaintiffs will maintain the confidentiality of such information and will not reveal such information to third parties outside the scope of this litigation.

**DEFINITIONS**

As used in these document requests, the following terms are to be interpreted in accordance with these definitions:

1.   The term "*person*" and "*persons*" means the plural as well as the singular and includes any natural person, alive or deceased, any firm, partnership, joint venture, joint stock

company, unincorporated association or society, municipal or other corporation, any city, state, its agencies or political subdivisions, any court, the Federal Government, any other government entity, or any form of legal entity.

2.    The term "*identify*" with reference to an employee or staff member, contract or otherwise of LaSalle Corrections means to provide that person's full name, including any alias, last known address; telephone number; job title and duties while employed, dates of employment, and if no longer employed, date and reason employment terminated and current place of employment, if applicable.

3.    The terms "*Defendants*," "*you*," and *"your"* refer to LaSalle Corrections and or LaSalle Management, et al as well as all agents, employees, directors, officers, attorneys, and other representatives, any affiliated or related entities, any predecessors or successors in interest of any of the foregoing, and any present or former officers, directors, or other persons acting or purporting to act for or on behalf of LaSalle Corrections, LaSalle Management and Madison Parish Detention Center.

4.    The terms "*policy or procedure*," "*policies*," and "*procedures*" refer to both written or formal rules, as well as practices, customs, policies, and usages that may not have been officially approved, reduced to writing, or otherwise formalized.

6.    The term "*document*" and "*documents*" means the original and all non-identical copies of written, recorded, graphic, or other matter, however produced or reproduced, including but not limited to all items stored on computer systems, notes, letters, emails, telegrams, memoranda, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, diaries, graphs, reports, notebooks, charts, plans, drawings, sketches, maps, summaries or reports of investigations or negotiations, opinions or reports of consultants,

photographs, motion picture film, videos, brochures, pamphlets, advertisements, circulars, press releases, drafts, and all other writings.

7.    The term "*communication*" means oral communications, correspondence, memoranda, reports, records of telephone calls, records or minutes of any meeting, e-mails, and all other forms of oral or written expression by which information may be conveyed or maintained.

8.    The terms "*relating to*," "*concerning*," "*pertaining to*" and "*regarding*" shall mean referring to, involving, constituting, comprising, containing, setting forth, showing, disclosing, describing, explaining, summarizing, or bearing upon.

9.    The words "*and*" and "*or*" are intended to be construed conjunctively or disjunctively as necessary to make the request inclusive rather than exclusive.

10.    "*Madison Parish Detention Center*" refers to any and all buildings and facilities used to house pretrial detainees and Louisiana Department of Corrections and Public Safety (DPSC) owned by Sheriff of Madison Parish and / or operated by LaSalle Management in Tallulah, LA, including but not limited to "Madison Parish Correctional Center" and "Southern Correctional Center".

11.    The term "*hospital*" refers to any and all hospitals that provided care to Plaintiffs not run by medical personnel at Madison Parish Detention Center or LaSalle Management.

12.    The term "*Madison Parish Detention Center staff*" refers to all persons who are employed or perform any function or work in any capacity for Madison Parish Sheriff, LaSalle Management, and / or Secure Management at the Madison Parish Detention Center, regardless of whether they are regular employees, contractors, volunteers, or have any other employment status.

13. The terms "*LaSalle Management*" and "*LaSalle Corrections*" both refer to LaSalle Management Company LLC, and any subsidiary or parent company responsible for correctional center operations.

14. The term "*local facility*" refers to any correctional facility used as a jail or prison to hold sentenced and un-sentenced people owned and operated by the parish sheriff, law enforcement district, and / or private correctional contractor.

15. The terms "*sheriff*" or "*sheriff's office*" shall also encompass the local law enforcement district.

16. The singular form shall be deemed to apply to the plural where applicable, and vice versa.

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

Plaintiffs request that Defendant produce the following documents in accordance with the definitions and instructions set forth above:

1. Any and all master staffing plans, including any and all documents or other records showing approved staffing for Madison Parish Detention Center, from July 1, 2019 through June 1, 2021.

2. Any and all facility logs reflecting, inter alia, drug and alcohol testing, transfers, counts, unusual occurrences, emergencies, emergency response, uses of force, written reports, key control, tool control, food service management, programs and services, exercise and recreation access.

3. Any and all staff logs reflecting, inter alia, personnel on duty, detainee and prisoner population, admissions and releases, shift activities, entry and exit of personnel,

unusual occurrences or facility emergencies.

4.      Any and all monthly reporting to DPSC from January 1, 2019 to present from Madison Parish Detention Center.

5.      Any and all monthly reporting to DPSC from January 1, 2019 to present from any and all facilities operated by LaSalle Management in Louisiana housing DPSC prisoners.

6.      Any and all notes, meeting minutes, agendas, emails, calendar invitations, or other records reflecting meetings between department heads and Madison Parish Detention Center facility administrator and / or Madison Parish Sheriff's Office.

7.      Any and all records, logs, maintenance records, and / or records of staff deployment reflecting 24-hour monitoring and coordinating of Madison Parish Detention Center's security, life safety and communications systems from January 1, 2019 to present.

8.      Any and all documents, meeting minutes, emails, notes, comments, or other records pertaining to annual review of staffing analysis and plan at Madison Parish Detention Center from January 1, 2018 to present.

9.      Any and all records, logs, maintenance records, and / or records of staff deployment reflecting 24-hour monitoring and coordinating of security, life safety and communications systems at any facility operated by LaSalle Management in Louisiana from January 1, 2019 to present.

10.     Any and all documents, meeting minutes, emails, notes, comments, or other records pertaining to annual review of staffing analysis and plan at any facility operated by LaSalle Management in Louisiana from January 1, 2018 to present.

11.     All permanent logs and shift reports prepared by Madison Parish Detention Center staff from June 1, 2019 to present.

12.     Any and all policies, procedures, documents, forms, charts or other records pertaining to all posts at Madison Parish Detention Center, as well as all priority posts and backfill procedures from July 1, 2019 through June 1, 2021.

13.     Any and all policies, procedures, directives, and / or post orders for corrections officers at Madison Parish Detention Center or any other facility operated by LaSalle Corrections assigned to:

    a.  Key control;

    b.  Walk through supervision of units;

    c.  Investigations;

    d.  Transportation;

    e.  Intake and booking;

    f.  Classification.

14.     Any and all master rosters in effect from June 1, 2020 through June 1, 2021 at Madison Parish Detention Center.

15.     Any and all daily rosters reflecting actual staffing from February 1, 2020 through June 1, 2021 at Madison Parish Detention Center.

16.     Any and all documents reflecting the number of positions filled and the number of positions vacant for uniformed corrections officer positions at Madison Parish Detention Center from February 1, 2020 through June 1, 2021.

17.     Any and all documents pertaining to or reflecting the organizational structure of Madison Parish Detention Center in effect from July 1, 2019 through June 1, 2021,

including administration and security positions, chain of command and relationship and communication between various departments and facilities.

18.    Any and all documents pertaining to or reflecting the organizational structure of LaSalle Corrections in effect from January 1, 2014 to present, including administration and security positions, chain of command and relationship and communication between various departments and facilities.

19.    Any and all documents pertaining to or reflecting the organizational structure of Security Management, LLC in effect from June 1, 2021 to present.

20.    Any and all documents or other records reflecting the amount of overtime paid to uniformed staff for overtime worked at Madison Parish Detention Center by pay period, by month, and by quarter from January 1, 2020 through June 1, 2021.

21.    Any and all summary data and / or reports reflecting staff turnover for deputies, sergeants, lieutenants, captains, corporals, and majors at Madison Parish Detention Center from July 1, 2019 through June 1, 2021, including but not limited to:

   a.    Attrition rates for each employment level;

   b.    Promotions within LaSalle Management;

   c.    Demotions within the LaSalle Management;

   d.    Transfers from Madison Parish Detention Center to other correctional institutions;

   e.    Voluntary departures of staff, i.e., resignations, retirement;

   f.    Involuntary departures of staff, i.e., terminations for cause.

22.    Any and all summary data and / or reports reflecting LaSalle Management staff disciplinary investigation and / or disciplinary action taken against LaSalle

Management staff at any facility from July 1, 2019 – June 1, 2021.

23.   Any and all documents or other records reflecting criminal prosecution of any LaSalle Management staff at employed at any facility from January 1, 2014 to the present.

24.   Any and all contracts with third parties related to operations at Madison Parish Detention Center in effect from January 1, 2014 to present, including but not limited to:

    a.   Contracts between Madison Parish Sheriff's Office and LaSalle Management;

    b.   Contracts between Madison Parish Sheriff's Office and Security Management;

    c.   Contracts between Madison Parish Sheriff's Office and / or Department of Corrections to provide operational services and / or leases;

    d.   Contracts with any hospital, including but not limited to EA Conway, Madison Hospital or individual health care providers to provide personnel for medical care;

    e.   Contracts with any employment agency, individuals to provide additional administrative staffing;

    f.   Contracts with any corrections agency, corporation, or individuals to provide additional corrections staffing;

    g.   Contracts with emergency transport company, emergency medical services, or any ambulance service to provide emergency transportation of inmates;

25.   Any and all policies and procedures regarding outside hospital billing for services to Madison Parish Detention Center and LaSalle Management from July 1, 2019 to June 1, 2021.

26.  Any and all bills for medical service provided to James Murry, Latavius Paschal, and Antone Henderson sent by an outside hospital or medical provider while in custody of DPSC and / or LaSalle Management.

27.  Any and all policies, procedures, protocols regarding mandatory and option posts, and back fill procedures from January 1, 2019 to June 1, 2021.

28.  Any and all policy and procedure manuals, and / or compilations of policies and procedures in effect from January 1, 2019 onwards at any and all facilities operated by LaSalle Management located in Louisiana used to hold pretrial detainees and people in DPSC custody, including but not limited to Madison Parish Detention Center, Jackson Parish Correctional Center, LaSalle Correctional Center, Richwood Correctional Center, Southern Correctional Center, River Correctional Center, and Winn Correctional Center.

29.  Any and all policies and procedures currently in effect at all facilities comprising Madison Parish Detention Center.

30.  All proposed and draft policies and procedures drafted from January 1, 2019 onwards at any and all facilities operated by LaSalle Management located in Louisiana used to hold pretrial detainees and people in DPSC custody, including but not limited to Madison Parish Detention Center, Jackson Parish Correctional Center, LaSalle Correctional Center, Richwood Correctional Center, Southern Correctional Center, River Correctional Center, and Winn Correctional Center.

31.  Any and all documents and other records pertaining to orientation training of LaSalle Management staff at any and all facilities operated by LaSalle Management located in Louisiana used to hold pretrial detainees and people in DPSC custody,

in effect from January 1, 2014 onward, including but not limited to:

a.  Training academy schedule and dates for all recruits or new hire academies;

b.  Training curriculum, including each curriculum topic, and hours for each

c.  Instructor for each curriculum topic;

d.  Lesson plans for each curriculum topic;

e.  Tests and / or exams for each curriculum topic;

f.  The numbers of students beginning each academy and the numbers of students successfully completing each academy;

g.  Any materials used by the instructor for each curriculum topic, including any videos, recordings, hand-outs, text books, or manuals.

32.  Any and all documents and other records pertaining to in-service training of LaSalle Corrections staff at any and all facilities operated by LaSalle Management located in Louisiana used to hold pretrial detainees and people in DPSC custody, in effect from January 1, 2014 onward, including but not limited to:

a.  Training academy schedule and dates for all in-service academies;

b.  Training curriculum, including each curriculum topic, and hours for each

c.  Instructor for each curriculum topic;

d.  Lesson plans for each curriculum topic;

e.  Tests and / or exams for each curriculum topic;

f.  Student records of attendance and student test or exam performance for each topic for each academy;

g.  The numbers of students beginning each academy and the numbers of students successfully completing each academy;

h. Any materials used by the instructor for each curriculum topic, including any videos, recordings, hand-outs, text books, or manuals.

33. Any and all policies and procedures in effect from January 1, 2019 onward regarding prisoner classification, responses to prisoner reports of threats, investigation of reports of threats, observation and supervision of prisoner housing units including but not limited to

a. Any and all forms, narratives, log books, or other reporting documents to report any signs of increasing tension on a dorm or tier;

b. Any and all curriculums, syllabi, handouts, and any other documents pertaining to training to observing prisoners for signs of tensions, intimidation, threats to among prisoners on housing units.

34. Any and all policies and procedures regarding post- critical incident reviews, re-training, meetings, discussions in effect from January 1, 2019 onward.

35. Any and all reports, reviews, audits, investigations of any and all facilities operated by LaSalle Management located in Louisiana used to hold pretrial detainees and people in DPSC custody within the last five years including but not limited to:

a. All letters of finding issued by the Department of Justice (DOJ);

b. All reviews, investigations, and / or letters of finding by the Department of Homeland Security;

c. All reviews, audits, and / or technical assistance reports issued by the National Institute of Corrections (NIC);

d. All reviews, audits, inspections, and / or correspondence regarding same by the Louisiana State Department of Public Safety and Corrections (DPSC);

e.  All reviews, audits, inspections, and / or accreditation reports by the National Commission on Correctional Health Care (NCCHC);

f.  All reviews, audits, inspections, and / or accreditation reports by the American Correctional Association (ACA);

g.  All inspections, reports, correspondence, and / or citations by Louisiana State Fire Marshal;

36.  Any document generated related to intake, processing, and classification procedures in effect for when James Murray, Antone Henderson, Latavius Paschal, Brian Harris, Mitchell Treaudo, Howard Willis,  Johnny Wright, Dexter Long, Derwyn Brown, Donald Dorsey, Marvin Ballot, Demontrel Riley, DeCarlin Anderson, Vic Meadows, and Demarcus Rufus entered Madison Parish Detention Center, including but not limited to:

a.  Intake and processing documents, forms, program participation, work assignments, questionnaires, classification actions, and / or interview protocols conducted related to classification;

b.  Master prison form;

c.  Reports of disciplinary actions, grievances, incidents, or crimes committed while in custody;

d.  Documents dealing with arrest information, criminal history, medical history and evaluation, mental health history and evaluation, suicide history and evaluation, bail, release information, program eligibility, housing assignment, and inmate property generated at every stage of intake and processing, incarceration, and release;

    e.   Documents generated by any and all routine and post incident re-classification procedures, including but not limited to any re-classification documents, forms, questionnaires, interview protocols conducted in reference to re-classification and / or classification review.

37.    Any and all weekly, monthly, quarterly or annual reports on security threat groups, from January 1, 2019 onward.

38.    Any and all roll call lists, prisoner census, and / or count sheets for Building 4, B-Dorm from June 1, 2020 to August 30, 2020.

39.    Any and all roll call lists, prisoner census, and / or count sheets for Building 3, C-Dorm from August 1, 2020 to October 31, 2020.

40.    Any and all roll call lists, prisoner census, and or count sheets for Building 3, B-Dorm from October 1, 2019 to November 15, 2020.

41.    Any and all roll calls lists, prisoner census, and / or count sheets for Building 4, Dorm J, from November 1, 2020 through March 2021.

42.    Any and all records of any and all requests for protective custody at Madison Parish Detention Center from January 1, 2019 to present, including answers and / or resolution of any such request.

43.    Any and all policies and procedures for tracking, reporting and responding to critical incidents, suspicious injuries, observed altercations, reports of altercations among prisoners from January 1, 2019 to present.

44.    Any and all documents, reports, and / or data generated pertaining to any tracking, reporting, response critical incidents, suspicious injuries, observed altercations, reports of altercations among prisoners from January 1, 2019 to present.

45.   Any and all documents pertaining to policy, procedure and practice investigating incident reports and / or reports of prisoner altercations and / or violence from January 1, 2019 to present.

46.   Any and all documents, policies, procedures, meeting minutes, emails or other records pertaining to any housing unit assignment plan, identification of classification designations, identification of housing populations, and / or the creation of any unit specifically designated to hold pre-trial people.

47.   Any and all documents pertaining to any and all incidents, uses of force, disciplinary actions, and altercations involving plaintiffs, including but not limited to:

a.   Complaints received;

b.   Investigation;

c.   incident report;

d.   administrative or supervisory review of corrections officer actions;

e.   disciplinary write ups issues to prisoners regarding the incident;

f.   any appeals of write ups and dispositions of those appeals;

g.   any disciplinary action taken against any corrections officer related to the incident;

h.   any suits, administrative procedures or other filing by inmates and document related to those filings; and

i.   any documents related to any settlements or agreements to resolve those complaints.

48.   Any and all documents pertaining to policy, procedure and practice of issuing

disciplinary "write-ups".

49.     Any and all documents pertaining to policy, procedure and practice of placing prisoners in administrative segregation or "lock-down."

50.     Any and all document pertaining to policy, procedure and practice of escorting prisoners for medical care after altercation with another prisoner.

51.     Any and all documents pertaining to policy, procedure and practice for routing prisoners to the hospital or any other provider for outside medical care.

52.     Any and all documents reflecting shakedowns from January 1, 2019 to present, including but not limited to:

   a.   shakedown logs

   b.   contraband reports

   c.   investigations arising from shakedowns

   d.   disciplinary actions taken against inmates and against LaSalle Corrections staff

53.     Any and all documents pertaining to contraband from January 1, 2019 to present, including but not limited to:

   a.   Contraband reports

   b.   investigations into contraband

   c.   Any and all disciplinary action taken against inmates and against LaSalle Corrections staff pertaining to contraband

   d.   Any and all criminal charges filed against inmates pertaining to contraband

   e.   Disposition of any charges filed against inmates

   f.   Any and all criminal charges filed against LaSalle Corrections staff pertaining to contraband

g. Disposition of any charges filed against LaSalle Corrections staff

54. Any and all medical records, including photographs for James Murray, Latavius Paschal, and Antone Henderson from June 1, 2020 to present.

55. Any and all documents, including medical logs, tier logs, trip sheets, count logs reflecting requests for treatment, treatment, and / or observation of lacerations, puncture wounds, orbital fractures, black eyes, and / or bruising from January 1, 2019 to present.

56. Any and all tier logs from every tier at Madison Parish Detention Center where James Murray, Antone Henderson, and Latavius Paschal were held.

57. Any and all trip sheets to EA Conway Hospital, Madison Parish Hospital or any other hospital from July 1, 2019 to June 1, 2021.

58. Any and all locations of video cameras in any and all locations where James Murray, Antone Henderson, Latavius Paschal, Brian Harris, Mitchell Treaudo, Howard Willis,  Johnny Wright, Dexter Long, Derwyn Brown, Donald Dorsey, Marvin Ballot, Demontrel Riley, DeCarlin Anderson, Vic Meadows, and Demarcus Rufus were held, including dormitories, tiers, interlocks, cells and hallways from October 1, 2019 to present.

59. Any and all documents reflecting the total number of people held at Madison Parish Detention Center between January 1, 2019 to present and custodial classification of those prisoners, i.e., Department of Corrections, pre-trial.

60. Please produce any and all monthly BJG reports pertaining to any facility operated by LaSalle Correctional Management in Louisiana holding people in DPSC custody and  at Madison Parish Correctional Center and produced to the Department of

Public Safety and Corrections for the months of July, 2014 through September, 2014.

61.    For James Murray, Antone Henderson, Latavius Paschal, Brian Harris, Mitchell Treaudo, Howard Willis,  Johnny Wright, Dexter Long, Derwyn Brown, Donald Dorsey, Marvin Ballot, Demontrel Riley, DeCarlin Anderson, Vic Meadows, and Demarcus Rufus, please produce the following:

a.    Inmate folder, including but not limited to booking records, photo, classification, and property receipts,

b.    all incident reports,

c.    use of force reports

d.    disciplinary reports

e.    grievances, internal complaints, requests for administrative reviews, and responses;

f.    trip sheets

g.    transfer orders

h.    log books and recordings, including video recordings for each area and location where the above listed individuals were incarcerated during any time at Madison Parish Detention Center and / or any other facility operated by LaSalle Management;

i.    complete files from any investigation into any incident involving any of the above listed;

j.    any and all e-mails, text messages, or other documents referred to these names or individuals.

62.    Any and all policies from August 1, 20220 to present regarding document and video retention, video monitoring, recording, camera acquisition and camera maintenance schedules at Madison Parish Detention Center and any other facilities operated by LaSalle Management.

63.    Please produce employment records for the following individuals:

   a.   Arthur Anderson

   b.   Chris Stinson

   c.   Tommy Farmer

   d.   Steven Chase

   e.   Cantrell Guice

   f.   John Murray

   g.   Wendell Hughes

   h.   Edward McDowell

   i.   Jonathan Knox

   j.   Sgt. Shepherd

   k.   Esco Tillman

   l.   Robert Thornton

   m.   Sheriff Sammie Byrd

For the above listed corrections staff, please produce the following documents related to their employment at Madison Parish Detention Center, Madison Parish Sheriff's Office and / or with LaSalle Management:

   a.   C.V. / Resume

   b.   employment application

    c.   pre-employment and background investigation

    d.   hiring

    e.   orientation and training, both initial and in-service

    f.   Supervision, including supervisor records and files

    g.   Job performance evaluations

    h.   Continuing education certifications

    i.   Assignments

    j.   Incident Reports

    k.   Complaints

    l.   Investigations

    m.  Grievances

    n.   Disciplinary Actions

    o.   Commendations

    p.   Certifications

    q.   Licenses

    r.   Registrations

    s.   Contractual agreements

    t.   Job Descriptions, work duties

    u.   Required qualifications

    v.   Any past or pending criminal investigations

    w.  Any paperwork pertaining to termination

Respectfully submitted,

/s/ Elizabeth Cumming
**ELIZABETH CUMMING (**Bar Roll No. 31685), T.A.
**EMILY WASHINGTON** (Bar Roll No. 34143)

23

**Roderick and Solange MacArthur Justice Center**
4400 S. Carrollton Ave.
New Orleans, LA 70119
Phone: (504) 620-2259
Fax: (504) 208-3133
elizabeth.cumming@macarthurjustice.org
emily.washingting@macarthurjustice.org

-AND-

/s/ Casey Denson
**Casey Rose Denson** (Bar Roll No.33363)
**Mercedes Townsend** (Bar Roll No. 39054)
**Casey Denson Law, LLC**
4601 Dryades Street
New Orleans, LA 70115
Phone: (504) 224-0110
Fax: (504) 534-3380
cdenson@caseydensonlaw.com
mtownsend@caseydensonlaw.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that this 26th day of August, 2022 I have emailed and mailed a copy of the

foregoing to the office of counsel for the Defendants.

_____/s/ Elizabeth Cumming_____
Elizabeth Cumming