**Elizabeth Cumming**

---

**From:**        Elizabeth Cumming
**Sent:**        Monday, September 26, 2022 4:44 PM
**To:**          Brad Calvit; Eli Meaux; Casey Denson; Emily Washington; Mercedes Townsend
**Cc:**          Tannie Swent; Melanie McNeal
**Subject:**     RE: Murray, et al v. LeBlanc et al: Plaintiffs First Requests for Production


Hi Brad –

Good to speak with you this afternoon. As we discussed, I'll look forward to receiving rolling production from your clients hopefully starting this week. And the plan is to have all discovery production completed in the next 30 days.

Best,

Elizabeth

---

**From:** Brad Calvit <BCalvit@provosty.com>
**Sent:** Monday, September 26, 2022 2:35 PM
**To:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>; Eli Meaux <EMeaux@provosty.com>; Casey Denson <cdenson@caseydensonlaw.com>; Emily Washington <emily.washington@macarthurjustice.org>; Mercedes Townsend <mtownsend@caseydensonlaw.com>
**Cc:** Tannie Swent <TSwent@provosty.com>; Melanie McNeal <MMcNeal@provosty.com>
**Subject:** RE: Murray, et al v. LeBlanc et al: Plaintiffs First Requests for Production

Elizabeth:  I have looked at the discovery requests and have spoken to my clients and it seems records that might be responsive are spread between LaSalle & Security Mgmt.  I would like to have a 45 day extension to respond and I would like to talk with you about the scope/breadth of the requests.  Brad

H. Bradford Calvit
PROVOSTY, SADLER & deLAUNAY APC
P.O. Box 13530
934 Third Street
Suite 800
Alexandria,La 71315-3530
Telephone (318) 767-3133
Facsimile (318) 445-9377
bcalvit@provosty.com
www.provosty.com




This e-mail is from a law firm, Provosty, Sadler & deLaunay APC and is intended solely for the person addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail and do not copy or disclose it to anyone. If you are not an existing client of the firm, this e-mail does not make you a client unless it specifically says so, and you should not disclose anything to the firm in reply that you expect to be held in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of the firm, please maintain its contents in confidence to preserve the attorney-client or work product privilege that may be available to protect confidentiality. Pursuant to La. C.C.P. art 1313A(4) this email address is not designated for receipt of service.

**From:** Elizabeth Cumming [mailto:Elizabeth.cumming@macarthurjustice.org]
**Sent:** Friday, August 26, 2022 11:44 AM
**To:** Brad Calvit <BCalvit@provosty.com>; Eli Meaux <EMeaux@provosty.com>; Casey Denson <cdenson@caseydensonlaw.com>; Emily Washington <emily.washington@macarthurjustice.org>; Mercedes Townsend <mtownsend@caseydensonlaw.com>
**Subject:** Murray, et al v. LeBlanc et al: Plaintiffs First Requests for Production

Hi Brad –

Please find attached Plaintiffs' first Requests for Production to LaSalle Defendants and Madison Parish Sheriff Sammie Byrd.

I believe we had previously stipulated to electronic service of discovery requests, but please advise if you require a paper copy.

Best,

Elizabeth

Elizabeth Cumming
Attorney
MacArthur Justice Center
Tel. 504-620-2259, Ext. 3009
Fax. 504-208-3133
___

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.  If you are the intended recipient but do not wish to receive communications through this medium, please so advise to the sender immediately.  Thank you!