## Elizabeth Cumming

| | |
|---|---|
| **From:** | Elizabeth Cumming |
| **Sent:** | Tuesday, October 25, 2022 3:37 PM |
| **To:** | Eli Meaux; Casey Denson; Emily Washington; Mercedes Townsend |
| **Cc:** | Brad Calvit; Tannie Swent; Melanie McNeal; Bonnie Brady |
| **Subject:** | RE: Murray, et al v. LeBlanc et al: Plaintiffs First Requests for Production |

Hi Eli – Just to clarify, we expect all discovery production responsive to the this first Request for Production to be completed by Friday 11/4/2022.

Further, if issues remain after the production on 11/4/2022 we will definitely need to set a Rule 37 conference. In fact, just to try to streamline this process, please advise what time on Monday, 11/7 you are available for a Rule 37 conference and I propose we reserve that time now. I'll let you know if the conference is unnecessary after reviewing the production from 10/28 and 11/4.

Best,

Elizabeth

**From:** Eli Meaux <EMeaux@provosty.com>
**Sent:** Tuesday, October 25, 2022 3:24 PM
**To:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Cc:** Brad Calvit <BCalvit@provosty.com>; Tannie Swent <TSwent@provosty.com>; Melanie McNeal <MMcNeal@provosty.com>; Bonnie Brady <BBrady@provosty.com>
**Subject:** Murray, et al v. LeBlanc et al: Plaintiffs First Requests for Production

Elizabeth,

Thank you for speaking to me earlier today concerning the outstanding discovery in the Murray matter.  As we agreed, the current plan is to provide a robust amount of responses to you on or by October 28, 2022 and to provide the majority/all remaining responses on or by November 4, 2022.  You further advised that if issues remain after November 4, 2022, you may need to set a discovery conference pursuant to Local Rule 37.1.  Thank you again for your continued professional courtesies in this matter.

Sincerely,

Eli J. Meaux

PROVOSTY, SADLER & DeLAUNAY, APC
P.O. Box 13530
934 Third Street
Suite 800
Alexandria, LA 71315-13530
Telephone (318) 767-3118 (direct)
Facsimile (318) 445-9377
emeaux@provosty.com
www.provosty.com

This e-mail is from a law firm, Provosty, Sadler & deLaunay APC and is intended solely for the person addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail and do not copy or disclose it to anyone. If you are not an existing client of the firm, this e-mail does not make you a client unless it specifically says so, and you should not disclose anything to the firm in reply that you expect to be held in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of the firm, please maintain its contents in confidence to preserve the attorney-client or work product privilege that may be available to protect confidentiality. Pursuant to La. C.C.P. art 1313A(4) this email address is not designated for receipt of service.