

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center
**Region:** Northeast
**Month:** July
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 8/13/2019 at 5:05:48 PM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 333 |
| **OPERATIONAL CAPACITY: 334** | |
| Number of Days over: | 0 |
| **Schedule B Reports** | 14 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 1 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 7 |
| TWP | 12 |
| Lack of Bed Space | 0 |
| Total | 21 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 3 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 8 |
| Bus | 9 |

MCC MAR 19

| | |
|---|---|
| Law Enforcement | 0 |
| Other | 5 |
| **Total DOC Discharges** | 22 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 1 |
| Other | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 54 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 7 |

| **Grievances** | |
|---|---|
| Accepted | 2 |
| Rejected | 0 |

| **LARNAs Completed** | 64 |
|---|---|
| **# of DOC Offenders Discharged with Identification** | 17 |

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 67 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 8 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 1041 |
| # Non-Living Area Searches | 279 |
| Total Searches | 1320 |

| **Findings** | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 24 |

| **Description of Items Found** |
|---|
| (2) shanks, (5) packs of buglers, (5) sm packs of mojo, (1) cig lighter, (11) cell phones |

MCC MAR 20

| Offender Deaths | 0 |
|---|---|
| **Offender Deaths Explanations** | |
| N/A | |
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 19 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 14 |
| Miscellaneous | 19 |
| Total | 52 |

Comments: Sch B Reports: Agg Fight (1), Fights (4), Theft (1), Contraband (7) & Defiance (1); Assaults Offender-on-Offender were (2) one-on-one fights and (1) agg. fight; Transp DOC Discharges Other were (5) offenders to active detainers; Other CTRP were offenders participating in Celebrate Recovery (24), Risk Mgt PH One (11), Victim Awareness (12) & Conigitive Behavior Intervention & Employee Training (12); Five offenders discharged without IDs due to their release date being adjusted making their new release date too short to process for IDs; Offender Transp Mis were (17) offenders to LTCW for Regional DB Court & (2) to LTCW for Parole Hearing...
Comments (cont):

Inactive: Active