**Madison Correctional Center**
**Southern Correctional Center**

**Arthur Anderson**
Warden

**Chris Stinson**
Asst. Warden

Institutional Policy Number: 200-A16

Subject: Offender Classification & Trusty Assignment

Effective Date: May 1, 2014

To Whom This Applies: Offender Population & Classification Staff

POLICY
It is the policy of MCC to provide an offender work force to accomplish the maintenance needs of the facility to the best extent possible. Accomplishing this need by providing jobs for offenders housed at MCC will assist in the offender's return to society. All offenders will be screened upon arrival at MCC. Initial offender intakes will be housed in administrative segregation for the first 48 hours while the intake process is completed by Classification Staff. Unless there is a security risk, upon completion of this process the offender will be moved into a general population housing unit.

OFFENDER CLASSIFICATION
Offenders housed at MCC will be classified in the following manner:

- General population
- Trustee
- Administrative Segregation

TRUSTEE REQUIREMENTS
Re-assignment of an offender to trustee status will require at the minimum the following:

- sex offenders are ineligible
- offender must have less than (7) years to his earliest release date
- disciplinary free for the last (12) months
- no contraband violations.

Approved: _____
Warden

MCC P1