UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| JAMES MURRAY; LATAVIUS PASCHAL; ANTONE HENDERSON,<br>Plaintiffs<br><br>Versus<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al.<br><br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Docket Number:<br>3:21-cv-592-JWD-RLB<br><br>JUDGE:<br>JOHN W. DEGRAVELLES<br><br>MAGISTRATE:<br>RICHARD L. BOURGEOIS |
|---|---|---|

## **PROPOSED ORDER**

Considering Plaintiff's foregoing Motion to Compel Discovery Response from Madison Parish Sheriff Sammie Byrd and LaSalle Defendants and good grounds appearing therefore:

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED** and LaSalle Defendants and Byrd shall produce all documents responsive to all outstanding requests by _____, 2022.

Baton Rouge, Louisiana, this _____ day of _____, 2022.

_____
RICHARD L. BOURGEOIS
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA