UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MURRAY; LATAVIUS PASCAL; ANTONE HENDERSON,<br><br>Plaintiffs<br><br>Versus<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; ET AL.<br><br>Defendants | Civil Docket Number:<br>3:21-cv-592-JWD-RLB<br><br>JUDGE: JOHN W. DEGRAVELLES<br><br>MAGISTRATE:<br>RICHARD L. BOURGEOIS |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONDING TO MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs James Murray, Latavius Paschal, and Antone Henderson, who respectfully move this Honorable Court to briefly extend the briefing schedule related to Secretary LeBlanc's Motion to Dismiss Plaintiffs' Third Amended Complaint.[1] Defendant filed his motion on November 7, 2022.[2] This Court issued a briefing schedule directing Plaintiffs to file a response within twenty-one (21) days of Defendants' filing, or November 28, 2022.[3] Plaintiffs' counsel has had several out of state depositions and multiple filings in various cases. In light of these obligations, to adequately respond to Defendants' motions, Plaintiffs request a brief extension of time, until Monday, December 12, 2022, to respond to Defendants' motions.

---

[1] ECF No. 66
[2] ECF No. 66.
[3] ECF No. 67.

1

Defendants do not oppose Plaintiffs' request for time. Plaintiffs' certify this is the first motion for extension they have sought pertaining to Defendant LeBlanc's Motion to Dismiss Third Amended Complaint. Further, the additional time Plaintiffs' request will not disrupt the other dates listed in the scheduling order entered in this case.

**WHEREFORE**, Plaintiffs, respectfully request the briefing schedule for Defendants' motion to transfer and motion to sever be adjusted to permit Plaintiffs' to file their response on December 12, 2022.

Respectfully submitted,

/s/ Elizabeth Cumming
**ELIZABETH CUMMING (**Bar Roll No. 31685), T.A.
**EMILY WASHINGTON** (Bar Roll No. 34143)
Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
Phone: (504) 620-2259
Fax: (504) 208-3133
elizabeth.cumming@macarthurjustice.org
emily.washingting@macarthurjustice.org

-AND-

/s/ Casey Denson
**CASEY ROSE DENSON** (Bar Roll No.33363)
**MERCEDES TOWNSEND** (Bar Roll No. 39540)
**CASEY DENSON LAW, LLC**
4601 Dryades Street
New Orleans, LA 70115
Phone: (504) 224-0110
Fax: (504) 534-3380
cdenson@caseydensonlaw.com
mtownsend@caseydensonlaw.com