# Provosty, Sadler & deLaunay, APC
## Attorneys and Counselors at Law

H. BRENNER SADLER[1]
FREDERICK B. ALEXIUS
JOSEPH J. BAILEY
H. BRADFORD CALVIT
CATHERINE G. BRAME
JOHN D. RYLAND

DAVID W. LAMBERT[2]
DAVID T. MARLER
ELI J. MEAUX
JOSEPH P. WILLIAMS, JR.

934 THIRD STREET, SUITE 800
P. O. BOX 13530
ALEXANDRIA, LOUISIANA 71315-3530
TELEPHONE (318) 445-3631
TELEFAX (318) 445-9377
WWW.PROVOSTY.COM

March 24, 2023

LEDOUX R. PROVOSTY (1894-1980)
RICHARD B. SADLER, JR. (1912-1990)
LEDOUX R. PROVOSTY, JR. (1930-1995)
WILLIAM H. deLAUNAY, JR. (1938-2010)
ALBIN A. PROVOSTY, III (1943-2020)[3]

JOSEPH R. MARTIN, OF COUNSEL

[1]BOARD CERTIFIED IN TAXATION
[2]ALSO ADMITTED IN TEXAS
[3]RETIRED 2012

Writer's Direct Dial: 318/767-3133
E-Mail: bcalvit@provosty.com
Writer's Direct Dial: 318/767-3118
E-Mail: emeaux@provosty.com

**Via Dropbox**
Elizabeth Cumming
MacArthur Justice Center
4400 S. Carrollton Ave
New Orleans, LA 70119
504-620-2259
elizabeth.cumming@macarthurjustice.org

RE:     James Murray, et al v. LeBlanc, et al
        Case No. 3:21-cv-00592
        USDC Middle District - Baton Rouge
        LMC: 10.333
        Our File No. 21-5810.156

Dear Elizabeth:

Please find attached the Supplemental Responses to Plaintiffs' First Request for Production of Documents obo Defendants, Arthur Anderson, Sheriff Sammie Byrd, Steven Chase, Tommy Farmer, Cantrell Guice, Wendell Hughes, Jonathan Knox, Lasalle Management Company, LLC., Edward McDowell, John Murray, Chris Stinson, and Robert Thornton, with the documents which we are providing at this time pursuant to your discovery requests.

With kind regards, I remain,

Sincerely,

PROVOSTY, SADLER, & deLAUNAY, APC

H. BRADFORD CALVIT
ELI J. MEAUX

HBC/EJM:ts
Enclosures
cc(w/encl):     Emily Washington / Casey Denson / Mercedes Townsend
                Alejandro R. Perkins / Evan M. Alvarez / Wayne Thomas Stewart
                Tracy Ledoux / James McCormick / Leah Sumrall

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**BATON ROUGE DIVISION**

**JAMES MURRAY, LATAVIUS**                    **CIVIL ACTION NO: 3:21-CV-00592**
**PASCHAL, ANTONE HENDERSON**

**VERSUS**                                    **JUDGE JOHN W. DEGRAVELLES**

**JAMES LEBLANC, SECRETARY**
**OF DEPARTMENT OF PUBLIC**                   **MAGISTRATE JUDGE RICHARD L. BOURGEOIS**
**SAFETY AND CORRECTIONS,**
**SHERIFF SAMMIE BYRD, ET AL**

**SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR**
**PRODUCTION OF DOCUMENTS OBO DEFENDANTS, ARTHUR ANDERSON,**
**SHERIFF SAMMIE BYRD, STEVEN CHASE, TOMMY FARMER,**
**CANTRELL GUICE, WENDELL HUGHES, JONATHAN KNOX, LASALLE**
**MANAGEMENT COMPANY, LLC., EDWARD MCDOWELL, JOHN MURRAY,**
**CHRIS STINSON, AND ROBERT THORNTON**

NOW COME Defendants, ARTHUR ANDERSON, SHERIFF SAMMIE BYRD, STEVEN CHASE, TOMMY FARMER, CANTRELL GUICE, WENDELL HUGHES, JONATHAN KNOX, LASALLE MANAGEMENT COMPANY, LLC., EDWARD MCDOWELL, JOHN MURRAY, CHRIS STINSON, AND ROBERT THORNTON, (hereinafter referred to as "Defendants"), who in response to Plaintiff's First Requests for Production of Documents, respectfully supplement as follows:

**STATEMENT ON ESI**

Electronically stored information in the form of potentially relevant emails have been searched by LaSalle and the Sheriff for the following terms:

"Master staffing plan"
"approved staffing"
"24 hour monitoring"
"twenty four hour monitoring"
"meeting minutes"
"meeting agenda"
"staff meeting"
"staffing analysis"
"master roster"
"daily roster"
"position fill"
"org structure"

"organizational structure"
"chain of command"
"turnover"
"resignation"
"retirement"
"retiring"
"termination"
"Fired"
"promotion"
"hospital bill"
"james murray"
"latavius paschal"
"antone henderson"
"Mandatory post"
"option post"
"optional post"
"orientation training"
"new staff orientation"
"curriculum"
"lesson plan"
"in-service"
"in service training"
"prisoner classification"
"report of threat"
"increasing tension"
"critical incident review"
"Brian Harris"
"Mitchell Treaudo"
"Howard Willis"
"Johnny Wright"
"Dexter Long"
"Derwyn Brown"
"Donald Dorsey"
"Marvin Ballot"
"Demontrel Riley"
"Decarlin Anderson"
"Vic Meadows"
"Demarcus Rufus"
"report of suspicious injury"
"response to critical incident"
"observed altercation"
"report of altercation"
"Investigation policy"
"policy on investigation"
"policy on investigating"

"housing unit assignment plan"
"identification of classification"
"classification designation"
"housing population"
"pre-trial unit"
"Write up policy"
"policy on write up"
"Lock down policy"
"policy on lock down"
"Escort policy"
"policy on escorting"
"after altercation"
"Outside medical"
"shakedown log"
"Shakedown report"
"contraband report"
"contraband log"
"contraband" AND "charged"
"Contraband" AND "arrested"
"trip sheet"

These terms produced voluminous records which the Defendants are currently reviewing for production. Any responsive documents will be provided after said review has been completed.

## CERTIFICATION OF EFFORTS

The Defendants certify that they have conducted a diligent search through their available records in order to fully comply with the Court's Order concerning production. Outside of the ESI as described above, and certain documents as specified below, the Defendant have produced all responsive documents available to them. Defendants further certify that no documents have been specifically and purposefully withheld on the basis of the attorney-client privilege or work product rule. Any redactions made to documents have been described in Supplemental Response concerning such documents.

## REQUEST FOR PRODUCTION NO. 1:

Any and all master staffing plans, including any and all documents or other records showing

approved staffing for Madison Parish Detention Center, from July 1, 2019 through June 1, 2021.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all monthly reporting to DPSC from January 1, 2019 to present from any and all facilities operated by LaSalle Management in Louisiana housing DPSC prisoners.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Please see attached DOC reports for MPSCC:

MPSCC/DOC MAR1-48 2019 Madison monthly DOC report
MPSCC/DOC MAR49-96 2020 Madison monthly DOC report
MPSCC/DOC MAR97-120 2021 Madison monthly DOC report

**REQUEST FOR PRODUCTION NO. 6:**

Any and all notes, meeting minutes, agendas, emails, calendar invitations, or other records reflecting meetings between department heads and Madison Parish Detention Center facility administrator and/or Madison Parish Sheriff's Office.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all records, logs, maintenance records, and / or records of staff deployment reflecting 24-hour monitoring and coordinating of Madison Parish Detention Center's security, life safety and communications systems from January 1, 2019 to present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all documents, meeting minutes, emails, notes, comments, or other records pertaining to annual review of staffing analysis and plan at Madison Parish Detention Center from January 1, 2018 to present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and aver that to the extent information responsive to this Request exists, such information would be found in provided BJG Reports, no further responsive documents could be located. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 9:**

Any and all records, logs, maintenance records, and / or records of staff deployment reflecting 24-hour monitoring and coordinating of security, life safety and communications systems at any facility operated by LaSalle Management in Louisiana from January 1, 2019 to present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 10:**

Any and all documents, meeting minutes, emails, notes, comments, or other records pertaining to annual review of staffing analysis and plan at any facility operated by LaSalle Management in Louisiana from January 1, 2018 to present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 14:**

Any and all master rosters in effect from June 1, 2020 through June 1, 2021 at Madison Parish Detention Center.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 15:**

Any and all daily rosters reflecting actual staffing from February 1, 2020 through June 1, 2021 at Madison Parish Detention Center.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 16:**

Any and all documents reflecting the number of positions filled and the number of positions vacant for uniformed corrections officer positions at Madison Parish Detention Center from February 1, 2020 through June 1, 2021.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 17:**

Any and all documents pertaining to or reflecting the organizational structure of Madison Parish Detention Center in effect from July 1, 2019 through June 1, 2021, including administration and security positions, chain of command and relationship and communication between various departments and facilities.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 19:**

Any and all documents pertaining to or reflecting the organizational structure of Security Management, LLC in effect from June 1, 2021 to present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

Pursuant to the Court's Order, the Defendants' are not required to provide the information sought by Request for Production No. 19.  (See Doc. 90, pgs. 10-11 limiting responses to certain Requests, including Request No. 19, to the time period of January 1, 2019 through June 1, 2021).

**REQUEST FOR PRODUCTION NO. 20:**

Any and all documents or other records reflecting the amount of overtime paid to uniformed staff for overtime worked at Madison Parish Detention Center by pay period, by month, and by quarter from January 1, 2020 through June 1, 2021.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

Please see attached overtime records:

MCC/OT 1-2 Madison Overtime 1/2020-5/2021

**REQUEST FOR PRODUCTION NO. 21:**

Any and all summary data and/or reports reflecting staff turnover for deputies, sergeants, lieutenants, captains, corporals, and majors at Madison Parish Detention Center from July 1, 2019 through June 1, 2021, including but not limited to:

a. Attrition rates for each employment level;

b. Promotions within LaSalle Management;

c. Demotions within the LaSalle Management;

d. Transfers from Madison Parish Detention Center to other correctional institutions;

e. Voluntary departures of staff, i.e., resignations, retirement;

f. Involuntary departures of staff, i.e., terminations for cause.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Further responding, LaSalle avers that this information was not tracked during the time period at issue. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 23:**

Any and all documents or other records reflecting criminal prosecution of any LaSalle

Management staff at employed at any facility from January 1, 2014 to the present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Further responding, LaSalle avers that this information was not tracked during the time period at issue and information regarding employee discipline should be contained in employee personnel files. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 24:**

Any and all contracts with third parties related to operations at Madison Parish Detention

Center in effect from January 1, 2014 to present, including but not limited to:

a. Contracts between Madison Parish Sheriff's Office and LaSalle Management;

b. Contracts between Madison Parish Sheriff's Office and Security Management;

c. Contracts between Madison Parish Sheriff's Office and/or Department of Corrections to

provide operational services and / or leases;

d. Contracts with any hospital, including but not limited to EA Conway, Madison Hospital

or individual health care providers to provide personnel for medical care;

e. Contracts with any employment agency, individuals to provide additional administrative

staffing;

f. Contracts with any corrections agency, corporation, or individuals to provide additional

corrections staffing;

g. Contracts with emergency transport company, emergency medical services, or any

ambulance service to provide emergency transportation of inmates.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

Please see contracts previously provided. Further responding, the contract concerning
Security Management Company's operation of the facility has been requested and will be
provided upon receipt.

**REQUEST FOR PRODUCTION NO. 25:**

Any and all policies and procedures regarding outside hospital billing for services to Madison

Parish Detention Center and LaSalle Management from July 1, 2019 to June 1, 2021.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

Please see attached:

MCC/IMBRP1-10 Inmate Medical Bill Review Process

**REQUEST FOR PRODUCTION NO. 26:**

Any and all bills for medical service provided to James Murry, Latavius Paschal, and Antone

Henderson sent by an outside hospital or medical provider while in custody of DPSC and / or LaSalle

Management.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

Please see attached:

PASCHAL IEOP1-2 Paschal, Latavius - Individual Explanations of Payments
MURRAY IEOP1-3 Murray, James - Individual Explanations of Payments

**REQUEST FOR PRODUCTION NO. 27:**

Any and all policies, procedures, protocols regarding mandatory and option posts, and back

fill procedures from January 1, 2019 to June 1, 2021.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 29:**

Any and all policies and procedures currently in effect at all facilities comprising Madison

Parish Detention Center.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

Pursuant to the Court's Order, the Defendants' are not required to provide the information sought by Request for Production No. 19.  (See Doc. 90, pgs. 10-11 limiting responses to certain Requests, including Request No. 19, to the time period of January 1, 2019 through June 1, 2021).

**REQUEST FOR PRODUCTION NO. 31:**

Any and all documents and other records pertaining to orientation training of LaSalle

Management staff at any and all facilities operated by LaSalle Management located in Louisiana used

to hold pretrial detainees and people in DPSC custody, in effect from January 1, 2014 onward,

including but not limited to:

a. Training academy schedule and dates for all recruits or new hire academies;

b. Training curriculum, including each curriculum topic, and hours for each

c. Instructor for each curriculum topic;

d. Lesson plans for each curriculum topic;

e. Tests and / or exams for each curriculum topic;

f. The numbers of students beginning each academy and the numbers of students successfully

completing each academy;

g. Any materials used by the instructor for each curriculum topic, including any videos,

recordings, hand-outs, text books, or manuals.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

Defendant LaSalle avers that new hire training was conducted in accordance with applicable state guidelines. Information regarding the curriculum, rosters, and hours received stayed with the training officer and/or facility and further responding, LaSalle avers that any information regarding that training, if available, should be contained in employee personnel and/or training files. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

## REQUEST FOR PRODUCTION NO. 32:

Any and all documents and other records pertaining to in-service training of LaSalle

Corrections staff at any and all facilities operated by LaSalle Management located in Louisiana used

to hold pretrial detainees and people in DPSC custody, in effect from January 1, 2014 onward,

including but not limited to:

a. Training academy schedule and dates for all in-service academies;

b. Training curriculum, including each curriculum topic, and hours for each

c. Instructor for each curriculum topic;

d. Lesson plans for each curriculum topic;

e. Tests and/or exams for each curriculum topic;

f. Student records of attendance and student test or exam performance for each topic for each

academy;

g. The numbers of students beginning each academy and the numbers of students

successfully completing each academy;

h. Any materials used by the instructor for each curriculum topic, including any videos,

recordings, hand-outs, text books, or manuals.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

Defendant LaSalle avers that training updates were conducted. Information regarding such training stayed with the training officer and/or facility and LaSalle avers that any information regarding that training, if available, should be contained in employee personnel and/or training files. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

## REQUEST FOR PRODUCTION NO. 33:

Any and all policies and procedures in effect from January 1, 2019 onward regarding prisoner classification, responses to prisoner reports of threats, investigation of reports of threats, observation and supervision of prisoner housing units including but not limited to

a. Any and all forms, narratives, log books, or other reporting documents to report any signs of increasing tension on a dorm or tier;

b. Any and all curriculums, syllabi, handouts, and any other documents pertaining to training to observing prisoners for signs of tensions, intimidation, threats to among prisoners on housing units.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 33:

Defendant LaSalle avers that no specific policy responsive to this Request was in effect. Inmates would arrive to the facility classified, and would be re-classified based on the Basic Jail Guidelines. Classification records, if available, should be contained in each inmate's file. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

## REQUEST FOR PRODUCTION NO. 34:

Any and all policies and procedures regarding post-critical incident reviews, re-training, meetings, discussions in effect from January 1, 2019 onward.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

Please see attached Critical Incident Reporting Policy:

LSC/CIRP1-15 LSC 2.15 (6-2020) Critical Incident Reporting Policy

**REQUEST FOR PRODUCTION NO. 36:**

Any document generated related to intake, processing, and classification procedures in effect for when James Murray, Antone Henderson, Latavius Paschal, Brian Harris, Mitchell Treaudo, Howard Willis, Johnny Wright, Dexter Long, Derwyn Brown, Donald Dorsey, Marvin Ballot, Demontrel Riley, DeCarlin Anderson, Vic Meadows, and Demarcus Rufus entered Madison Parish Detention Center, including but not limited to:

a. Intake and processing documents, forms, program participation, work assignments, questionnaires, classification actions, and / or interview protocols conducted related to classification;

b. Master prison form;

c. Reports of disciplinary actions, grievances, incidents, or crimes committed while in custody;

d. Documents dealing with arrest information, criminal history, medical history and evaluation, mental health history and evaluation, suicide history and evaluation, bail, release information, program eligibility, housing assignment, and inmate property generated at every stage of intake and processing, incarceration, and release;

e. Documents generated by any and all routine and post incident re-classification procedures, including but not limited to any re-classification documents, forms, questionnaires, interview protocols conducted in reference to re-classification and / or classification review.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

Please see attached inmate files.

Ballett BF1-18 Ballett, Marvin booking file (Redacted)
Brown BF1-162 Brown, Derwin booking file (Redacted)
Dorsey BF1-51 Dorsey, Donald booking file (Redacted)
Dorsey MF1-21 Dorsey, Donald medical file (Redacted)
Harris BF1-30 Harris, Brian booking file (Redacted)
Harris MF1-40 Harris, Brian medical file (Redacted)
Long BF1-18 Long, Dexter booking file (Redacted)
Long MF1-17 Long, Dexter medical file (Redacted)
Meadows MF1-34 Meadows, Victor medical file (Redacted)
Rufus BF1-22 Rufus, Demarcus booking file (Redacted)
Rufus MF1-42 Rufus, Demarcus medical file (Redacted)
Treaudo BF1-53 Treaudo, Mitchell booking file (Redacted)
Treaudo MF1-58 Treaudo, Mitchell, medical file (Redacted)
Willis BF1-10 Willis, Howard booking file (Redacted)
Willis MF1-42 Willis, Howard medical file (Redacted)
Wright BF1-18 Wright, Johnny booking file (Redacted)
Wright MF1-9 Wright, Johnny medical file (Redacted)

PASCHAL IEOP1-2 Paschal, Latavius - Individual Explanations of Payments
MURRAY IEOP1-3 Murray, James - Individual Explanations of Payments
MURRAY JF1-43(2) Murray, James Jail file - unredacted
MURRAY MF105-114 Murray, James Medical File supplemental

Note that files for Demontrel Riley, DeCarlin Anderson, Vic Meadows have not been located. Those files will be provided, upon receipt, if available.
Please further note that the following information has been redacted due to privacy and relevancy concerns: dates of birth and social security numbers.

**REQUEST FOR PRODUCTION NO. 43:**

Any and all policies and procedures for tracking, reporting and responding to critical incidents, suspicious injuries, observed altercations, reports of altercations among prisoners from January 1, 2019 to present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

Please see policy attached in Response to Request for Production No. 34.

**REQUEST FOR PRODUCTION NO. 45:**

Any and all documents pertaining to policy, procedure and practice investigating incident reports and/or reports of prisoner altercations and / or violence from January 1, 2019 to present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

Please see policy attached in Response to Request for Production No. 34.

**REQUEST FOR PRODUCTION NO. 46:**

Any and all documents, policies, procedures, meeting minutes, emails or other records pertaining to any housing unit assignment plan, identification of classification designations, identification of housing populations, and/or the creation of any unit specifically designated to hold pre-trial people.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Further responding, LaSalle avers that a separation between min/max classifications, felonies/misdemeanors, and pre-trial/DOC inmates was maintained and the Basic Jail Guidelines were followed. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 47:**

Any and all documents pertaining to any and all incidents, uses of force, disciplinary actions, and altercations involving plaintiffs, including but not limited to:

    a. Complaints received;

    b. Investigation;

    c. incident report;

    d. administrative or supervisory review of corrections officer actions;

    e. disciplinary write ups issues to prisoners regarding the incident;

f. any appeals of write ups and dispositions of those appeals;

g. any disciplinary action taken against any corrections officer related to the incident;

h. any suits, administrative procedures or other filing by inmates and document related to

those filings; and

i. any documents related to any settlements or agreements to resolve those complaints.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

Please see previously produced and attached inmate records for Plaintiffs:

MURRAY JF1-43(2) Murray, James Jail file - unredacted
MURRAY MF105-114 Murray, James Medical File supplemental
CI(2/21) 76-77 CI 02/2021 Antone Henderson

**REQUEST FOR PRODUCTION NO. 48:**

Any and all documents pertaining to policy, procedure and practice of issuing disciplinary

"write-ups".

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

Policy responsive to this Request is being located and will be provided upon receipt, if available.  Further responding, discipline of DOC inmates is additionally controlled by applicable DOC regulations and procedures.

**REQUEST FOR PRODUCTION NO. 49:**

Any and all documents pertaining to policy, procedure and practice of placing prisoners in

administrative segregation or "lock-down."

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

Policy responsive to this Request is being located and will be provided upon receipt, if available.

**REQUEST FOR PRODUCTION NO. 50:**

Any and all document pertaining to policy, procedure and practice of escorting prisoners for medical care after altercation with another prisoner.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

Please see attached:

LMC/IMTI 1 Inmate Medical Tracking instructions.

**REQUEST FOR PRODUCTION NO. 51:**

Any and all documents pertaining to policy, procedure and practice for routing prisoners to the hospital or any other provider for outside medical care.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Further responding, LaSalle avers that this was a medical staff decision made on a case-by-case basis. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 52:**

Any and all documents reflecting shakedowns from January 1, 2019 to present, including but not limited to:

a. shakedown logs

b. contraband reports

c. investigations arising from shakedowns

d. disciplinary actions taken against inmates and against LaSalle Corrections staff

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

Please see attached Critical Incident Reports:

2020
CI(1/20)1-52 CI 01.2020 redacted
CI(2/20)1-136 CI 02.2020 redacted
CI(3/20)1-172 CI 03.2020 redacted
CI(4/20) 1-166 CI 04.2020 redacted
CI(5/20)1-64 CI 05.2020 redacted
CI (6/20) corrupt awaiting files if recoverable
CI(7/20)1-55 CI 07.2020 redacted
CI(8/20) 1-96 CI 08.2020 redacted
CI(9/20) 1-245 CI 09.2020 redacted
CI(10/20) 1-127 CI 010.2020 redacted
CI(11/20) 1-153 CI 011.2020 redacted
CI(12/20) 1-131 CI 012.2020 redacted

2021
CI(1/21) 1-92 CI 01.2021 redacted
CI(2/21) 1-75 CI 02.2021 redacted
CI(2/21) 76-77 CI 02.2021 regarding Antone Henderson
CI(3/21) 1-61 CI 03.2021 redacted
CI(4/21) 1-115 CI 04.2021 redacted
None in 5/21

Please note that CI(2/21) 76-77 CI 02.2021 regarding Antone Henderson was only retained in the form produced herein due to a power outage at the facility during the time of its writing.
Further responding, any critical incident reports prior to January 2020 were not organized and logged by LaSalle.
In addition to the attached records, critical incident reports from June 2020, July 2020, and August 2020 received by Defendants contained corrupted files. The Defendants are attempting to find uncorrupted versions of those files for production and will provide said uncorrupted files upon receipt if available.

Please further note that the following information has been redacted due to privacy and relevancy concerns: dates of birth, social security numbers, medical information concerning staff, and in one instance a nude photograph.

**REQUEST FOR PRODUCTION NO. 53:**

Any and all documents pertaining to contraband from January 1, 2019 to present, including but not limited to:

a. Contraband reports

b. investigations into contraband

c. Any and all disciplinary action taken against inmates and against LaSalle Corrections staff pertaining to contraband

d. Any and all criminal charges filed against inmates pertaining to contraband

e. Disposition of any charges filed against inmates

f. Any and all criminal charges filed against LaSalle Corrections staff pertaining to contraband

g. Disposition of any charges filed against LaSalle Corrections staff

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

Please see attached Critical Incident Reports. Defendants further aver that the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no other documents responsive to this Request for Production. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 57:**

Any and all trip sheets to EA Conway Hospital, Madison Parish Hospital or any other hospital from July 1, 2019 to June 1, 2021.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

Pursuant to the Court's Order the Defendants here, specifically LaSalle Management Company, LLC and Sheriff Byrd, have conducted a diligent search of their records and confirm that they have no documents responsive to this Request for Production. Note that if responsive documents are found in the ESI referenced herein, the Defendants will provide any such documents via supplement hereto.

**REQUEST FOR PRODUCTION NO. 60:**

Please produce any and all monthly BJG reports pertaining to any facility operated by LaSalle Correctional Management in Louisiana holding people in DPSC custody and at Madison Parish Correctional Center and produced to the Department of Public Safety and Corrections for the months of July, 2014 through September, 2014.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

Please see attached MCC/BJG MR 1-6 MCC BJG Monitoring Report 10/10/2019.  Further responding, Defendants aver that BJG reporting is done annually.  Defendants further aver that due to the covid-19 pandemic BJG audits were not conducted in 2020 or 2021.

**REQUEST FOR PRODUCTION NO. 61:**

For James Murray, Antone Henderson, Latavius Paschal, Brian Harris, Mitchell Treaudo, Howard Willis, Johnny Wright, Dexter Long, Derwyn Brown, Donald Dorsey, Marvin Ballot, Demontrel Riley, DeCarlin Anderson, Vic Meadows, and Demarcus Rufus, please produce the following:

a. Inmate folder, including but not limited to booking records, photo, classification, and property receipts,

b. all incident reports,

c. use of force reports

d. disciplinary reports

e. grievances, internal complaints, requests for administrative reviews, and responses;

f. trip sheets

g. transfer orders

h. log books and recordings, including video recordings for each area and location where the above listed individuals were incarcerated during any time at Madison Parish Detention

Center and/or any other facility operated by LaSalle Management;

i. complete files from any investigation into any incident involving any of the above listed;

j. any and all e-mails, text messages, or other documents referred to these names or individuals.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 61:

Please see attached Inmate Files:

Ballett BF1-18 Ballett, Marvin booking file (Redacted)
Brown BF1-162 Brown, Derwin booking file (Redacted)
Dorsey BF1-51 Dorsey, Donald booking file (Redacted)
Dorsey MF1-21 Dorsey, Donald medical file (Redacted)
Harris BF1-30 Harris, Brian booking file (Redacted)
Harris MF1-40 Harris, Brian medical file (Redacted)
Long BF1-18 Long, Dexter booking file (Redacted)
Long MF1-17 Long, Dexter medical file (Redacted)
Meadows MF1-34 Meadows, Victor medical file (Redacted)
Rufus BF1-22 Rufus, Demarcus booking file (Redacted)
Rufus MF1-42 Rufus, Demarcus medical file (Redacted)
Treaudo BF1-53 Treaudo, Mitchell booking file (Redacted)
Treaudo MF1-58 Treaudo, Mitchell, medical file (Redacted)
Willis BF1-10 Willis, Howard booking file (Redacted)
Willis MF1-42 Willis, Howard medical file (Redacted)
Wright BF1-18 Wright, Johnny booking file (Redacted)
Wright MF1-9 Wright, Johnny medical file (Redacted)

PASCHAL IEOP1-2 Paschal, Latavius - Individual Explanations of Payments
MURRAY IEOP1-3 Murray, James - Individual Explanations of Payments
MURRAY JF1-43(2) Murray, James Jail file - unredacted
MURRAY MF105-114 Murray, James Medical File supplemental

Note that files for Demontrel Riley, DeCarlin Anderson, Vic Meadows have not been located.  Those files will be provided, upon receipt, if available.
Please further note that the following information has been redacted due to privacy and relevancy concerns: dates of birth and social security numbers.

**REQUEST FOR PRODUCTION NO. 63:**

Please produce employment records for the following individuals:

a. Arthur Anderson

b. Chris Stinson

c. Tommy Farmer

d. Steven Chase

e. Cantrell Guice

f. John Murray

g. Wendell Hughes

h. Edward McDowell

i. Jonathan Knox

j. Sgt. Shepherd

k. Esco Tillman

l. Robert Thornton

m. Sheriff Sammie Byrd

For the above listed corrections staff, please produce the following documents related to their

employment at Madison Parish Detention Center, Madison Parish Sheriff's Office and / or with

LaSalle Management:

a. C.V. / Resume

b. employment application

c. pre-employment and background investigation

d. hiring

e. orientation and training, both initial and in-service

f. Supervision, including supervisor records and files

g. Job performance evaluations

h. Continuing education certifications

i. Assignments

j. Incident Reports

k. Complaints

l. Investigations

m. Grievances

n. Disciplinary Actions

o. Commendations

p. Certifications

q. Licenses

r. Registrations

s. Contractual agreements

t. Job Descriptions, work duties

u. Required qualifications

v. Any past or pending criminal investigations

w. Any paperwork pertaining to termination

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 63:

Please see attached Personnel and/or Training Files:

Anderson PF1-18 Anderson, Arthur - Personnel File (Redacted)
Anderson TF1-77 Anderson, Arthur - Training File (Redacted)
Farmer PF1-95 Farmer, Tommy - Personnel File (Redacted)
Guice PF1-158 Guice, Cantrell - Personnel File (Redacted)
Hughes PF1-3 Hughes, Wendell - Personnel File (Redacted)

Knox 1-70 Knox, Johnathan - Personnel File (Redacted)
McDowell PF1 McDowell, Edward - Personnel File (Redacted)
Murray PF1-226 Murray, John - Personnel File (Redacted)
Sheppard PF1-5 Sheppard, Jonta - Personnel File (Redacted)
Stinson HR1-2 Stinson, Chris - HR records (Redacted)
Stinson MAD-EE1-7 Stinson, Chris - MAD-EE Records (Redacted)
Stinson PF1-35 Stinson, Chris - Personnel File (Redacted)
Thornton PF1-87 Thornton, Robert - Personnel File (Redacted)
Tillman PF1-136 Tillman, Esco Sr - Personnel File (Redacted)

Please note that the personnel file for Major Chase could not be located. Further, the personnel file for Sheriff Byrd has been requested and will be provided upon receipt, if available.

Please further note that the following information has been redacted due to privacy and relevancy concerns: Generally all dates of birth, social security numbers, personal addresses, personal email addresses, drivers license numbers, license issue and expiration dates, as well as the personal phone numbers of third party employment references. Financial information including exemptions, dependents, and adjustments in tax records, as well as bank name, account numbers, routing numbers, credit limits, and personal security questions in banking records, as well as personal employment loan information. Insurance information including dependent, beneficiary, pension, and withholdings/waiver information. Medical information including medical problems, treating physicians, treating facilities, and dates of treatment.

Respectfully Submitted:

**PROVOSTY, SADLER & deLAUNAY, APC**

By: _____
H. BRADFORD CALVIT (#18158)
bcalvit@provosty.com
P: 318/767-3133  F: 318/767-9588
ELI J. MEAUX (#33981)
emeaux@provosty.com
P: 318/767-3118  F: 318/767-9619
934 Third Street, Suite 800 (71301)
P.O. Box 13530
Alexandria, LA 71315-3530
934 Third Street, Suite 800 (71301)
P.O. Box 13530
Alexandria, LA 71315-3530
P: 318/767-3133  F: 318/767-9588
ATTORNEYS FOR DEFENDANTS,
ARTHUR ANDERSON, SHERIFF SAMMIE BYRD,
STEVEN CHASE, TOMMY FARMER, CANTRELL
GUICE, WENDELL HUGHES, JONATHAN
KNOX, LASALLE MANAGEMENT COMPANY,
LLC., EDWARD MCDOWELL, JOHN MURRAY,
CHRIS STINSON, AND ROBERT THORNTON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2023, I forwarded the foregoing SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS OBO DEFENDANTS, ARTHUR ANDERSON, SHERIFF SAMMIE BYRD, STEVEN CHASE, TOMMY FARMER, CANTRELL GUICE, WENDELL HUGHES, JONATHAN KNOX, LASALLE MANAGEMENT COMPANY, LLC., EDWARD MCDOWELL, JOHN MURRAY, CHRIS STINSON, AND ROBERT THORNTON as follows:

**Via Dropbox**
Elizabeth Cumming
MacArthur Justice Ctr
Emily Washington
Roderick and Solange
4400 S. Carrollton Avenue
New Orleans, LA 70119
P: (504) 620-2259
elizabeth.cumming@macarthurjustice.org
emily.washington@macarthurjustice.org
*ATTORNEYS FOR PLAINTIFFS,*
*JAMES MURRAY, LATAVIUS PASCAL,*
*AND ANTONE HENDERSON*

**Via Dropbox**
Casey Denson
Mercedes Townsend
Casey Denson Law, LLC.
4601 Dryades Street
New Orleans, LA 70115
P: (504) 224-0110
cdenson@caseydensonlaw.com
mtownsend@caseydensonlaw.com
*ATTORNEYS FOR PLAINTIFFS,*
*JAMES MURRAY, LATAVIUS PASCAL,*
*ANTONE HENDERSON*

**Via Dropbox**
Alejandro R. Perkins
Evan M. Alvarez
Wayne Thomas Stewart
Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP
2431 S. Acadian Thruway
Suite 600
Baton Rouge, LA 70808
P: 225-923-3462 F: 225-923-0315
aperkins@hamsil.com
ealvarez@hamsil.com
wstewart@hamsil.com
*ATTORNEYS FOR DEFENDANT,*
*SETH SMITH*

_____
OF COUNSEL