UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| JAMES MURRAY; LATAVIUS PASCHAL; ANTONE HENDERSON,<br>Plaintiffs<br><br>Versus<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al.<br><br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Docket Number:<br>3:21-cv-592-JWD-RLB<br><br>JUDGE:<br>JOHN W. DEGRAVELLES<br><br>MAGISTRATE:<br>RICHARD L. BOURGEOIS |

**EXHIBIT LIST FOR
PLAINTIFFS' MOTION TO ENFORCE THIS COURT'S ORDER TO COMPEL
DISCOVERY RESPONSES FROM
MADISON PARISH SHERIFF SAMMIIE BYRD AND LASALLE DEFENDANTS**

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| Ex. 1 | March 24, 2023, Supplemental Responses. |
| Ex. 2 | May 22, 2023 Email from Elizabeth Cumming to Bradford Calvit |
| Ex. 3 | May 25, 20203 Correspondence from Bradford Calvit to Elizabeth Cumming. |
| Ex. 4 | Cantrell Guice Deposition Excerpts |
| Ex. 5 | Edward McDowell Deposition Excerpts |
| Ex. 6 | Critical Incident Reporting Policy |

Respectfully submitted,

s/ Elizabeth Cumming
**ELIZABETH CUMMING (**Bar Roll No. 31685), T.A.
**EMILY WASHINGTON** (Bar Roll No. 34143)
Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
Phone: (504) 620-2259
Fax: (504) 208-3133
elizabeth.cumming@macarthurjustice.org
emily.washingting@macarthurjustice.org

Date: June 15, 2023