# Provosty, Sadler & deLaunay, APC
## Attorneys and Counselors at Law

H. BRENNER SADLER[1]
FREDERICK B. ALEXIUS
H. BRADFORD CALVIT
CATHERINE G. BRAME
JOHN D. RYLAND

DAVID W. LAMBERT[2]
DAVID T. MARLER
ELI J. MEAUX
JOSEPH P. WILLIAMS, JR.

POST OFFICE BOX 13530
934 THIRD STREET, SUITE 800
ALEXANDRIA, LOUISIANA 71315-3530
TELEPHONE (318) 445-3631
TELEFAX (318) 445-9377
WWW.PROVOSTY.COM

October 10, 2023

LEDOUX R. PROVOSTY (1894-1980)
RICHARD B. SADLER, JR. (1912-1990)
LEDOUX R. PROVOSTY, JR. (1930-1995)
WILLIAM H. deLAUNAY, JR. (1938-2010)
ALBIN A. PROVOSTY, III (1943-2020)[3]

JOSEPH R. MARTIN, OF COUNSEL
VIJAY VENKATARAMAN, OF COUNSEL

[1]BOARD CERTIFIED IN TAXATION
[2]ALSO ADMITTED IN TEXAS
[3]RETIRED 2012

Writer's Direct Dial: 318/767-3133
E-Mail: bcalvit@provosty.com
Writer's Direct Dial: 318/767-3118
E-Mail: emeaux@provosty.com

**Via Drop Box**
Elizabeth Cumming
MacArthur Justice Center
4400 S. Carrollton Ave
New Orleans, LA 70119
504-620-2259
elizabeth.cumming@macarthurjustice.org

    RE:   James Murray, et al v. LeBlanc, et al
            Case No. 3:21-cv-00592
            USDC Middle District - Baton Rouge
            LMC: 10.333
            Our File No. 21-5810.156

Dear Elizabeth:

        Please find attached the following supplemental discovery materials:

| | |
|---|---|
| 1. CI LOG(2019) 1- 74 (9.19-12.19) redacted<br>2. CI (9.19) 1-33 CI 09.2019 redacted<br>3. CI (10.19) 1-380 10.2019 redacted<br>4. CI (11.19) 15-890 11.2019 redacted<br>5. CI (12.19) 169-843 12.2019 redacted<br>6. 2019 SIS 1-279 Sign-in Sheets<br>7. 2020 SIS 1-498 Sign-in Sheets<br>8. 2021 SIS 1-197 Sign-in Sheets | 9. ICA(2019) 1-6 INMATE CENSUS ARCHIVE 11.20.19<br>10. CILL(1.1.2020) 1-13 INMATE LOCATION LIST<br>11. DROP SHEETS AND ASSOC. DOC. 1-147 Daily Shift Drop Sheets - ALL<br>12. HR WEEKLY STAFF MEETING NOTES 1-12 |

        In addition to those documents, and pursuant to our past discussions regarding supplementation, the Defendants aver that "shift packet" was the term for the collection of documents handed off from shift to shift during shift change. The composition of the "shift packet" changed shift to shift and was not uniform. Due to the changing nature of what might have constituted the "shift packet" on a given date, the Defendants no longer have any intact "shift packets" which can be provided. Though it is likely that the Defendants have provided all documents that may have been in a given date's "shift packet", the Defendants cannot say so definitively.

        Further, the Drop Sheets produced were often accompanied by Daily Break Down Logs and Administrative Segregation Logs from the same (or surrounding) date. Those have been included with the Drop Sheets. Similarly, agendas and minutes for meetings detailed in the ESI were inquired into with Warden Stinson avering that no additional agendas or minutes from MCC staff meetings are available other than those in the ESI. Available meeting minutes and/or agendas for the HR meetings discussed in the ESI have been attached. Meeting minutes and/or agendas for the health care staff meetings discussed in the ESI are being sought and will be produced if available.

10/10/23
Elizabeth Cumming
James Murray, et al v. LeBlanc, et al
In re: Supplemental discovery materials

Finally, pursuant to the Court's Order of September 14, 2023 the Defendants certify that in addition to the diligent searching already performed prior to the Court's Order, prior to and upon receiving said Order the Defendants engaged in a series of discussions regarding their ability to further supplement their discovery responses. Those discussions culminated in representatives of the Defendants and Defendant Chris Stinson, reviewing the remaining physical records kept in storage by the LaSalle Defendants after their departure from MCC. Those records, to the extent they appeared to contain responsive documents, were retrieved and are being meticulously reviewed by Defendants' counsel. It is anticipated that the attached documents will be further supplemented with any additional documents as that search continues. Counsel also confirmed that the LaSalle Defendants have no additional ESI available for review that had not been previously searched with the provided search terms.

With kind regards, I remain,

Sincerely,

PROVOSTY, SADLER, & deLAUNAY, APC

H. BRADFORD CALVIT
ELI J. MEAUX

HBC/EJM:ts
Enclosures
cc(w/encl):    Emily Washington / Casey Denson / Mercedes Townsend / Alejandro R. Perkins / Evan M. Alvarez / Wayne Thomas Stewart
Tracy Ledoux / Leah Sumrall

# Provosty, Sadler & deLaunay, APC
## Attorneys and Counselors at Law

H. BRENNER SADLER[1]
FREDERICK B. ALEXIUS
H. BRADFORD CALVIT
CATHERINE G. BRAME
JOHN D. RYLAND

DAVID W. LAMBERT[2]
DAVID T. MARLER
ELI J. MEAUX
JOSEPH P. WILLIAMS, JR.

POST OFFICE BOX 13530
934 THIRD STREET, SUITE 800
ALEXANDRIA, LOUISIANA 71315-3530
TELEPHONE (318) 445-3631
TELEFAX (318) 445-9377
WWW.PROVOSTY.COM

October 23, 2023

LEDOUX R. PROVOSTY (1894-1980)
RICHARD B. SADLER, JR. (1912-1990)
LEDOUX R. PROVOSTY, JR. (1930-1995)
WILLIAM H. deLAUNAY, JR. (1938-2010)
ALBIN A. PROVOSTY, III (1943-2020)[3]

JOSEPH R. MARTIN, OF COUNSEL
VIJAY VENKATARAMAN, OF COUNSEL

[1]BOARD CERTIFIED IN TAXATION
[2]ALSO ADMITTED IN TEXAS
[3]RETIRED 2012

**Writer's Direct Dial: 318/767-3133**
**E-Mail: bcalvit@provosty.com**
**Writer's Direct Dial: 318/767-3118**
**E-Mail: emeaux@provosty.com**

**Via Drop Box**
Elizabeth Cumming
MacArthur Justice Center
4400 S. Carrollton Ave
New Orleans, LA 70119
504-620-2259
elizabeth.cumming@macarthurjustice.org

RE: James Murray, et al v. LeBlanc, et al
Case No. 3:21-cv-00592
USDC Middle District - Baton Rouge
LMC: 10.333
Our File No. 21-5810.156

Dear Elizabeth:

Please find attached the following supplemental discovery materials:

1. CI(1.20) 312-821 CI 01.2020 Redacted;
2. CI(2.20) 228-888 2.2020 Redacted;
3. CI(3.20) 406-1440 CI 03.2020 Redacted;
4. CI(4.20) 222-1081 CI 04.2020 Redacted;
5. CI(5.20) 102-1226 CI 05.2020 Redacted;
6. CI(6.20) 131-923 CI 06.2020 Redacted;
7. CI(7.20) 105-1232 CI 07.2020 Redacted; and
8. CI(8.20) 187-1198 CI 08.2020 Redacted.

Please be advised that there may be some number of duplicate CI reports. Initially we were running a physical comparative study between the physical files and those previously received electronically, but after noticing many differences and in an effort at efficiency, we scanned, reviewed and redacted all original files we recently secured.

With kind regards, I remain,

Sincerely,

PROVOSTY, SADLER, & deLAUNAY, APC

H. BRADFORD CALVIT
ELI J. MEAUX

HBC/EJM:ts
Enclosures
cc(w/encl):  Emily Washington / Mercedes Townsend / Alejandro R. Perkins / Evan M. Alvarez /
Wayne Thomas Stewart
Tracy Ledoux / Leah Sumrall

# Provosty, Sadler & deLaunay, APC
## Attorneys and Counselors at Law

H. BRENNER SADLER[1]
FREDERICK B. ALEXIUS
H. BRADFORD CALVIT
CATHERINE G. BRAME
JOHN D. RYLAND

DAVID W. LAMBERT[2]
DAVID T. MARLER
ELI J. MEAUX
JOSEPH P. WILLIAMS, JR.

POST OFFICE BOX 13530
934 THIRD STREET, SUITE 800
ALEXANDRIA, LOUISIANA 71315-3530
TELEPHONE (318) 445-3631
TELEFAX (318) 445-9377
WWW.PROVOSTY.COM

LEDOUX R. PROVOSTY (1894-1980)
RICHARD B. SADLER, JR. (1912-1990)
LEDOUX R. PROVOSTY, JR. (1930-1995)
WILLIAM H. DELAUNAY, JR. (1938-2010)
ALBIN A. PROVOSTY, III (1943-2020)[3]

JOSEPH R. MARTIN, OF COUNSEL
VIJAY VENKATARAMAN, OF COUNSEL

[1]BOARD CERTIFIED IN TAXATION
[2]ALSO ADMITTED IN TEXAS
[3]RETIRED 2012

Writer's Direct Dial: 318/767-3133
E-Mail: bcalvit@provosty.com
Writer's Direct Dial: 318/767-3118
E-Mail: emeaux@provosty.com

October 25, 2023

**Via Drop Box**
Elizabeth Cumming
MacArthur Justice Center
4400 S. Carrollton Ave
New Orleans, LA 70119
504-620-2259
elizabeth.cumming@macarthurjustice.org

     RE:    James Murray, et al v. LeBlanc, et al
              Case No. 3:21-cv-00592
              USDC Middle District - Baton Rouge
              LMC: 10.333
              Our File No. 21-5810.156

Dear Elizabeth:

Please find attached the following supplemental discovery materials:

1. CI (9.20) 1198-2493 CI 09.2020 Redacted
2. CI (10.20) 266-1754 CI 10.2020 Redacted
3. CI (11.20) 297-1554 CI 11.2020 Redacted
4. CI(1.21) 1140-2118 CI 01.2021 Redacted
5. 014.3 CI(2.21) 445-1021 CI 02.2021 Redacted
6. 015.2 CI(3.21) 395-840 CI 03.2021 Redacted
7. 016.2 CI(4.21) 441-898 CI 04.2021 Redacted
8. 017.1 CI(5.21) 177-427 CI 05.2021 Redacted

Please note that we did not locate anymore records for 12/2020. Further, we reiterate here that there may be some number of duplicate CI reports for the same reasons detailed in our October 23, 2023 correspondence. Finally, as of this production, we have exhausted the CI reports that we have able to locate.

With kind regards, I remain,

Sincerely,

PROVOSTY, SADLER, & deLAUNAY, APC

H. BRADFORD CALVIT
ELI J. MEAUX

HBC/EJM:ts
Enclosures
cc(w/encl):    Emily Washington / Mercedes Townsend / Alejandro R. Perkins / Evan M. Alvarez /
               Wayne Thomas Stewart
               Tracy Ledoux / Leah Sumrall