UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MURRAY; LATAVIUS PASCHAL; ANTONE HENDERSON,<br>Plaintiffs<br><br>Versus<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al.<br><br>Defendants | * Civil Docket Number:<br>* 3:21-cv-592-JWD-RLB<br>*<br>* JUDGE:<br>* JOHN W. DEGRAVELLES<br>*<br>* MAGISTRATE:<br>* RICHARD L. BOURGEOIS |

## EXHIBIT LIST FOR PLAINTIFFS FIRST MOTION TO COMPEL DISCOVERY RESPONSES FROM LASALLE MANAGEMENT LLC

Plaintiffs, through undersigned counsel, submit the following exhibit list with exhibit number and brief description in connection with Plaintiffs' First Motion to Compel Discovery responses from LaSalle Management, LLC.

Exhibit 1: December 25, 2023 Second Requests for Production

Exhibit 2: February 26, 2024 Response to Second Request for Production

Exhibit 3: February 29, 2024 Email Correspondence between Elizabeth Cumming and Robert Denny

Exhibit 4: March 5, 2024 Re-issued discovery requests

Exhibit 5: LaSalle's April 4, 2024 Discovery Responses

Exhibit 6: LaSalle Discovery Production, filed separately under seal

Exhibit 7: Deposition of James McCormick 26:21-28:6; 31:2-20

Exhibit 8: Deposition of James McCormick 72:21-25; 75:19-76:25

1

Exhibit 9: Deposition of James McCormick 12:15-25

Exhibit 10: Deposition of James McCormick 77:2-6

Exhibit 11: Deposition of James McCormick 77:7-80:5

Exhibit 12: Deposition of James McCormick 80:1-5

Exhibit 13: LaSalle Contract

Exhibit 14: Deposition of Lisa Byrd 14:10-15:16

Exhibit 15: Deposition of Lisa Byrd 87:17-88:17

Exhibit 16: Emails between DPSC and Brandi Floyd

Exhibit 17: Deposition of James McCormick 115:3-19

Exhibit 18: Google map of 182 and 192 Bastille Lane

Exhibit 19: Secretary of State Filings.

        Respectfully submitted,

        /s/ Elizabeth Cumming_____
        **ELIZABETH CUMMING (**Bar Roll No. 31685), T.A.
        **EMILY WASHINGTON** (Bar Roll No. 34143)
        Roderick and Solange MacArthur Justice Center
        4400 S. Carrollton Ave.
        New Orleans, LA 70119
        Phone: (504) 620-2259
        Fax: (504) 208-3133
        elizabeth.cumming@macarthurjustice.org
        emily.washingting@macarthurjustice.org

Dated: April 23, 2024