| | |
|---|---|
| **From:** | Elizabeth Cumming |
| **To:** | Denny, Robert; Emily Washington |
| **Cc:** | "Brad Calvit"; "Melanie McNeal"; Tannie Swent; "Eli Meaux"; McGlinchey, Deirdre C.; McCarroll, Gillian |
| **Subject:** | RE: 21-cv-592: Murray et al v. LeBlanc et al - Objections and Responses to 2nd Set of Request for Production of Documents |
| **Date:** | Thursday, February 29, 2024 1:41:00 PM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Robert —

We are in receipt of McGlinchey's responses to our 12/25/2023 Requests for production. Please advise when you will be available for Rule 37 conference by phone next Tuesday (3/5/2024) between 9:30 am and 5:30 pm.

In advance of our conversation, I would just flag the following:

1. We have named LaSalle Management in our action;
2. In the definitions section of the discovery, definition 13 reads:

The terms "*LaSalle Management*" and "*LaSalle Corrections*" both refer to LaSalle Management Company LLC, LaSalle Corrections LLC, LaSalle Corrections V LLC, LaSalle Corrections VI LLC, Lasalle Corrections West, LLC, Madison Correctional Centers, LLC, McConnell Southeast Corrections, LLC, Temple Southeast Corrections, LLC, KPL Enterprises, LLC, WMC Enterprises, and any subsidiary or parent company responsible for correctional center operations at MCC from January 1, 2019 to June 1, 2021.

3. In deposition testimony from the Director of Operations for Louisiana from 2019 to 2021, James McCormick did not distinguish between LaSalle Management and LaSalle Corrections and referred to them interchangeably;
4. James McCormick also testified that accounting information and files were maintained at LaSalle Management and LaSalle Corrections offices in Ruston Louisiana, so this information is accessible to and in the custody or control of the named defendants;
5. The Secretary of State filings for each of the entities listed above have officers and / or registered agents listed at the Bastille Lane address for LaSalle Management and LaSalle Corrections.

If you would like to revise your position and provide responsive documents, we can give you until next Friday (3/8/2024) to do so. Otherwise, we will look forward to speaking with you on Tuesday (3/5/2024) at the time of your choice and will file our motion to compel and request for fees if successful subsequently.

Finally, Brad, you sent discovery requests to LeBlanc and Smith on April 6, 2023. Are you representing that you have received no response at all from LeBlanc and Smith in response to those discovery requests?

Best,

Elizabeth

---

**From:** Denny, Robert <rdenny@mcglinchey.com>
**Sent:** Monday, February 26, 2024 4:50 PM
**To:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>;
emily.washington@macarthurjustice.or
**Cc:** 'Brad Calvit' <BCalvit@provosty.com>; 'Melanie McNeal' <MMcNeal@provosty.com>; Tannie
Swent <TSwent@provosty.com>; 'Eli Meaux' <EMeaux@provosty.com>; McGlinchey, Deirdre C.
<dmcglinchey@mcglinchey.com>; McCarroll, Gillian <gmccarroll@mcglinchey.com>
**Subject:** 21-cv-592: Murray et al v. LeBlanc et al - Objections and Responses to 2nd Set of Request
for Production of Documents

Elizabeth:

As you know, Deirdre McGlinchey, Gillian McCarroll and I have enrolled as additional counsel in this
matter to assist with the financial discovery propounded upon LaSalle.
Attached please find Defendants' Responses to Plaintiff's Second Request for Production of
Documents.  Please don't hesitate to contact me with any questions.

Best Regards,

**Robert K. Denny**
Attorney at Law

---

rdenny@mcglinchey.com
601 Poydras St, Ste 1200, New Orleans, LA 70130
T (504) 596-2757  F (504) 910-8834

bio | vCard | mcglinchey.com

Alabama  California  Florida  Louisiana  Massachusetts  Mississippi  New York
Ohio  Rhode Island  Tennessee  Texas  Washington  Washington, DC



---

www.mcglinchey.com

McGlinchey Stafford, PLLC in Alabama, Florida, Louisiana, Massachusetts, Mississippi, New York, Ohio, Tennessee, Texas,
Washington, and Washington DC and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged, work product-protected, and/or confidential information. It is
for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-
586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the
United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and
should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender

immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer [(https://www.mcglinchey.com/disclaimer/)](https://www.mcglinchey.com/disclaimer/) and Privacy Policy [(https://www.mcglinchey.com/privacy-policy/)](https://www.mcglinchey.com/privacy-policy/)