```
 1        Q.    So when GEO acquired Community
 2   Education Centers did you apply to try and
 3   keep your same position or anything like
 4   that?
 5        A.    No.
 6        Q.    So you had about a year where
 7   you were receiving your salary but you
 8   weren't allowed to work for another company
 9   basically; is that correct?
10        A.    That's correct.
11        Q.    And then you were able to go
12   back to work I think you said in 2016?
13        A.    2016, 2017, whatever date that
14   my noncompete expired, yes.
15        Q.    And that was as warden at Bowie,
16   correct?
17        A.    Correct.
18        Q.    So you have been a LaSalle
19   employee since 2016; is that right?
20        A.    Correct.
21        Q.    And you moved into the role of
22   director of operations.  Well, help clarify
23   for me.  In 2019 you moved into a more
24   administrative role; is that right?
25        A.    Yes.
```

```
 1        Q.    What precipitated that move from
 2   being at Bowie County and sort of doing more
 3   frontline corrections work and moving into
 4   more administrative work?
 5        A.    The company had a need for
 6   someone in that position, decided I was the
 7   right person for that spot.
 8        Q.    And that position, that was
 9   director of operations, correct?
10        A.    Yes.
11        Q.    Director of operations of
12   Louisiana specifically; is that right?
13        A.    Yes.
14        Q.    So what were your
15   responsibilities as director of operations
16   for Louisiana?
17        A.    Oversight of facility operations
18   for the facilities located within Louisiana
19   under LaSalle's operation.
20        Q.    Did that include facilities that
21   were holding ICE detainees and people who
22   were DOC sentenced and pretrial, it was all
23   populations?
24        A.    Yes.
25        Q.    But you left that position in
```

```
 1   July of 2021; is that correct?
 2         A.    Yes.
 3         Q.    Who took over after you left
 4   that position in 2021?
 5         A.    I'm not certain as to who did
 6   that immediately after I left.
 7         Q.    Does someone hold that position
 8   now?
 9         A.    Yes.
10         Q.    Who holds that position now?
11         A.    Mr. Ramos.
12         Q.    Do you know Mr. Ramos's first
13   name?
14         A.    Yes, but I can't spell it.  We
15   call him Indy.  It's Indalecio or something.
16   We call him Indy Ramos.
17         Q.    When did Mr. Ramos take over
18   that position?
19         A.    Oh, I'm not sure.
20         Q.    Was it in the last six months?
21         A.    I think it was maybe a little
22   before that, maybe within the last year.
23         Q.    At sometime in 2023, would that
24   be right?
25         A.    That's close.  Like I said, I'm
```

```
 1   Texarkana.
 2         Q.     How often were you in Ruston
 3   when you were the director of operations for
 4   Louisiana?
 5         A.     Daily.
 6         Q.     Weekdays?
 7         A.     Yes.  And weekends as needed and
 8   required.
 9         Q.     How frequently was that
10   required?
11         A.     Sporadic.  There was no
12   schedule.
13         Q.     Did you personally pay for the
14   residence in Ruston or was that something
15   that LaSalle covered?
16         MR. CALVIT:
17              Object to the form of the
18           question.
19         THE WITNESS:
20              It was provided by LaSalle.
21         MS. CUMMING CONTINUES:
22         Q.     I want to go back through your
23   employment history.  Well, let me ask this.
24   In 2000 you went to work with a private
25   company, CCA; is that right?
```

