```
 1        Q.    What about the women's side, was
 2   that full?
 3        A.    It may take a fairly consistent
 4   number of females in that four hundred range,
 5   somewhere in there.
 6        Q.    In a given week how many days
 7   would you spend in a facility?
 8        A.    Almost daily at least three to
 9   five days a week.
10        Q.    And then when you worked in a
11   facility what were your activities?
12        A.    What were my what?
13        Q.    What were your activities?
14        A.    I didn't hear you.
15        Q.    During your work week if you
16   weren't at a facility what were you doing?
17        A.    I have an office here at the
18   Ruston office and I would be here.
19        Q.    What sorts of work did you
20   perform out of the office?
21        A.    I had reports, I had human
22   resource responsibilities, I had financial
23   meetings, I had meetings with other entities
24   that we were involved in business with,
25   future projects, just a hodgepodge of things.
```

```
 1   on whatever the chain of command at the
 2   facility said to do?  How did that work?
 3          A.     I was just providing oversight.
 4   I had direct disciplinary responsibilities
 5   with wardens.  Each warden managed their own
 6   facility and their own disciplinary process.
 7   I just had oversight looking at it to be sure
 8   people were being treated fairly and that we
 9   were following and being consistent with our
10   company policies and procedures in that
11   world.
12          Q.     So the only people that you
13   would directly discipline would be wardens;
14   is that correct?
15          A.     Wardens and possibly the
16   assistant wardens.
17          Q.     And then the financial meetings,
18   what did they include?
19          A.     Budgets.  Budgets for food
20   service, budgets for maintenance, budgets for
21   transportation.  We purchase vehicles.  We
22   have to have vehicles repaired.  That's a big
23   part of our operations.  So I would look into
24   those, make the determination if a vehicle
25   has two hundred fifty thousand miles, you
```

1  might want to replace it.  And I would make
2  those types of decisions.
3       Q.    So the budgeting, you were doing
4  budget for each facility?
5       A.    Each facility had budgets, yes,
6  just like any other business.
7       Q.    So when you would -- let's say
8  for Madison.  If you were putting together
9  the budget for Madison would you have the
10 wardens sitting in the room with you?  Who
11 all would help you with that budget?
12      MR. CALVIT:
13           Object to the form of the
14       question.
15      THE WITNESS:
16           The company has a financial
17       department and we have accounts and
18       they would generate reports that
19       would indicate where we were within
20       the budget, or where we were outside
21       the budget, sometimes over,
22       sometimes lower.  And I would review
23       those periodically to see where we
24       were at and where we needed to make
25       adjustments.