```
 1   Is there anybody else there?
 2         A.    No.
 3         Q.    Is there any reason, medication,
 4   sleep deprivation, illness, or any other
 5   hardship that would interfere with you
 6   understanding my questions and to provide
 7   complete and truthful answers today?
 8         A.    No.
 9         Q.    Where are you today?  It's a
10   nice-looking place.
11         A.    We're at the LaSalle corporate
12   office in Ruston, Louisiana.
13         Q.    And where is that located,
14   what's the address of that?
15         A.    195 Bastille Lane, Ruston,
16   Louisiana.
17         Q.    Okay, thank you.  And when you
18   say the LaSalle corporate office, is that
19   LaSalle Corrections, LaSalle Management?
20         MR. CALVIT:
21               Object to the form of the
22            question.
23         THE WITNESS:
24               It's the office for all of
25            LaSalle's operations combined.
```

