```
1           MS. CUMMING CONTINUES:
2           Q.    You say the company has
3    accountants.  Would that be LaSalle
4    Management?
5           A.    LaSalle Corrections.  LaSalle
6    Management, yes.
7           Q.    And the accountants, do they
8    work in the same building, in that Ruston
9    building?
10          A.    Yes.
11          Q.    And the information that they
12   base those budget reports on, is that all
13   kept in that Ruston building?
14          A.    We have business managers
15   located on each facility and they work in
16   conjunction with the accountants in the
17   corporate office.
18          Q.    Would the business managers be
19   at the facility itself?
20          A.    That's correct.
21          Q.    What were the business managers'
22   responsibilities related to financial stuff?
23          A.    One of their main functions was
24   they paid the bills.  Every entity that we
25   deal with, vendors, food service providers,
```

