```
 1            MS. CUMMING CONTINUES:
 2            Q.    You say the company has
 3   accountants.  Would that be LaSalle
 4   Management?
 5            A.    LaSalle Corrections.  LaSalle
 6   Management, yes.
 7            Q.    And the accountants, do they
 8   work in the same building, in that Ruston
 9   building?
10            A.    Yes.
11            Q.    And the information that they
12   base those budget reports on, is that all
13   kept in that Ruston building?
14            A.    We have business managers
15   located on each facility and they work in
16   conjunction with the accountants in the
17   corporate office.
18            Q.    Would the business managers be
19   at the facility itself?
20            A.    That's correct.
21            Q.    What were the business managers'
22   responsibilities related to financial stuff?
23            A.    One of their main functions was
24   they paid the bills.  Every entity that we
25   deal with, vendors, food service providers,
```



```
 1   all of those people obviously bill us for
 2   their services and those are all processed by
 3   the business manager for payment.
 4        Q.    So the business manager is
 5   paying the bills for the local facility.
 6   Does the business manager at the local
 7   facility also receive payments?
 8        MR. CALVIT:
 9             Object to the form of the
10          question.
11        THE WITNESS:
12             I don't know the answer to
13          that.  I never asked where payment
14          came, how it arrived.
15        MS. CUMMING CONTINUES:
16        Q.    But when the business manager is
17   paying the bill or taking care of that does
18   the business manager send records back to the
19   accountants at the Ruston office so the
20   Ruston office can keep track of what the
21   local facilities are doing?
22        MR. CALVIT:
23             Object to the form of the
24          question.
25        THE WITNESS:
```



```
 1                I don't know the mechanics of
 2           how that works, but I'm sure there
 3           was something in place.
 4        MS. CUMMING CONTINUES:
 5        Q.    The accountants who were at the
 6   Ruston office, they were the ones who were
 7   putting together the reports that you would
 8   look at to see, all right, Madison is over
 9   budget this month because we had a truck
10   break down or whatever?
11        MR. CALVIT:
12                Object to the form of the
13           question.  Go ahead.
14        THE WITNESS:
15                Yes, that's correct.
16        MS. CUMMING CONTINUES:
17        Q.    Say you got a report from the
18   accounting department, but for whatever
19   reason you wanted to look at the underlying
20   documents that they relied on in putting
21   together that report, could you walk down to
22   the accounting office and ask them to pull
23   that file for you?
24        A.    I don't know if I'm following
25   you.  If I had a question about something,
```



```
 1   yes, I could ask to see, did we get three
 2   bids before we purchased the new vehicle,
 3   yes, I could do that.  And that was in
 4   conjunction with the facility and the
 5   accounts together, I would talk to them.
 6         Q.    I'm just talking about the
 7   physical process.  That stuff that is either
 8   at the Ruston offices or it's something that
 9   the people in the Ruston offices could get
10   their hands on; is that right?
11         MR. CALVIT:
12               Object to the form of the
13         question.
14         THE WITNESS:
15               As I mentioned earlier, I don't
16         know the mechanics of how they
17         communicate that, but that's the
18         general, yes.
19         MS. CUMMING CONTINUES:
20         Q.    Let me ask a general question.
21   What is your understanding of how the
22   contracting between LaSalle and the local
23   sheriffs or the local law enforcement
24   district works?
25         MR. CALVIT:
```

AmersonWhite
COURT REPORTING & LITIGATION SUPPORT
866.870.7233   P.O. Box 1554 Hammond LA 70404   Fax 985.419.0799