1  yes, I could ask to see, did we get three
2  bids before we purchased the new vehicle,
3  yes, I could do that.  And that was in
4  conjunction with the facility and the
5  accounts together, I would talk to them.
6         Q.    I'm just talking about the
7  physical process.  That stuff that is either
8  at the Ruston offices or it's something that
9  the people in the Ruston offices could get
10 their hands on; is that right?
11        MR. CALVIT:
12              Object to the form of the
13        question.
14        THE WITNESS:
15              As I mentioned earlier, I don't
16        know the mechanics of how they
17        communicate that, but that's the
18        general, yes.
19        MS. CUMMING CONTINUES:
20        Q.    Let me ask a general question.
21 What is your understanding of how the
22 contracting between LaSalle and the local
23 sheriffs or the local law enforcement
24 district works?
25        MR. CALVIT: