```
 1      1975, I believe.
 2  Q.  And then, after that, did you have any further
 3      coursework or any other schooling?
 4  A.  Actually, I came straight here from there.
 5  Q.  Okay.  And so, when you came -- and when you
 6      say "here," that's to Tallulah?
 7  A.  Yes.
 8  Q.  Okay.  And when did you start working for the
 9      Madison Parish Sheriff's Office, what year?
10  A.  July 17, 1975.
11  Q.  Okay.  All right.  So, really straight out
12      of high school?
13  A.  Yeah.
14  Q.  All right.  How did you come from Carthage to
15      Tallulah into that role?
16  A.  My husband at the time managed a Fred's Dollar
17      Store here, and he -- they opened a new store
18      here in Tallulah.
19  Q.  Okay.  And so, you -- when you moved to
20      Tallulah, your first job with the Madison
21      Parish Sheriff's Office, what was that?
22  A.  Actually, the same thing that I do now.
23      I'm -- I handle all the financial records and
24      the civil records.
25  Q.  Okay.  All right.  And then --
```

1   A. I'm the manager of the office.
2   Q. I'm sorry.  Say again.
3   A. I'm the office manager.
4   Q. Got it.
5   A. But at that time, of course, I didn't manage
6      the office, but I was just an employee, but
7      actually, I still did the same -- had the same
8      responsibilities.
9   Q. Okay.  All right.  And can you run me through
10     what those responsibilities are currently?
11  A. I would make the deposits for the office,
12     write all the checks, receive the civil orders
13     from the court and executed those orders, and
14     did the payroll.  And, I guess, that's -- you
15     know, there's a lot to it, but that sums it up
16     pretty good.
17  Q. Okay.  Did you have any role in, like, record
18     maintenance, record preservation, procedures,
19     anything like that?
20  A. Somewhat, yes.
21  Q. What sorts of records?
22  A. Records as they related to this office, not
23     criminal records, but civil records, and
24     records of the office.
25  Q. So, that wouldn't include things like

AmersonWhite
COURT REPORTING & LITIGATION SUPPORT
866.870.7233   P.O. Box 1554 Hammond LA 70404   Fax 985.419.0799