```
 1        Is this different from the sponsor ledger that
 2        you were talking about?
 3   A.   Yes.  This -- what you're looking at right now
 4        is for the chart number.  The 0012215.  That's
 5        the account -- that's the line item in the
 6        general fund for funds that are due to the
 7        Madison Parish Correctional, LLC.
 8             Okay.  Then, I have another account that
 9        is set up for -- not another account, but
10        another line item that's another number for
11        the sponsor fee.
12   Q.   Okay.  What is the line item for the sponsor
13        fee?
14   A.   13345.32.
15   Q.   13345.32?
16   A.   Yes, ma'am.
17   Q.   All right. Okay.  So, let's -- I'm going to
18        ask you what's on that sponsor ledger, but
19        while we have this up, let's walk through
20        this.  All right.  So, this is the general
21        fund line item.  It's due to Madison
22        Correctional Center, LLC.  This is for 2021
23        time period.  So, Madison Correctional Center
24        -- or Madison Correctional, LLC, that is the
25        operator; is that correct?
```

```
 1    A. Yes.
 2    Q. All right.  What is the relationship -- so,
 3       the contract is with Madison -- or with -- is
 4       with LaSalle Management.  What is the
 5       relationship between Madison Correctional and
 6       LaSalle Management?
 7    A. It's my understanding that that's just what
 8       they refer -- LaSalle Management manages
 9       different facilities throughout the state, and
10       that's how they refer to this particular
11       facility.
12    Q. Okay.  So, you are making payments to an
13       entity that's called Madison Correctional,
14       LLC, but those payments satisfy the contract
15       that Madison Law Enforcement District had with
16       LaSalle Management Company, correct?
17    A. Yes.
18    Q. Okay.  So, can you -- can you walk me through
19       what each of these columns means?  Let's start
20       with JN number.  What's that mean?
21    A. It's a journal number.
22    Q. Okay.  And what does that tell you?
23    A. That's just when I make the deposit.  It just
24       creates a specific journal for that entry.
25    Q. Is that, like, a check number?
```

