

| John Bel Edwards | | JAMES M. Le BLANC |
|---|---|---|
| Governor | | Secretary |

# State of Louisiana
## Department of Public Safety and Corrections

January 6, 2021

~~Madison Parish~~ Sheriff
Sammie L. Byrd
100 N Cedar St. Courthouse Bldg RM3
Tallulah, LA 71282

Attention: Finance Dept

REF:   Credit Memo for month of Oct. 2020 supplemental # 1164

The Department of Corrections has reviewed your payment to your facility for the supplemental # 1164 month of Oct. 2020 housing in the amount of $4680.48, after review, it was determined that the payment should have been 3756.83, according to the invoice.

The Department shall take a credit from your next invoice submitted in the amount of (923.65) , which is the **35 days @ 26.39 ($923.65) that was overpaid** to your facility for the month of Oct. 2020 supplemental # 1164.

The Department is very sorry for any inconveniences this may have caused you and your staff.

Please feel free to contact me if you have any questions concerning this Credit Memo.

Dianne Rodriguez
Department of Corrections
Accounts Payables Department

Phone:  225-342-6562
Fax:     225-219-9354

## Dianne Rodriguez

**From:** Dianne Rodriguez
**Sent:** Wednesday, January 06, 2021 8:35 AM
**To:** Tisha Amy; 'brandi.floyd@lasallecorrections.com'
**Subject:** RE: DOC-1164 Payment, Check # 532444

Brandi after review, it looks like it was my error in payment. I paid 147 at 26.39 and 35 at 22.89, sorry for the incoveinence but I will have to do a credit for the days that were overpaid on the supplemental # 1164 in error.

Dianne Rodriguez
Department of Corrections
Accounts Payable
Ph: (225) 342-6562
Fax: (225) 219-9354
Email: Dianne.Rodriguez@La.gov

**From:** Tisha Amy
**Sent:** Tuesday, January 05, 2021 3:23 PM
**To:** Dianne Rodriguez <Dianne.Rodriguez@LA.GOV>
**Subject:** Fwd: DOC-1164 Payment, Check # 532444

Please see info needed below.

Thanks

Sent from my iPhone

Begin forwarded message:

> **From:** Brandi Floyd <brandi.floyd@lasallecorrections.com>
> **Date:** January 5, 2021 at 3:16:13 PM CST
> **To:** Tisha Amy <Tisha.Amy@la.gov>
> **Subject:** DOC-1164 Payment, Check # 532444
>
> **EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.
>
> Good afternoon Tisha,
>
> Is there any way that you could send me some sort of backup for the overpayment that was sent on check # 532444 for DOC-1164? The payment had the attached letter with it, but I was curious if you could give me a breakdown so that we could fix our end as well to reflect what you guys are showing.
>
> Thanks so much!
>
> **Brandi Floyd**
> **Accountant II**
> LaSalle Management Co., LLC
> 192 Bastille Lane, Suite 200

1