```
 1   from.
 2       A.    No, I do not.
 3       Q.    And then this is going to be
 4   Exhibit 6.  It's eight pages.  It starts off
 5   with a letter from DOC to Byrd.  There's some
 6   back and forth.  My main question is it looks
 7   like there's e-mail correspondence between
 8   the state and Brandi Floyd.  Do you know who
 9   Brandi Floyd is?
10       A.    I do.
11       Q.    Who is she?
12       A.    At that time Brandi was one of
13   the accountants in the Ruston office.  I
14   don't even know if Brandi still works here or
15   not.
16       Q.    In early 2021 she was working in
17   the Ruston office, LaSalle's offices,
18   correct?
19       A.    That's correct.
20       Q.    You referenced the guideline
21   audits previously and I just want to confirm.
22   What was your understanding of the purpose
23   of -- well, let me ask you this.  Was Madison
24   subject to audits under the basic jail
25   guidelines by people acting for DOC?
```

