

(https://www.sos.la.gov/Pages/default.aspx)

**Search for Louisiana Business Filings**

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

| Name | Type | City | Status |
|---|---|---|---|
| LASALLE MANAGEMENT COMPANY, L.L.C. | Limited Liability Company | RUSTON | Active |

**Previous Names**
**Business:** LASALLE MANAGEMENT COMPANY, L.L.C.
**Charter Number:** 34730937K
**Registration Date:** 1/19/1999

**Domicile Address**
　　192 BASTILLE, SUITE 200
　　RUSTON, LA 71270

**Mailing Address**
　　192 BASTILLE, SUITE 200
　　RUSTON, LA 71270

**Status**
**Status:** Active
**Annual Report Status:** In Good Standing
**File Date:** 1/19/1999
**Last Report Filed:** 12/21/2020
**Type:** Limited Liability Company

**Registered Agent(s)**

| Agent: | WILLIAM K. MCCONNELL |
|---|---|
| Address 1: | 192 BASTILLE, SUITE 200 |
| City, State, Zip: | RUSTON, LA 71270 |
| Appointment Date: | 1/20/2004 |

**Officer(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　**Additional Officers: No**

| Officer: | WMC ENTERPRISES, L.L.C. |
|---|---|
| Title: | Member |
| Address 1: | 192 BASTILLE LANE |
| Address 2: | STE 200 |
| City, State, Zip: | RUSTON, LA 71270 |
| Officer: | PH TEMPLE FAMILY INTERESTS, L.P. |
| Title: | Member |
| Address 1: | 192 BASTILLE LANE |
| Address 2: | STE 200 |
| City, State, Zip: | RUSTON, LA 71270 |

GET HELP

**Amendments on File (1)**

| Description | Date |
|---|---|
| Appointing, Change, or Resign of Officer | 3/4/2019 |

Back to Search Results | New Search | View Shopping Cart

© 2021 Louisiana Department of State

GET HELP

| | |
|---|---|
| **State of Louisiana Secretary of State** | **COMMERCIAL DIVISION** <br> **225.925.4704** <br><br> Fax Numbers <br> 225.932.5317 (Admin. Services) <br> 225.932.5314 (Corporations) <br> 225.932.5318 (UCC) |



| Name | Type | City | Status |
|---|---|---|---|
| LASALLE CORRECTIONS WEST LLC | Limited Liability Company (Non-Louisiana) | DRIPPING SPRINGS | Active |

**Previous Names**

| | |
|---|---|
| **Business:** | LASALLE CORRECTIONS WEST LLC |
| **Charter Number:** | 43610823Q |
| **Registration Date:** | 9/19/2019 |

**Domicile Address**
> 26228 RANCH ROAD 12
> DRIPPING SPRINGS, TX 786204903

**Mailing Address**
> 192 BASTILLE LN STE 200
> RUSTON, LA 71270

**Principal Business Office**
> 192 BASTILLE LN STE 200
> RUSTON, LA 71270

**Registered Office in Louisiana**
> 192 BASTILLE LN STE 200
> RUSTON, LA 71270

**Principal Business Establishment in Louisiana**
> 192 BASTILLE LA STE 200
> RUSTON, LA 71270

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **Qualified:** | 9/19/2019 |
| **Last Report Filed:** | 9/12/2023 |
| **Type:** | Limited Liability Company (Non-Louisiana) |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | PATRICK M TEMPLE |
| **Address 1:** | 192 BASTILLE LN STE 200 |
| **City, State, Zip:** | RUSTON, LA 71270 |
| **Appointment Date:** | 9/19/2019 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| **Officer:** | MCCONNELL SOUTHWEST CORRECTIONS, LLC |
| **Title:** | Member |
| **Address 1:** | 192 BASTILLE LANE |
| **Address 2:** | SUITE 200 |
| **City, State, Zip:** | RUSTON, LA 71270 |

| | |
|---|---|
| **Officer:** | TEMPLE SOUTHWEST CORRECTIONS, LLC |
| **Title:** | Member |
| **Address 1:** | 182 BASTILLE LANE |
| **City, State, Zip:** | RUSTON, LA 71270 |

## Amendments on File

**No Amendments on file**

Print

|  | State of Louisiana Secretary of State | COMMERCIAL DIVISION 225.925.4704 |
|---|---|---|
|  | | Fax Numbers<br>225.932.5317 (Admin. Services)<br>225.932.5314 (Corporations)<br>225.932.5318 (UCC) |

| Name | Type | City | Status |
|---|---|---|---|
| LASALLE CORRECTIONS VI LLC | Limited Liability Company (Non-Louisiana) | DRIPPING SPRINGS | Active |

**Previous Names**

| | |
|---|---|
| **Business:** | LASALLE CORRECTIONS VI LLC |
| **Charter Number:** | 43610901Q |
| **Registration Date:** | 9/19/2019 |

**Domicile Address**
    26228 RANCH RD 12
    DRIPPING SPRINGS, TX 786204903

**Mailing Address**
    192 BASTILLE LN STE 200
    RUSTON, LA 71270

**Principal Business Office**
    192 BASTILLE LN STE 200
    RUSTON, LA 71270

**Registered Office in Louisiana**
    192 BASTILLE LN STE 200
    RUSTON, LA 71270

**Principal Business Establishment in Louisiana**
    192 BASTILLE LN STE 200
    RUSTON, LA 71270

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **Qualified:** | 9/19/2019 |
| **Last Report Filed:** | 9/12/2023 |
| **Type:** | Limited Liability Company (Non-Louisiana) |

## Registered Agent(s)

| Agent: | PATRICK M TEMPLE |
|---|---|
| Address 1: | 192 BASTILLE LN STE 200 |
| City, State, Zip: | RUSTON, LA 71270 |
| Appointment Date: | 9/19/2019 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| **Officer:** | MCCONNELL SOUTHWEST CORRECTIONS, LLC |
| **Title:** | Member |
| **Address 1:** | 192 BASTILLE LANE |
| **Address 2:** | SUITE 200 |
| **City, State, Zip:** | RUSTON, LA 71270 |

| | |
|---|---|
| **Officer:** | TEMPLE SOUTHWEST CORRECTIONS, LLC |
| **Title:** | Member |
| **Address 1:** | 182 BASTILLE LANE |
| **City, State, Zip:** | RUSTON, LA 71270 |

## Amendments on File

**No Amendments on file**

Print

**State of Louisiana Secretary of State**



**COMMERCIAL DIVISION**
**225.925.4704**

**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| LASALLE CORRECTIONS V LLC | Limited Liability Company (Non-Louisiana) | DRIPPING SPRINGS | Active |

**Previous Names**

| | |
|---|---|
| **Business:** | LASALLE CORRECTIONS V LLC |
| **Charter Number:** | 43595450Q |
| **Registration Date:** | 9/6/2019 |

**Domicile Address**
26228 RANCH RD 12
DRIPPING SPRINGS, TX 78620

**Mailing Address**
192 BASTILLE LN, STE 200
RUSTON, LA 71270

**Principal Business Office**
192 BASTILLE LN, STE 200
RUSTON, LA 71270

**Registered Office in Louisiana**
192 BASTILLE LN, STE 200
RUSTON, LA 71270

**Principal Business Establishment in Louisiana**
192 BASTILLE LN
RUSTON, LA 71270

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **Qualified:** | 9/6/2019 |
| **Last Report Filed:** | 9/12/2023 |
| **Type:** | Limited Liability Company (Non-Louisiana) |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | PATRICK M TEMPLE |
| **Address 1:** | 192 BASTILLE LN, STE 200 |
| **City, State, Zip:** | RUSTON, LA 71270 |
| **Appointment Date:** | 9/6/2019 |

## Officer(s)

Additional Officers: No

| | |
|---|---|
| **Officer:** | MCCONNELL SOUTHWEST CORRECTIONS, LLC |
| **Title:** | Member |
| **Address 1:** | 192 BASTILLE LANE |
| **Address 2:** | SUITE 200 |
| **City, State, Zip:** | RUSTON, LA 71270 |

| | |
|---|---|
| **Officer:** | TEMPLE SOUTHWEST CORRECTIONS, LLC |
| **Title:** | Member |
| **Address 1:** | 182 BASTILLE LANE |
| **City, State, Zip:** | RUSTON, LA 71270 |

## Amendments on File
**No Amendments on file**

Print

| | |
|---|---|
| State of Louisiana Secretary of State  | **COMMERCIAL DIVISION** **225.925.4704** Fax Numbers 225.932.5317 (Admin. Services) 225.932.5314 (Corporations) 225.932.5318 (UCC) |

| Name | Type | City | Status |
|---|---|---|---|
| WMC ENTERPRISES, L.L.C. | Limited Liability Company | RUSTON | Active |

**Previous Names**

    MCCONNELL CORRECTIONAL CENTER, L.L.C. (Changed: 2/6/2006)

| | |
|---|---|
| **Business:** | WMC ENTERPRISES, L.L.C. |
| **Charter Number:** | 34906472K |
| **Registration Date:** | 3/13/2000 |

**Domicile Address**

    192 BASTILLE LANE

    STE. 200

    RUSTON, LA 71270

**Mailing Address**

    C/O WILLIAM K. MCCONNELL

    192 BASTILLE LANE STE 200

    RUSTON, LA 712703008

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **File Date:** | 3/13/2000 |
| **Last Report Filed:** | 4/16/2024 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | WILLIAM K. MCCONNELL |
| **Address 1:** | 192 BASTILLE LANE |
| **Address 2:** | STE. 200 |
| **City, State, Zip:** | RUSTON, LA 71270 |
| **Appointment Date:** | 3/6/2003 |

## Officer(s)                                                                                                       Additional Officers: No

| | |
|---|---|
| **Officer:** | WILLIAM K. MCCONNELL |
| **Title:** | Manager |
| **Address 1:** | 192 BASTILLE LANE |
| **Address 2:** | STE. 200 |
| **City, State, Zip:** | RUSTON, LA 71270 |

| | |
|---|---|
| **Officer:** | MCCONNELL SOUTHEAST HOLDINGS LLC |
| **Title:** | Member |
| **Address 1:** | 192 BASTILLE LN |
| **City, State, Zip:** | RUSTON, LA 71270 |

## Amendments on File (2)

| Description | Date |
|---|---|
| Name Change | 2/6/2006 |
| Appointing, Change, or Resign of Officer | 3/4/2019 |

Print

| | | |
|---|---|---|
| **State of Louisiana Secretary of State** |  | **COMMERCIAL DIVISION** 225.925.4704 |
| | | Fax Numbers 225.932.5317 (Admin. Services) 225.932.5314 (Corporations) 225.932.5318 (UCC) |

| Name | Type | City | Status |
|---|---|---|---|
| KPL ENTERPRISES, INC. | Business Corporation | MORGAN CITY | Active |

**Previous Names**

KPL WOODWORKS, INC. (Changed: 7/9/2007)

| | |
|---|---|
| **Business:** | KPL ENTERPRISES, INC. |
| **Charter Number:** | 34893726D |
| **Registration Date:** | 2/18/2000 |

**Domicile Address**

1010 KAREN COURT

MORGAN CITY, LA 70380

**Mailing Address**

C/O KERMIT P. LOUPE

1010 KAREN COURT

MORGAN CITY, LA 70380

**Principal Office Address**

1010 KAREN COURT

MORGAN CITY, LA 70380

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **File Date:** | 2/18/2000 |
| **Last Report Filed:** | 2/2/2024 |
| **Type:** | Business Corporation |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | KERMIT P. LOUPE |
| **Address 1:** | 1010 KAREN COURT |
| **City, State, Zip:** | MORGAN CITY, LA 70380 |
| **Appointment Date:** | 2/18/2000 |

## Officer(s)

Additional Officers: No

| | |
|---|---|
| **Officer:** | KERMIT P. LOUPE |
| **Title:** | President |
| **Address 1:** | 1010 KAREN COURT |
| **City, State, Zip:** | MORGAN CITY, LA 70380 |

## Amendments on File (1)

| Description | Date |
|---|---|
| Name Change | 7/9/2007 |

Print

| State of Louisiana Secretary of State | COMMERCIAL DIVISION 225.925.4704 |
|---|---|
|  | Fax Numbers 225.932.5317 (Admin. Services) 225.932.5314 (Corporations) 225.932.5318 (UCC) |

| Name | Type | City | Status |
|---|---|---|---|
| TEMPLE SOUTHEAST CORRECTIONS, LLC | Limited Liability Company | RUSTON | Active |

**Previous Names**

| | |
|---|---|
| Business: | TEMPLE SOUTHEAST CORRECTIONS, LLC |
| Charter Number: | 43768366K |
| Registration Date: | 2/5/2020 |

**Domicile Address**
182 BASTILLE LANE
RUSTON, LA 71270

**Mailing Address**
182 BASTILLE LANE
RUSTON, LA 71270

## Status

| | |
|---|---|
| Status: | Active |
| Annual Report Status: | In Good Standing |
| File Date: | 2/5/2020 |
| Last Report Filed: | 1/15/2024 |
| Type: | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| Agent: | PATRICK M. TEMPLE |
| Address 1: | 182 BASTILLE LANE |
| City, State, Zip: | RUSTON, LA 71270 |
| Appointment Date: | 2/5/2020 |

## Officer(s)                                                                    Additional Officers: No

| | |
|---|---|
| Officer: | PATRICK M. TEMPLE |
| Title: | Manager |
| Address 1: | 182 BASTILLE LANE |
| City, State, Zip: | RUSTON, LA 71270 |

## Amendments on File

**No Amendments on file**

Print

| | | |
|---|---|---|
| **State of Louisiana Secretary of State** | | **COMMERCIAL DIVISION** 225.925.4704 |
|  | | Fax Numbers 225.932.5317 (Admin. Services) 225.932.5314 (Corporations) 225.932.5318 (UCC) |

| Name | Type | City | Status |
|---|---|---|---|
| MCCONNELL SOUTHEAST CORRECTIONS, LLC | Limited Liability Company | RUSTON | Active |

**Previous Names**

| | |
|---|---|
| **Business:** | MCCONNELL SOUTHEAST CORRECTIONS, LLC |
| **Charter Number:** | 43850463K |
| **Registration Date:** | 4/9/2020 |

**Domicile Address**

192 BASTILLE LANE, SUITE 200

RUSTON, LA 71270

**Mailing Address**

192 BASTILLE LANE, SUITE 200

RUSTON, LA 71270

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **File Date:** | 4/9/2020 |
| **Last Report Filed:** | 4/16/2024 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | WILLIAM K. MCCONNELL |
| **Address 1:** | 192 BASTILLE LANE, SUITE 200 |
| **City, State, Zip:** | RUSTON, LA 71270 |
| **Appointment Date:** | 4/9/2020 |

## Officer(s)

Additional Officers: No

| | |
|---|---|
| **Officer:** | WILLIAM K. MCCONNELL |
| **Title:** | Manager |
| **Address 1:** | 192 BASTILLE LANE, SUITE 200 |
| **City, State, Zip:** | RUSTON, LA 71270 |

## Mergers (2)

| Filed Date | Effective Date: | Type | Charter# | Chater Name | Role |
|---|---|---|---|---|---|

| 7/9/2020 | 7/9/2020 | MERGE | 43850463K | **MCCONNELL SOUTHEAST CORRECTIONS, LLC** | **SURVIVOR** |
|---|---|---|---|---|---|
|  |  |  | 43128022K | WKM FAMILY LLC | NON-SURVIVOR |
| 7/9/2020 | 7/9/2020 | MERGE | 43850463K | **MCCONNELL SOUTHEAST CORRECTIONS, LLC** | **SURVIVOR** |
|  |  |  | 42006960K | WMW INVESTMENT GROUP, LLC | NON-SURVIVOR |

## Amendments on File (2)

| Description | Date |
|---|---|
| Merger | 7/9/2020 |
| Merger | 7/9/2020 |

Print



| State of Louisiana Secretary of State | **COMMERCIAL DIVISION** |
|---|---|
| | **225.925.4704** |
| | **Fax Numbers** |
| | 225.932.5317 (Admin. Services) |
| | 225.932.5314 (Corporations) |
| | 225.932.5318 (UCC) |

| Name | Type | City | Status |
|---|---|---|---|
| MADISON CORRECTIONAL CENTERS, LLC | Limited Liability Company | RUSTON | Active |

**Previous Names**

| | |
|---|---|
| **Business:** | MADISON CORRECTIONAL CENTERS, LLC |
| **Charter Number:** | 41360032K |
| **Registration Date:** | 12/6/2013 |

**Domicile Address**

192 BASTILLE LN, STE 200
RUSTON, LA 71270

**Mailing Address**

C/O WILLIAM MCCONNELL
192 BASTILLE LN, STE 200
RUSTON, LA 71270

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | In Good Standing |
| **File Date:** | 12/6/2013 |
| **Last Report Filed:** | 12/11/2023 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | WILLIAM MCCONNELL |
| **Address 1:** | 192 BASTILLE LN, STE 200 |
| **City, State, Zip:** | RUSTON, LA 71270 |
| **Appointment Date:** | 12/6/2013 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| **Officer:** | MCCONNELL SOUTHEAST CORRECTIONS, LLC |
| **Title:** | Member |
| **Address 1:** | 192 BASTILLE LANE |
| **Address 2:** | SUITE 200 |
| **City, State, Zip:** | RUSTON, LA 71270 |

| | |
|---|---|
| **Officer:** | TEMPLE SOUTHEAST CORRECTIONS, LLC |
| **Title:** | Member |
| **Address 1:** | 182 BASTILLE LANE |

**City, State, Zip:** RUSTON, LA 71270

## Amendments on File
**No Amendments on file**

Print



(https://www.sos.la.gov/Pages/default.aspx)

**Search for Louisiana Business Filings**

Buy Certificates and Certified Copies    Subscribe to Electronic Notification    Print Detailed Record

| Name | Type | City | Status |
|---|---|---|---|
| LASALLE CORRECTIONS, LLC | Limited Liability Company | RUSTON | Active |

GET HELP

**Previous Names**
**Business:** LASALLE CORRECTIONS, LLC
**Charter Number:** 40510840K
**Registration Date:** 5/16/2011

**Domicile Address**
192 BASTILLE LANE
SUITE 200
RUSTON, LA 71270

**Mailing Address**
192 BASTILLE LANE
SUITE 200
RUSTON, LA 71270

**Status**
**Status:** Active
**Annual Report Status:** In Good Standing
**File Date:** 5/16/2011
**Last Report Filed:** 4/16/2021
**Type:** Limited Liability Company

**Registered Agent(s)**

| Agent: | WILLIAM K. MCCONNELL |
|---|---|
| Address 1: | 192 BASTILLE LANE |
| Address 2: | SUITE 200 |
| City, State, Zip: | RUSTON, LA 71270 |
| Appointment Date: | 5/16/2011 |

**Officer(s)**      Additional Officers: No

| | |
|---|---|
| Officer: | WMC ENTERPRISES, LLC |
| Title: | Member |
| Address 1: | 192 BASTILLE LANE |
| Address 2: | SUITE 200 |
| City, State, Zip: | RUSTON, LA 71270 |
| Officer: | KPL, LLC |
| Title: | Member |
| Address 1: | 192 BASTILLE LANE |
| Address 2: | SUITE 200 |
| City, State, Zip: | RUSTON, LA 71270 |

**Amendments on File**

**No Amendments on file**

[ Back to Search Results ] [ New Search ] [ View Shopping Cart ]

GET HELP

© 2021 Louisiana Department of State