# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES MURRAY, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-592-JWD-RLB** |
| **JAMES LEBLANC, ET AL.** | |

## ORDER

A settlement conference was held on June 12, 2024 between the plaintiffs and defendant Sheriff Byrd and the "LaSalle defendants", which includes LaSalle Management LLC; Arthur Anderson; Chris Stinson; Tommy Farmer; Steven Chase and his substitutes Latonya Chase and Tameika Chase; Cantrell Guice; John Murray; Wendell Hughes; Edward McDowell; Jonathan Knox; Jonta Shepherd; Esco Tillman; Robert Thornton; and Old Republic Union Insurance Company – in their individual and official capacities. After a period of negotiations, the claims between these parties were resolved. **The district judge will enter a 60-day dismissal order in this matter as to these parties only. This order applies to plaintiffs claims against Sheriff Byrd and the LaSalle defendants only.**

Signed in Baton Rouge, Louisiana, on June 13, 2024.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

C; cv33a; T: 05:10