**Document Checklist**
*Page 1 of 1*



LA SALLE
C O R R E C T I O N S

| Facility | Incident Date/Time | Type of Force Used | Incident Report Number |
|---|---|---|---|
| MPM | 11-23-20/4:00pm | ☐ Major  ☐ Deadly  ☑ None | CI201123-MPM55 |

**INSTRUCTIONS TO WARDEN/JAIL ADMINISTRATOR:**
- Review Incident Report and ensure all required documentation is included, completed correctly and submitted by the appropriate person(s).
- If any documentation is lacking in any way, take measures to have the responsible person(s) correct it;
- Ensure each original form has the Incident Number on it.
- Check the appropriate box and attach the following documents in the order listed below.

## INCIDENT REPORTING

| Yes | No | Form No. | Description | If NO, Why? If not applicable, N/A |
|---|---|---|---|---|
| ✔ |  | 2.15-1 | Initial Incident Review |  |
| ✔ |  | 2.15-2 | Supervisor Summary |  |
| ✔ |  | 2.15-3 | Witness Statements, Employee(s) |  |
| ✔ |  |  | Witness Statement, Inmate(s) |  |
|  | ✔ | 2.15-4 | Continuation Page(s) | N/A |
|  | ✔ | 2.15-5 | Injury Report, Employee(s) | N/A |
| ✔ |  |  | Injury Report, Inmate(s) |  |
|  | ✔ | 2.15-6 | Chemical Agent/Firearm Use | N/A |
|  | ✔ | 2.15-7 | UOF Employee Participant | N/A |
|  | ✔ | 2.15-8 | UOF Inmate Participant | N/A |
|  | ✔ | 2.15-9 | UOF Group Refusal | N/A |
|  | ✔ | 2.15-10 | UOF 4 Point Restraints Placement Record | N/A |
|  | ✔ | 2.15-11 | Respondent Interview Record | N/A |
| ✔ |  | 2.15-12 | Facility and Executive Review |  |
| ✔ |  | 2.15-13 | Document Checklist signed by Warden/Jail Admin. |  |
| ✔ |  | 2.15-14A | Critical Incident Log |  |
|  | ✔ | 2.15-14B | Critical Incident-PREA Log | N/A |
|  | ✔ | 2.15-15 | PREA Investigational Summary | N/A |
|  | ✔ |  | Other Support Documentaion (Employee/Inmate Disciplinary Records, etc) |  |
|  | ✔ |  | Videotape (Retained at Unit Level with Original CI Packet) | *Camera's not working* |

### ACKNOWLEDGEMENT
**To the best of my knowledge, the information submitted is complete and accurate.**

| Warden/Jail Administrator (Printed Name) | Signature | Date |
|---|---|---|
| A/W Chris Stinson | *(signature)* | 12/3/2020 |

**Send Completed Packet (minus photos and videos) to:**

Critical Incident Reporting Office – cirdsprings@lasallecorrections.com

Form 2.15-13 (06-2020)

## Facility and Executive Review
*Page 1 of 1*



SECTION 1  Facility Review Report (To be completed by Facility Warden/Jail Administrator or Designee)

TO:    Director of Operations *(Please Print Name)* ➤   James McCormick | CI201123-MPM55FN

FROM:  Facility Warden/Jail Admin or Designee *(Please Print Name)* ➤ Arthur Anderson

A review was conducted on the matter of pretrial offender James Murray being physically attacked by being beat across his back with a belt. The offender was escorted out of the dorm by security staff for questioning and he reused to give a name . mentioned offender was in fact given medical attention and afterwards placed in a Lockdown cell. The review was conducted in which it includes a review of all documentations as well as photo documentations. The warden on duty was notified. End of report.

| *Attach continuation page(s) if needed, using form 2.15-4, Continuation Sheet* | | **Continuation Pages Used, No.** |
|---|---|---|
| **Prepared By** | **Signature** | **Date** |
| Steven Chase | | 12-02-2020 |

Send completed Facility Review Report and Incident Packet to
Your Director of Operations and Critical Incident Reporting Office at cirdspring@lasallecorrections.com

SECTION 2  Executive Review (To be completed by Director of Operations or Designee)

| *Attach continuation page(s) if needed, using form 2.15-4 Continuation Sheet.* | | **Continuation Pages Used, No.** |
|---|---|---|
| **Printed Name** | **Signature** | **Date** |
| | | |

# Initial Incident Report
*Page 1 of 1*

**LASALLE**
C O R R E C T I O N S

| Nature of Incident | | |
|---|---|---|
| **Critical Incident Reported** | **Reported by: (Name/Title)** | **Facility** |
| Date: 11-23-20  Time: 4:00pm | Marcus Meadows/ Lieutenant | MPM |

Nature of Incident- Use the Incident Number and Name from Chart 1 of Policy LSC 2.15 **Note**: If Incident involves UOF, list both Incident Numbers (ex- 2.2 Use of Force, 2-8 Physical Inmate Confrontations)

~~2-8 Physical Inmate Confrontations Serious~~ 🖉

1-11 Assault on An Inmate

Short Synopsis of What Occurred *(List officers and inmates involved, date, time and what occurred)*

On November 23, 2020 at approximately 4:00 p.m., Nurse Ken Hasley along with C/O Robert Thornton was conducting temp check and pill call in SCC Building 4 J Dorm. Offender James Murray ran out of J Dorm saying to c/o Robert Thornton he can't live in the dorm. C/o Robert Thornton notified I, Lt. Marcus Meadows that Offender Murray wanted to check out. Offender Murray stated that he had been hit with a belt. Nurse Hasley examined Offender Murray and stated that he had sustained bruises on right calf. Nurse Hasley also stated Offender Murray had red whelp marks over the body from a belt. Nurse Hasley said Offender Murray didn't need off-site medical treatment. Offender Murray was placed in Administrative Segregation on pending investigation. Captain Wendell Hughes was notified of the incident.

Injuries *(List any injuries or state "none")*
Bruises and red whelps over body

| Priority Level | Person who Determined Incident Level | CI Report Number Format [YearMonthDate (hyphen) Unit three letter character abbreviation, sequential number for month] (last 2 sequential digits begin at 01 each month) | |
|---|---|---|---|
| 1<br>✓ 2<br>3 | Lieutenant Marcus Meadows | | **CI**201123-MPM55 IN<br><br>*CI YYMMDD - XXX00* |

## Telephone Notifications Made by Supervisor or Designee

**Name of Individual making notifications listed below:**

| Notification | Name of Person Notified | Time | Date | Notified By |
|---|---|---|---|---|
| Warden./Jail Admin. | Arthur Anderson | 5:27pm | 11-23-20 | Lt. Marcus Meadows |
| Assistant Warden | Chris Stenson | 5:27pm | 11-23-20 | Lt. Marcus Meadows |
| Chief of Security | Steven Chase | 5:27pm | 11-23-20 | Lt. Marcus Meadows |
| Local Law Enforcement | | | | |
| **Jurisdictional Notifications** *(List all jurisdictions of inmates involved)* | | **Time** | **Date** | **Notified By** |
| | | | | |
| | | | | |
| | | | | |
| **List Jurisdictions Requesting Report** | | **Time** | **Date** | **Sent By** |
| | | | | |

| Initial Verbal Notification to the Director of Operations | | | |
|---|---|---|---|
| Name of Person Notified | **Time** | **Date** | **Notified By** |
| James McCormick | 5:31pm | 11-23-20 | Warden Arthur Anderson |

| Initial Person Reporting | | | |
|---|---|---|---|
| Signature of Reporting Person | **Title** | **Date** | **Facility** |
| *Lt. Marcus Meadows* [signature] | Lt. | 11-23-20 | MPM |

# Supervisor Summary of Incident
*Page 1 of 3*

**LASALLE**
CORRECTIONS

| Facility | Incident Date/Time | Type of Force Used | Incident Report Number |
|---|---|---|---|
| MPM | 11-23-20/4:00pm | ☐ Major ☐ Deadly ☑ None | CI201123-MPM55 |

**The Supervisor will complete the following,** using as much detail as possible (e.g. List all actions you took as a supervisor and all you witnessed during the Incident). This is a detailed report of the Incident and not a short Synopsis as reported in the Initial Report (2.15-1). If you need additional pages to complete your statement, use form 2.15-4 Continuation Page.

| STATEMENT | | |
|---|---|---|
| **Print Your Name**<br>Marcus Meadows | **Date of Report**<br>11-23-20 | **Time of Report**<br>6:00pm |
| **Rank/Title**<br>Lieutenant | **Location Where Incident Occurred**<br>SCC Building 4 J Dorm | |

On November 23, 2020 at approximately 4:00 p.m., Nurse Ken Hasley along with C/O Robert Thornton was conducting temp check and pill call in SCC Building 4 J Dorm. Offender James Murray ran out of J Dorm saying to c/o Robert Thornton he can't live in the dorm. C/o Robert Thornton notified I, Lt. Marcus Meadows that Offender Murray wanted to check out. Offender Murray stated that he had been hit with a belt. Nurse Hasley examined Offender Murray and stated that he had sustained bruises on right calf. Nurse Hasley also stated Offfender Murray had red whelp marks over the body from a belt. Nurse Hasley said Offender Murray didn't need off-site medical treatment. Offender Murray was placed in Administrative Segregation on pending investigation. Captain Wendell Hughes was notified of the incident. End of report

---

*Attach continuation page(s) if needed, using form 2.15-4 Continuation Sheet.* ☐ **Number Continuation Pages Used**

Form 2.15-2 (06/2020)

# Supervisor Summary of Incident
*Page 2 of 3*

**LASALLE**
C O R R E C T I O N S

Incident Report Number __CI201123-MPM55__

If force was used, does information in this report indicate excessive or unnecessary force was used against an offender under 18 years of age?

| ✔ | No | | Yes (If Yes, Provide required notification information below) |

| Contact Agency | Print Name of Person Contacted | Person Making Contact | Date/Time Contact Made |
|---|---|---|---|
| Law Enforcement Agency | N/A | N/A | N/A |
| Department of Family and Protective Services | N/A | N/A | N/A |

NOTE: When a UOF is involved, all Employees and Inmate Participants must be examined.
Were all employee(s) and inmate(s) immediately examined by Medical Staff if required? (Attach form 2.15-5 for each person examined.)

| | Yes | ✔ | No | If no, why Not? N/A |

| If Medical Staff was not on site who contacted the "on call" Medical Staff | Name/Title of Medical Staff Member contacted *(Please Print)* | Date/Time Contacted |
|---|---|---|
| | | |

Employee Participants/Witnesses *(Please Print) Complete form 2.15-7 or 2.15-3 for each Employees Listed*

| Last Name | First Name | MI | Rank |
|---|---|---|---|
| Thornton | Robert | | C/O |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form 2.15-2 (06/2020)

# Supervisor Summary of Incident
*Page 3 of 3*

**LASALLE**
C O R R E C T I O N S

Incident Report Number ___CI201123-MPM55___

**Inmate Participants/Witnesses** *(Please Print) Complete form 2.15-8 or 2.15-3 for each Inmate Listed*

| Last Name | First Name | MI | Custody | Number |
|-----------|-----------|-----|---------|--------|
| Murray | James | | Pre-trial | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Will Any inmate be charged with a disciplinary offense    ☑ Yes    ☐ No

Was Incident Video Taped?    ☐ Yes    ☑ No    |    If YES, Name/Rank of Video Tape Operator

If NO, why not?
Imminent

*Attach continuation page(s) if needed, using form 2.15-4 Continuation Page*    ☐ Number Continuation Pages Used

### ACKNOWLEDGEMENT
To the best of my knowledge, the information submitted is complete and accurate.

Signature _____    |    Date    11-23-20

Form 2.15-2 (06/2020)

# WITNESS DOCUMENTATION
*Page 1 of 2*

**LASALLE**
C O R R E C T I O N S

| Facility | Date | Time | Incident Report Number |
|---|---|---|---|
| MPM | 11-23-2020 | 4:00pm | CI201123-MPM55 |

The Employee or/ Inmate will complete the following, using as much detail as possible, list all actions you took and all actions you witnessed during the Incident. This is a detailed report of the Incident and not a short Synopsis. If additional pages are needed to complete your statement, use form 2.15-4 Continuation Page.

## WITNESS STATEMENT

| Print Name | Date of Report | Time or Report |
|---|---|---|
| Robert Thornton | 11-24-2020 | 11:00am |

| Rank/Title *OR* Inmate Number Custody *(Do Not Use Social Security Numbers)* | Location Where Incident Occurred |
|---|---|
| C/O | SCC Building-4 J-Dorm |

ON the Above Date and Approximate Time, I C/O R Thornton was In Scc Building 4 J-Hall doing pill call with Nurse Ken Hasley. When one offender James Murry can runing from the back of J-dorm, saying Let me out. I and Nurse Ken seen Blood comeing from offender Jame month. That when the Nurse Ken got a Trash-can, In told offender Jame to sit down right here and J-Hall. that when LT Meadows arrived on the Scene. In asked me, what was going on with offender James that when LT Meadows and Nurse Ken ask offender James Whats Wrong with you. offender Ken say that he was'nt going back In J-dorm. end of Report

Form 2.15-3 (06-2020

**WITNESS DOCUMENTATION**
*Page 2 of 2*

**LASALLE**
CORRECTIONS

Incident Report Number ___CI201123-MPM55___

*Attach continuation page(s) if needed, using form 2.15-4 Continuation Page*  ☐ Number Continuation Pages Used

## ACKNOWLEDGEMENT
To the best of my knowledge, the information submitted is complete and accurate.

| Signature | Date |
|-----------|------|
| C/O R. Thornton | 11-24-2020 |

Form 2.15-3 (06-2020)

# WITNESS DOCUMENTATION
*Page 1 of 2*

**LASALLE**
CORRECTIONS

| Facility | Date | Time | Incident Report Number |
|---|---|---|---|
| MPM | 11-23-20 | 4:00pm | CI201123-MPM5 |

The Employee or/ Inmate will complete the following, using as much detail as possible, list all actions you took and all actions you witnessed during the Incident. This is a detailed report of the Incident and not a short Synopsis. If additional pages are needed to complete your statement, use form 2.15-4 Continuation Page.

| WITNESS STATEMENT | | | |
|---|---|---|---|
| Print Name | | Date of Report | Time or Report |
| James Murray | | 11-23-20 | 5:00pm |
| Rank/Title *OR* Inmate Number Custody *(Do Not Use Social Security Numbers)* | | Location Where Incident Occurred | |
| Pre-trial | | SCC Building-4 J-Dorm | |

On Friday they C/O passed out mail and gave my grievance to another inmate. The other inmate read my grievance and said I was a rat/snitch Vic Meadows, Nick, Smoke, Rufus started beating on me with a belt.

They started on Saturday I reported it on monday, There is never anyone in the control in J Dorm on Murrays Shift So I couldnt report it sooner and theres not any C/o in the Control at nights.

Form 2.15-3 (06-2020

# WITNESS DOCUMENTATION
*Page 2 of 2*



| | |
|---|---|
| **Incident Report Number** | CI201123-MPM54 |

*Attach continuation page(s) if needed, using form 2.15-4 Continuation Page*   ☐ **Number Continuation Pages Used**

## ACKNOWLEDGEMENT
To the best of my knowledge, the information submitted is complete and accurate.

| Signature | Date |
|---|---|
|  | 11-23-2020 |

Form 2.15-3 (06-2020)

# INJURY REPORT - Employee/Inmate

LASALLE
CORRECTIONS

Page 1 of 3

| Facility | Incident Date | Type of Force Used | Incident Report Number |
|---|---|---|---|
| MCC | 11-23-20 | ☐ Major ☐ Deadly ☐ None | CI-201123-mpmg5 |

| Print Name | Rank/Title OR Inmate Number/Custody |
|---|---|
| James Michael Murray | 619849 |

## EXAMINATION

**1.** Did employee / inmate complain of injury?   ☐ No   ☒ Yes   If Yes, describe: whelps all

over Abdomen, back + legs.

**2.** Was the employee / inmate examined on site?   ☒ Yes   ☐ No   If No, explain:

**3.** Was the employee / inmate injured during the incident?   ☐ No.   ☒ Yes.   (If Yes, place a √ beside each area of the body that was injured).

| | | | | |
|---|---|---|---|---|
| ☒ Abdomen/Stomach - 1 | ☐ Buttocks - 5 | ☐ Face - 9 | ☐ Head - 13 | ☒ Leg(s) - 17 | ☐ Pelvis - 21 |
| ☐ Ankle(s) - 2 | ☐ Chest - 6 | ☐ Foot/Feet - 10 | ☐ Hip(s) - 14 | ☐ Neck - 18 | ☐ Genital area - 22 |
| ☐ Arm(s) - 3 | ☐ Ear(s) - 7 | ☐ Groin - 11 | | ☐ Shoulder(s) - 19 | |
| ☒ Back - 4 | ☐ Eye(s) - 8 | ☐ Hand(s) - 12 | ☐ Knee(s) - 16 | ☐ Wrist(s) - 20 | |

**4.** Indicate the extent of injury to each area of the body noted above (enter the "body area number" by the type of injury; one type of injury may have more than on "body area number" noted):

| | | | |
|---|---|---|---|
| Abrasion | Cut | Heart Attack | Puncture |
| Amputation | Dermatitis | Heat Exhaustion | Rupture |
| Bite | Dislocation | Hernia | Scratch |
| ☒ Bruise | Dizziness/Faintness | Inflammation | Shock |
| Burn | Foreign Object in Eye | Internal Injuries | Sprain |
| Closed Head Injury | Fracture | Nausea | Strain |
| ☒ Contusion | Hearing Loss | Open Head Injury | Exposed to Communicable Disease |

**5.** Injury Severity Codes (√ the one that most aptly describes the highest level of injury noted above)

Minor (one-time treatment/observation)   ☒ Serious mentally emotionally   physically   ☐ Death

**6.** Medical Staff Who Performed Examination (Printed Name/Title)

Ken Hasley LPN

## TREATMENT

Was the employee or inmate treated for injuries?

☒ Yes   ☐ No   If No, Explain Why:   ☐ Refused   ☐ Other (explain)

**1.** If Yes, describe treatment:

Inmates Lips, hands + Legs were cleaned. ∅ Dsg needed.

Treated at:   ☐ Inmate's Living Area   ☒ Unit Infirmary
☐ Hospital (name)   ☐ Other (specify):

**2.** If Medical Treatment was NOT provided, explain why? (I.e. Inmate was combative, Inmate refused, etc.)

Case 3:21-cv-00592-JWD-RLB    Document 202-24    08/12/24    Page 12 of 14

LA SALLE
CORRECTIONS

Incident Report Number _CT201121- MDOC 55_

| ACKNOWLEDGEMENT | | | |
|---|---|---|---|
| **I Acknowledge I Administered the Medical Examination** | | **I Acknowledge I Administered Medical Treatment** | |
| Signature _Ron Hasley RN_ | Date _11/23/20_ | Signature | Date |
| **I Acknowledge I was Examined by Medical Staff** | | Because treatment was due to injuries received during this Incident, a copy of this Injury Report has been forwarded to the Safety Officer/or HR Dept. | |
| Signature X _[signature]_ | Date _11/23/20_ | Signature | Date |

Form 2.15-5-(06-2020)

INJURY REPORT - Employee/Inmate

*Page 3 of 3*

**LASALLE**
CORRECTIONS

| Facility | Date | Time | Incident Report Number |
|---|---|---|---|
| MCC | 11-23-20 | 0400 PM | CI201123 - MCC 155 |

## PHOTOGRAPHS

*Supervisor shall attach all PHOTOGRAPHS here.*

## MEDICAL DIAGRAMS/DESCRIPTION OF INJURY

*Medical Staff shall indicate injuries sustained during the Incident by marking diagrams and providing a brief description below.*



See Pics



**Brief Description**
Bruising, puncture wounds to Arms Legs + Back.

**Brief Description**

## DESCRIPTION PROVIDED BY

| Printed Name/Title | Signature | Date |
|---|---|---|
| Ken Dasley RN | Ken Dasley RN | 11-23-20 |

Form 2.15-5 (06-2020)

| Critical Incident Log | | | | Report Number | | Supervisor | Signature |
|---|---|---|---|---|---|---|---|
| **Date** | **Time** | **Level**<br>1, 2 or 3 | **Nature of Incident** | **CI** xx  xx  xx - X  X  X  xx<br>Yr.  Mo. Day   Unit   Sequential<br>               Abbrev.   No. | | | |
| 11-23-20 | 4:00pm | 2 | Physical Inmate Confrontation-Serious | CI201123-MPM | 55 | Lt. Marcus | Meadows |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Page 1 of ____
2.15-14 A (06-2020)