Case 3:21-cv-00592-JWD-RLB     Document 202-37     08/12/24     Page 1 of 54



| 🏠 Home | ❓ Instructions | 🖨 Print |
|---|---|---|

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** January
**Year:** 2020
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 2/12/2020 at 8:34:58 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 560 |
| DOC Offenders | 533 |
| OPERATIONAL CAPACITY: 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 20 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 11 |
| TWP | 1 |
| Lack of Bed Space | 0 |
| Total | 13 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 7 |
| Offender-on-Offender with Significant Injury | 1 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 4 |

MPSCC MAR 37

| | |
|---|---|
| Bus | 5 |
| Law Enforcement | 0 |
| Other | 3 |
| Total DOC Discharges | 12 |

| GED PROGRAM | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

| SUBSTANCE ABUSE | |
|---|---|
| AA/NA | 162 |
| Other | 152 |

| OTHER CTRP (Non GED/Substance Abuse Programs) | |
|---|---|
| Enrolled | 80 |
| Completed | 0 |

| JOB SKILLS | |
|---|---|
| DOC Students | 10 |

| Grievances | |
|---|---|
| Accepted | 10 |
| Rejected | 0 |

| LARNAs Completed | 0 |
|---|---|

| # of DOC Offenders Discharged with Identification | 10 |
|---|---|

| Drug Testing | |
|---|---|
| # of Offenders Tested | 118 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 10 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| Security Search & Seizure Summary | |
|---|---|

| Areas Searched | |
|---|---|
| # Living Area Searches | 1636 |
| # Non-Living Area Searches | 360 |
| Total Searches | 1996 |

| Findings | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 87 |

| Description of Items Found | |
|---|---|

41 shanks, 12 cell phones, 10 sm pack of mojo, 4 packs of tobacco, 10 phone

MPSCC MAR 38

chargers, 7 phone batteries, 1 cig lighter, 1 tattoo gun & 1 smoke pipe

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| N./A |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 13 |
| Medical Emergency | 2 |
| Funeral Trips | 0 |
| Court Order | 17 |
| Miscellaneous | 6 |
| Total | 38 |

Comments: Sch B Reports: Contraband (6), Fighting (8), Agg Dis (1), Gambling (2), Agg Fighting (2) & Defiance (1); Assaults Offender-on-Offender were (6) one-on-one fights & (1) agg fight; Transp DOC Discharges were (3) to active detainers; SA Other were offenders (152) in BWP; Other CTRP Enrolled were offenders participating in Celebrate Recovery (10), Parenting (8), Risk Mgt Ph One (8), Cognitive Behavior Intervention (8), FDIC Money Smart (7), Understanding & Reducing Angry Thoughts & Feelings (12), Victim Awareness (24) & CDL class (3); Two offenders diacharged without IDs due to their original release date being adjusted making their new release date too short to process IDs, Offender Transp Mis were (5) to LTCW for Regional DB Court & (1) to LTCW for Parole Hearing.
Comments (cont):

Inactive: Active



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** February
**Year:** 2020
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 3/18/2020 at 11:17:54 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 541 |
| **DOC Offenders** | 512 |
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| Schedule B Reports | 25 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 24 |
| TWP | 5 |
| Lack of Bed Space | 0 |
| Total | 30 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 16 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 4 |

MPSCC MAR 40

| Bus | 2 |
|---|---|
| Law Enforcement | 0 |
| Other | 3 |
| Total DOC Discharges | 9 |

| GED PROGRAM | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

| SUBSTANCE ABUSE | |
|---|---|
| AA/NA | 150 |
| Other | 150 |

| OTHER CTRP (Non GED/Substance Abuse Programs) | |
|---|---|
| Enrolled | 54 |
| Completed | 0 |

| JOB SKILLS | |
|---|---|
| DOC Students | 9 |

| Grievances | |
|---|---|
| Accepted | 0 |
| Rejected | 0 |

| LARNAs Completed | 0 |
|---|---|

| # of DOC Offenders Discharged with Identification | 7 |
|---|---|

| Drug Testing | |
|---|---|
| # of Offenders Tested | 290 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 38 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| Security Search & Seizure Summary | |
|---|---|
| Areas Searched | |
| # Living Area Searches | 3244 |
| # Non-Living Area Searches | 335 |
| Total Searches | 3579 |

| Findings | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 83 |

| Description of Items Found | |
|---|---|

(21) Shanks, (45) Phones, (3) green leafy substance, (2) pack of tabacco, (3) tattoo

MPSCC MAR 41

Case 3:21-cv-00592-JWD-RLB    Document 202-37    08/12/24    Page 6 of 54

guns, (1) lighter (1) syringe (7) phone charges

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations | |
|---|---|
| 0 | |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 17 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 13 |
| Miscellaneous | 11 |
| Total | 41 |

Comments: Sch B Reports: (23) Contraband (2) Defiance Transportation DOC Discharges other (3) to active detainers (2) Offenders Discharged with out ID's due to immediate release. Miscellaneous Transport: (10) to LTCW for Regional Court and (1) to LTCW for Parole Hearing.
Comments (cont):

Inactive: Active



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** March
**Year:** 2020
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 4/13/2020 at 10:12:30 AM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 516 |
| DOC Offenders | 487 |
| OPERATIONAL CAPACITY: 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 32 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 21 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 21 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 5 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 2 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 7 |

MPSCC MAR 43

| | |
|---|---|
| Bus | 6 |
| Law Enforcement | 0 |
| Other | 1 |
| Total DOC Discharges | 14 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 126 |
| Other | 126 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 43 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 9 |

| **Grievances** | |
|---|---|
| Accepted | 5 |
| Rejected | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 11 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 310 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 32 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 910 |
| # Non-Living Area Searches | 285 |
| Total Searches | 1195 |
| **Findings** | |
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 37 |
| **Description of Items Found** | |

(18) shanks, (11) cell phones, (4) sm bags of mojo, (1) sm bag of marijuana, (2)

MPSCC MAR 44

| lighters, (1) suboxone strip | |
| --- | --- |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| n/a | |

| **Offender Transports (DOC Only)** | |
| --- | --- |
| Scheduled Medical | 6 |
| Medical Emergency | 5 |
| Funeral Trips | 0 |
| Court Order | 16 |
| Miscellaneous | 9 |
| **Total** | 36 |

Comments: Sch B Reports: Theft (1), Contraband (18), Fighting (9), Agg Sex Off (1), Defiance (1) & Self Mutilation (2); Assaults Offender-on-Offender were (5) one-on-one fights; Transp DOC Discharges Other was (1) to an active detainer; SA Other were offenders (126) attending BWP; Other CTRP Enrolled were offenders attending Cognitive Behavior Intervention (7), La Risk Mgt (8), Partners in Parenting (8), Anger Mgt (11) & FDIC Money Smart (9); Three offenders discharged without IDs due to immediate releases; Offender Transp Mis were (9) offenders to LTCW for Regional DB Court.

Comments (cont):

Inactive: Active



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** April
**Year:** 2020
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 5/12/2020 at 2:15:19 PM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 497 |
| DOC Offenders | 474 |
| OPERATIONAL CAPACITY: 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 51 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 0 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 0 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 4 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 5 |

MPSCC MAR 46

| | |
|---|---|
| Bus | 5 |
| Law Enforcement | 0 |
| Other | 2 |
| **Total DOC Discharges** | 12 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 0 |
| Other | 98 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 25 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 0 |

| **Grievances** | |
|---|---|
| Accepted | 10 |
| Rejected | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 9 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 300 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 30 |
| # of Employees Positive | 1 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 900 |
| # Non-Living Area Searches | 285 |
| Total Searches | 1185 |

| **Findings** | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 42 |

| **Description of Items Found** |
|---|
| (16) shanks, (10) cell phones, (2) cell phone batteries, (6) cell phone chargers, (1) sm |

MPSCC MAR 47

bag of mojo, (6) sm packs of tobacco, (1) cig lighter

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| n/a |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 1 |
| Medical Emergency | 4 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 4 |
| Total | 9 |

Comments: Sch B Reports: Contraband (44), Fighting (6) & Defiance (1); Transp DOC Discharges Other were (2) to active detainers; SA Other are offenders enrolled in the BWP programs; Other CTRP enrolled are (25) Pre Release Packets Enrollments; Three offenders discharged without IDs due to immediate releases; Employee Drug Testing was (1) positive for THC; Offender Transp Mis were (4) to LTCW for Regional DB Court...

Comments (cont):

Inactive: Active



🏠 Home   ② Instructions   🖶 Print

01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** May
**Year:** 2020
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 6/26/2020 at 8:29:44 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 474 |
| DOC Offenders | 453 |
| OPERATIONAL CAPACITY: 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 22 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 5 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 0 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 5 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 0 |
| Offender-on-Offender with Significant Injury | 3 |
| Offender-on-Staff | 1 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 9 |

MPSCC MAR 49

| | |
|---|---|
| Bus | 7 |
| Law Enforcement | 0 |
| Other | 2 |
| **Total DOC Discharges** | 18 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 0 |
| Other | 98 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 24 |
| Completed | 13 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 0 |

| **Grievances** | |
|---|---|
| Accepted | 8 |
| Rejected | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 13 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 315 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 28 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 910 |
| # Non-Living Area Searches | 289 |
| Total Searches | 1199 |

| **Findings** | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 59 |

**Description of Items Found**

(43) sm bags of white powder substance, (7) shanks, (3) cell phones, (2) phone

batteries, (1) lighter, (1) sm bag of tobacco, (1) sm bag of mojo, (1) pair of scissor

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations | |
|---|---|
| NA | |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 0 |
| Medical Emergency | 3 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 3 |

Comments: Sch B Reports: Contraband (17), Agg Fighting (4) & Self Mult (1); Transp DOC Discharges Other were (2) to active detainers; SA Other are (98) offenders in the BWP; Other CTRP enrolled are (24) offenders participating in Pre-Release program with (13) completions; (5) offenders discharged without IDs due to immediate releases. Significant injuries: 1) Offender Michael Leblanc had physical altercation and received a puntured wound to the right side of his back. 2). Demontez Martin sub-stained multiple laceration to his back and leg. 3) Lavarion Jefferson sub-stained a punture wound to his back.

Comments (cont):

Inactive: Active



01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** June
**Year:** 2020
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 7/8/2020 at 9:54:22 AM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 456 |
| DOC Offenders | 433 |
| **OPERATIONAL CAPACITY:** 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 48 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 1 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 1 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 3 |
| Offender-on-Offender with Significant Injury | 1 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 11 |

| | |
|---|:---:|
| Bus | 8 |
| Law Enforcement | 0 |
| Other | 1 |
| **Total DOC Discharges** | 20 |

| **GED PROGRAM** | |
|---|:---:|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|:---:|
| AA/NA | 98 |
| Other | 98 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|:---:|
| Enrolled | 0 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|:---:|
| DOC Students | 0 |

| **Grievances** | |
|---|:---:|
| Accepted | 5 |
| Rejected | 0 |

| **LARNAs Completed** | 0 |
|---|:---:|

| **# of DOC Offenders Discharged with Identification** | 16 |
|---|:---:|

| **Drug Testing** | |
|---|:---:|
| # of Offenders Tested | 340 |
| # of Offenders Positive | 2 |
| # of Employees Tested | 32 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|:---:|:---:|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|:---:|
| **Areas Searched** | |
| # Living Area Searches | 2090 |
| # Non-Living Area Searches | 320 |
| Total Searches | 2410 |
| **Findings** | |
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 33 |
| **Description of Items Found** | |

Cellphones (6), Shanks (14), Chargers (6), Green leafy sub (2), Tattoo gun (1),

MPSCC MAR 53

Case 3:21-cv-00592-JWD-RLB          Document 202-37          06/12/24          Page 18 of 54

Lighter (1), Sm bags of tobacco (3)

| Offender Deaths | 0 |
|---|---|
| **Offender Deaths Explanations** | |
| n/a | |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 2 |
| Medical Emergency | 1 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 3 |

Comments: Sch B Reports: Contraband (35), Defiance (4), Fighting (2), Agg Fighting (6) & Intoxication (1); Assaults Offender-on-offender was (1) agg fight involving three offenders fighting each other with brooms; Offender-on-offender with S/I was (1) agg fight in which one offender was attacked by three offenders; Transp DOC Discharge other was (1) to an active detainer; Four offenders discharge without IDs due to immediate releases; Positive Offender Drug testing was (1) for BUP & (1) for THC.

Comments (cont): Offender-on-offender with Significant Injury: On 6-26-20 offender Sidney Syon DOC# 498620 was attacked by three other offenders in which he, offender Syon, sustained a significant injury and bleeding to the head. Offender Syon was transported by ambulance to Madison Parish Hospital.

Inactive: Active

MPSCC MAR 54



01 January 2009

### LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
#### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** July
**Year:** 2020
**Reporting Year:** 2021
**Reviewed and Approved:** Tyrone Mays on 8/10/2020 at 8:41:52 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 458 |
| DOC Offenders | 439 |
| OPERATIONAL CAPACITY: 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 14 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 0 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 1 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 7 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 1 |

MPSCC MAR 55

| | |
|---|---|
| Bus | 3 |
| Law Enforcement | 0 |
| Other | 2 |
| Total DOC Discharges | 6 |

| GED PROGRAM | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

| SUBSTANCE ABUSE | |
|---|---|
| AA/NA | 64 |
| Other | 64 |

| OTHER CTRP (Non GED/Substance Abuse Programs) | |
|---|---|
| Enrolled | 14 |
| Completed | 0 |

| JOB SKILLS | |
|---|---|
| DOC Students | 7 |

| Grievances | |
|---|---|
| Accepted | 5 |
| Rejected | 0 |

| LARNAs Completed | 0 |
|---|---|

| # of DOC Offenders Discharged with Identification | 4 |
|---|---|

| Drug Testing | |
|---|---|
| # of Offenders Tested | 350 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 20 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| Security Search & Seizure Summary | | |
|---|---|---|
| Areas Searched | | |
| # Living Area Searches | 7040 | |
| # Non-Living Area Searches | 630 | |
| Total Searches | 7670 | |

| Findings | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 161 |

| Description of Items Found |
|---|

(52) Shanks, (45) cellphones, (40) green leafy substance, (6) pills, (2) tattoo guns,

MPSCC MAR 56

(4) cellphone batty, (2) phone chargers, (4) suboxone strips, (1) sim card, (5) cellphone ear plugs

| Offender Deaths | 1 |
|---|---|

| Offender Deaths Explanations |
|---|
| On 7-9-20 offender Cecil Williams DOC# 733165 died of unknown causes. Autopsy still pending. |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 9 |
| Medical Emergency | 8 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 17 |

Comments: Sch B Reports: Fighting (6), Agg Fighting (3), Property Dest (1), Contraband (3) & Agg Disob (1); Assault Offender-on-Offender were (3) one-on-one fights and (1) agg fight( three-on-one); Transp DOC Discharge Other were (3) to active detainers; SA Other were offenders (64) in the BWP; Other CTRP Enrolled were offenders participating in FDIC Money Smart (7) & Cognitive Behavior Intervention (7); Two offenders discharged without IDs due to immediate releases.
Comments (cont):

Inactive: Active

MPSCC MAR 57



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** August
**Year:** 2020
**Reporting Year:** 2021
**Reviewed and Approved:** Tyrone Mays on 9/10/2020 at 3:10:44 PM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 524 |
| **DOC Offenders** | 393 |
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| Schedule B Reports | 34 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 2 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 2 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 6 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 5 |

| | |
|---|---|
| Bus | 6 |
| Law Enforcement | 1 |
| Other | 2 |
| **Total DOC Discharges** | 14 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 20 |
| **DOC Students** | 0 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 42 |
| **Other** | 42 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 18 |
| **Completed** | 0 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 7 |

| **Grievances** | |
|---|---|
| **Accepted** | 5 |
| **Rejected** | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 10 |
|---|---|

| **Drug Testing** | |
|---|---|
| **# of Offenders Tested** | 320 |
| **# of Offenders Positive** | 0 |
| **# of Employees Tested** | 26 |
| **# of Employees Positive** | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| **# of Substantiated** | 0 | 0 |
| **# of Unsubstantiated** | 0 | 0 |
| **# of Unfounded** | 0 | 0 |
| **# of Pending** | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| **# Living Area Searches** | 7002 |
| **# Non-Living Area Searches** | 526 |
| **Total Searches** | 7528 |

| **Findings** | |
|---|---|
| **# of Unauthorized Items Found** | 0 |
| **# of Contraband Items Found** | 165 |

| **Description of Items Found** | |
|---|---|
| (17) Cellphones, (1) wrench, (22) unknown pills, (2) cig lighters, (14) shanks, (16) | |

MPSCC MAR 59

chargers, (5) sm bags of tobacco, (2) cellphone headsets, (37) sm bags of mojo, (1) marijuana pipe, (1) tattoo gun, (33) sm bags of white powder, (3) sm bags of brown leafy substance, (1) sm bag of pink powder, (10) sm bags of green leafy substance

| **Offender Deaths** | 0 |
|---|---|
| **Offender Deaths Explanations** | |
| NA | |
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 9 |
| Medical Emergency | 15 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 110 |
| Total | 134 |

Comments: Miscellaneous Transport: Total # of offenders on LDOM includes 110 offenders (evacuees) housed for St. Mary Parish on 8-23-20 to 9-1-20 due to the storm; Sch B Reports: (23) contraband, (5) Agg. Fighting, (2) Intoxication, (1) Defiance, (1) Agg Sex Off, (1) Thief & (1) Agg Disob; Assaults Offender-on-offender with Significant Injury were three separate incidents: 2 on 1 w/weapons, 1 on 1 w/weapons & 1 stabbed victim w/perpetrator(s) unknown; Transp DOC Discharge Other were (2) to active detainers; SA Other were offenders (42) in the BWP with (19) completions; Other CTRP Enrolled were offenders participating in FDIC Money Smart (7) & Cognitive Behavior Intervention (11); Four offenders discharged without IDs due to immediate releases.
Comments (cont):
Inactive: Active

MPSCC MAR 60



01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** September
**Year:** 2020
**Reporting Year:** 2021
**Reviewed and Approved:** Tyrone Mays on 10/22/2020 at 6:34:39 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 377 |
| DOC Offenders | 351 |
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| Schedule B Reports | 45 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 2 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 7 |
| TWP | 5 |
| Lack of Bed Space | 0 |
| Total | 14 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 23 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 1 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 11 |

| | |
|---|---|
| Bus | 6 |
| Law Enforcement | 0 |
| Other | 3 |
| **Total DOC Discharges** | 20 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 54 |
| Other | 26 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 18 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 7 |

| **Grievances** | |
|---|---|
| Accepted | 0 |
| Rejected | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 15 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 49 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 40 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 777 |
| # Non-Living Area Searches | 10 |
| **Total Searches** | 787 |

| **Findings** | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 87 |

| **Description of Items Found** | |
|---|---|

40 Cellphones, 15 Shanks, 12 cigarette lighters, 1 tattoo gun, 1 Iphone watch, 10

MPSCC MAR 62

packs tobacco, 20 small bags synthetic marijuana

| Offender Deaths | 2 |
|---|---|
| **Offender Deaths Explanations** | |

| **Offender Transports (DOC Only)** | |
|---|---|
| Scheduled Medical | 25 |
| Medical Emergency | 21 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 46 |

Comments: Schedule B Reports: 23 - Fights. 10- Defiance, 12- Intoxication Offender discharged without IDs (5) due to immediate released.

Comments (cont):

Inactive: Active

MPSCC MAR 63



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** October
**Year:** 2020
**Reporting Year:** 2021
**Reviewed and Approved:** Tyrone Mays on 11/13/2020 at 9:28:46 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 365 |
| DOC Offenders | 329 |
| OPERATIONAL CAPACITY: 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 17 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 12 |
| TWP | 1 |
| Lack of Bed Space | 0 |
| Total | 14 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 17 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 7 |

MPSCC MAR 64

| | |
|---|---|
| Bus | 6 |
| Law Enforcement | 0 |
| Other | 1 |
| **Total DOC Discharges** | 14 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 20 |
| **DOC Students** | 0 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 26 |
| **Other** | 14 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 24 |
| **Completed** | 9 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 0 |

| **Grievances** | |
|---|---|
| **Accepted** | 5 |
| **Rejected** | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 10 |
|---|---|

| **Drug Testing** | |
|---|---|
| **# of Offenders Tested** | 398 |
| **# of Offenders Positive** | 0 |
| **# of Employees Tested** | 40 |
| **# of Employees Positive** | 1 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| **# of Substantiated** | 0 | 0 |
| **# of Unsubstantiated** | 2 | 0 |
| **# of Unfounded** | 1 | 0 |
| **# of Pending** | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| **# Living Area Searches** | 491 |
| **# Non-Living Area Searches** | 0 |
| **Total Searches** | 491 |

| **Findings** | |
|---|---|
| **# of Unauthorized Items Found** | 0 |
| **# of Contraband Items Found** | 285 |

| **Description of Items Found** | |
|---|---|
| (64) grams of tobacco, (28) Shanks (5) pocket knives, (68) Cell phones, (25) | |

MPSCC MAR 65

suboxone strips (2) tattoo guns, (15) unknown pills, (1) weigh scale, (5) grams
cocaine, (65) grams mojo, (7) grams ectasy

| **Offender Deaths** | 0 |
|---|---|

| **Offender Deaths Explanations** |
|---|
| 0 |

| **Offender Transports (DOC Only)** | |
|---|---|
| Scheduled Medical | 9 |
| Medical Emergency | 12 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| **Total** | 21 |

Comments: Schedule B Reports: (17) Fights Rule#10 (1) Positive drug test on Employee due prescribed medication (4) Offender
discharged without ID due immediate released.
Comments (cont):

Inactive: Active

MPSCC MAR 66



🏠 Home    ❓ Instructions    🖨 Print

01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** November
**Year:** 2020
**Reporting Year:** 2021
**Reviewed and Approved:** Tyrone Mays on 12/18/2020 at 8:21:52 AM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 371 |
| DOC Offenders | 325 |
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| Schedule B Reports | 22 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 1 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 2 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 4 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 0 |

MPSCC MAR 67

| | |
|---|---|
| Bus | 1 |
| Law Enforcement | 0 |
| Other | 0 |
| **Total DOC Discharges** | 1 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 19 |
| Other | 19 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 20 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 0 |

| **Grievances** | |
|---|---|
| Accepted | 5 |
| Rejected | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 1 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 0 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 45 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 336 |
| # Non-Living Area Searches | 4 |
| Total Searches | 340 |
| **Findings** | |
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 68 |
| **Description of Items Found** | |

(15) Cellphones, (21) Shanks, (28) Xanax pills, (1) Cigarette lighter, (1) pack of

MPSCC MAR 68

Case 3:21-cv-00592-JWD-RLB     Document 202-37     08/12/24     Page 33 of 54

tobacco, (1) synthetic marijuana, (1) pack of tobacco, (1) sm. bag of cocaine

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| 0 |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 8 |
| Medical Emergency | 9 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 17 |

Comments: Schedule B Report: (6) Defiance, (4) Agg. Disobedience, (5) Contraband, (5) General Prohibited Behavior, (2) Theft.
Comments (cont):

Inactive: Active

MPSCC MAR 69



01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** December
**Year:** 2020
**Reporting Year:** 2021
**Reviewed and Approved:** Tyrone Mays on 1/15/2021 at 1:26:49 PM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 371 |
| DOC Offenders | 322 |
| **OPERATIONAL CAPACITY:** 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 0 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 1 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 1 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 9 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 2 |

MPSCC MAR 70

| | |
|---|---|
| Bus | 2 |
| Law Enforcement | 0 |
| Other | 4 |
| **Total DOC Discharges** | 8 |
| **GED PROGRAM** | |
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 17 |
| Other | 6 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 21 |
| Completed | 21 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| **Grievances** | |
| Accepted | 3 |
| Rejected | 0 |
| **LARNAs Completed** | 0 |
| **# of DOC Offenders Discharged with Identification** | 6 |
| **Drug Testing** | |
| # of Offenders Tested | 28 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 30 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 369 |
| # Non-Living Area Searches | 0 |
| Total Searches | 369 |
| **Findings** | |
| # of Unauthorized Items Found | 32 |
| # of Contraband Items Found | 20 |
| **Description of Items Found** | |

5- Cell phones, 5- phone chargers 5- tattoo guns 2- knives, 3-suboxone strips

MPSCC MAR 71

| Offender Deaths | 0 |
| --- | --- |

| **Offender Deaths Explanations** |
| --- |
| 0 |

| **Offender Transports (DOC Only)** | |
| --- | --- |
| Scheduled Medical | 4 |
| Medical Emergency | 5 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 9 |

Comments: Schedule B Reports: (9) Fights

Comments (cont):

Inactive: Active



[ 🏠 Home ]   [ ❓ Instructions ]   [ 🖨 Print ]

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** January
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Tyrone Mays on 3/4/2021 at 6:18:22 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 350 |
| DOC Offenders | 308 |
| **OPERATIONAL CAPACITY:** 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 11 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 0 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 0 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 0 |
| Offender-on-Offender with Significant Injury | 3 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 7 |

MPSCC MAR 1

| | |
|---|---|
| Bus | 2 |
| Law Enforcement | 0 |
| Other | 4 |
| **Total DOC Discharges** | 13 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 20 |
| **DOC Students** | 0 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 17 |
| **Other** | 5 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 26 |
| **Completed** | 0 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 5 |

| **Grievances** | |
|---|---|
| **Accepted** | 2 |
| **Rejected** | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 10 |
|---|---|

| **Drug Testing** | |
|---|---|
| **# of Offenders Tested** | 25 |
| **# of Offenders Positive** | 0 |
| **# of Employees Tested** | 6 |
| **# of Employees Positive** | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| **# of Substantiated** | 0 | 0 |
| **# of Unsubstantiated** | 0 | 0 |
| **# of Unfounded** | 0 | 0 |
| **# of Pending** | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| **# Living Area Searches** | 389 |
| **# Non-Living Area Searches** | 0 |
| **Total Searches** | 389 |

| **Findings** | |
|---|---|
| **# of Unauthorized Items Found** | 0 |
| **# of Contraband Items Found** | 68 |

| **Description of Items Found** | |
|---|---|
| 19- Cellphones, 29-Shanks, 5-knives, 6-cellphones chargers, 6- pack of buglars, 1-bg | |

MPSCC MAR 2

synthetic marijuana, 1-bg cocaine, 1-bg cystal meth

| Offender Deaths | 1 |
|---|---|
| Offender Deaths Explanations | |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 7 |
| Medical Emergency | 12 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 19 |

Comments: Schedule B reports: 3-Fighting, 4-Defiance, 4- Agg. Disobedience
Comments (cont):

Inactive: Active

MPSCC MAR 3



01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** February
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Tyrone Mays on 3/23/2021 at 8:15:06 AM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 322 |
| DOC Offenders | 285 |
| OPERATIONAL CAPACITY: 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 7 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 2 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 1 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 3 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 1 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 7 |

MPSCC MAR 4

| | |
|---|---|
| Bus | 0 |
| Law Enforcement | 0 |
| Other | 4 |
| Total DOC Discharges | 11 |

**GED PROGRAM**

| | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

**SUBSTANCE ABUSE**

| | |
|---|---|
| AA/NA | 15 |
| Other | 5 |

**OTHER CTRP (Non GED/Substance Abuse Programs)**

| | |
|---|---|
| Enrolled | 26 |
| Completed | 0 |

**JOB SKILLS**

| | |
|---|---|
| DOC Students | 5 |

**Grievances**

| | |
|---|---|
| Accepted | 3 |
| Rejected | 0 |

| | |
|---|---|
| LARNAs Completed | 0 |

| | |
|---|---|
| # of DOC Offenders Discharged with Identification | 8 |

**Drug Testing**

| | |
|---|---|
| # of Offenders Tested | 25 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 4 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

**Security Search & Seizure Summary**

**Areas Searched**

| | |
|---|---|
| # Living Area Searches | 205 |
| # Non-Living Area Searches | 0 |
| Total Searches | 205 |

**Findings**

| | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 38 |

**Description of Items Found**

(15) Cell phones, (4) knives, (1) synthetic marijuana, (3) tattoo guns, (15) shanks

MPSCC MAR 5

| Offender Deaths | 1 |
|---|---|

| Offender Deaths Explanations |
|---|
| Offender Louis Franks #319447 B/M DOB 2/27/1964. Offender had an apparent Heart attack. |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 8 |
| Medical Emergency | 9 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 17 |

Comments: Schedule B Report: (3) Agg. Disobedience, (2) Defiance, (2) Fights
Comments (cont):

Inactive: Active

MPSCC MAR 6



01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** March
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Tyrone Mays on 4/12/2021 at 2:26:37 PM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 289 |
| DOC Offenders | 267 |
| OPERATIONAL CAPACITY: 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 0 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 8 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 9 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 0 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 6 |

MPSCC MAR 7

| | Bus | 3 | |
|---|---|---|---|
| | Law Enforcement | 0 | |
| | Other | 1 | |
| | **Total DOC Discharges** | 10 | |

| **GED PROGRAM** | | |
|---|---|---|
| GED Slots Available | 20 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |

| **SUBSTANCE ABUSE** | | |
|---|---|---|
| AA/NA | 8 | |
| Other | 4 | |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
|---|---|---|
| Enrolled | 24 | |
| Completed | 24 | |

| **JOB SKILLS** | | |
|---|---|---|
| DOC Students | 5 | |

| **Grievances** | | |
|---|---|---|
| Accepted | 0 | |
| Rejected | 0 | |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 7 |
|---|---|

| **Drug Testing** | | |
|---|---|---|
| # of Offenders Tested | 25 | |
| # of Offenders Positive | 0 | |
| # of Employees Tested | 20 | |
| # of Employees Positive | 0 | |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 405 |
| # Non-Living Area Searches | 0 |
| Total Searches | 405 |
| **Findings** | |
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 45 |
| **Description of Items Found** | |

(1) Cellphones, (3) free world knives, (13) homemade shanks, (1) tattoo gun, (5)

MPSCC MAR 8

mojo, (6) marijuana

| Offender Deaths | 0 |
|---|---|

**Offender Deaths Explanations**

0

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 10 |
| Medical Emergency | 7 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 17 |

Comments:

Comments (cont):

Inactive: Active



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** April
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Tyrone Mays on 5/19/2021 at 8:45:12 AM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 222 |
| DOC Offenders | 200 |
| OPERATIONAL CAPACITY: 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 8 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 8 |
| TWP | 10 |
| Lack of Bed Space | 0 |
| Total | 19 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 0 |
| Offender-on-Offender with Significant Injury | 2 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 2 |

MPSCC MAR 10

| | |
|---|---|
| Bus | 2 |
| Law Enforcement | 0 |
| Other | 2 |
| **Total DOC Discharges** | 6 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 8 |
| Other | 4 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 27 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 0 |

| **Grievances** | |
|---|---|
| Accepted | 0 |
| Rejected | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 3 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 75 |
| # of Offenders Positive | 1 |
| # of Employees Tested | 9 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 1 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 860 |
| # Non-Living Area Searches | 143 |
| Total Searches | 1003 |

| **Findings** | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 24 |

| **Description of Items Found** | |
|---|---|
| Cellphones (10), Cellphone chargers (5), Shanks (6), Sm bags of green leafy sub (2) | |

MPSCC MAR 11

| & Suboxone strip (1) | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| N/A | |
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 7 |
| Medical Emergency | 7 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 13 |
| **Total** | 27 |

Comments: Sch B Reports: Fighting (5), Contraband (2) & Property Dest (1): Transp DOC Discharges Other were (2) to active detainers; Substance Abuse Other were (4) offenders BWP; Other CTRP Enrolled were offenders in Cognitive Behavior Intervention (10), Understanding & Reducing Angry Feelings (10) & La Risk Mgt (7); Three Offenders discharge without IDs via immediate releases; (1) Positive offender drug test for THC; Offender Transp Mis were (13) via dental trip.

Comments (cont): 1) Doc offender Immanual Hall #635725 had a physical altercation with a unidentified offender which offender Hall recieved small cut to his forehead, 2 to 3 puncture wounds on the right side of his body and he also received a cut to the right index finger. Offender Hall was transported to Madison Parish Hosptial for further treatment and after he was returned to the facility and placed in Adm/Seg for medical observation. 2). DOC offender Wayne Butler #581400 stated that while at his bed area some undentified offender threw hot water on him burning him in the forehead. Offender Butler was questioned about what offender threw the water but would not give a name. Offender Bulter was transported to Madison Parish Hospital for further treatment and after he was returned to the facilty and placed in Adm/Seg for medical observation.

Inactive: Active



01 January 2009

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** May
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Tyrone Mays on 6/9/2021 at 6:40:38 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 236 |
| DOC Offenders | 213 |
| **OPERATIONAL CAPACITY:** 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 10 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 6 |
| TWP | 2 |
| Lack of Bed Space | 0 |
| Total | 8 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 0 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 1 |

MPSCC MAR 13

| | |
|---|---|
| Bus | 1 |
| Law Enforcement | 0 |
| Other | 3 |
| **Total DOC Discharges** | 5 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 20 |
| **DOC Students** | 0 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 11 |
| Other | 3 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 27 |
| **Completed** | 0 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 0 |

| **Grievances** | |
|---|---|
| **Accepted** | 0 |
| **Rejected** | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 3 |
|---|---|

| **Drug Testing** | |
|---|---|
| **# of Offenders Tested** | 74 |
| **# of Offenders Positive** | 3 |
| **# of Employees Tested** | 22 |
| **# of Employees Positive** | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| **# of Substantiated** | 0 | 0 |
| **# of Unsubstantiated** | 0 | 0 |
| **# of Unfounded** | 0 | 0 |
| **# of Pending** | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| **# Living Area Searches** | 385 |
| **# Non-Living Area Searches** | 136 |
| **Total Searches** | 521 |
| **Findings** | |
| **# of Unauthorized Items Found** | 0 |
| **# of Contraband Items Found** | 7 |

| **Description of Items Found** | |
|---|---|
| Cellphones (3), Shanks (2), Sm bags of tobacco (2) | |

MPSCC MAR 14

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations | |
|---|---|
| na | |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 4 |
| Medical Emergency | 6 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 6 |
| Total | 16 |

Comments: Sch b Reports: Property Dest (1), Fighting (4), Agg Fighting (1), Contraband (3) & Agg Sex Off (1); Transp DOC Discharges Other were (3) to active deti, Substance Abuse Other were offenders enrolled in BWP; Other CTRP Enrolled were offender enrolled in Cognitive Behavior Intervention (10), Understanding & Reducing Angry Feeling (10) & La risk Mgt (7); Two offenders release without IDS (immediate releases); Offender Positive Drug Testing (3) for BZO; Offender Transports Mis were (6) offender on dental trips.
Comments (cont):

Inactive: Active



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** June
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Tyrone Mays on 7/21/2021 at 1:06:00 PM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 250 |
| DOC Offenders | 217 |
| **OPERATIONAL CAPACITY:** 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 40 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 23 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 23 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 2 |

MPSCC MAR 16

| | |
|---|---|
| Bus | 1 |
| Law Enforcement | 0 |
| Other | 2 |
| **Total DOC Discharges** | 5 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 20 |
| **DOC Students** | 0 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 7 |
| Other | 5 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 0 |
| **Completed** | 0 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 0 |

| **Grievances** | |
|---|---|
| Accepted | 2 |
| Rejected | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 4 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 150 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 20 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 835 |
| # Non-Living Area Searches | 120 |
| **Total Searches** | 955 |

| **Findings** | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 150 |

| **Description of Items Found** | |
|---|---|

Shanks (10), pocket knife (1), phones (10), Sm bags of green leafy substances (92),

charger (1), suboxone strips (34), phone battery (2)

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations | |
|---|---|
| na | |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 11 |
| Medical Emergency | 5 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 16 |

Comments: Sch B Reports: Contraband (30), Agg Fighting (6), Fighting (2) & Defiance (2): Assault Offender-on-Offender was (1) one on one fight & (1) Agg fight six on one; Transp DOC Discharges Other were (2) to active detainers; Substance Abuse Other were (5) participating in the BWP; One offender discharge without ID (immediate release).
Comments (cont):

Inactive: Active