

🏠 Home | ❓ Instructions | 🖨 Print

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center  
**Region:** Northeast  
**Month:** January  
**Year:** 2019  
**Reporting Year:** 2019  
**Reviewed and Approved:** Tyrone Mays on 2/7/2019 at 2:27:01 PM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 265 |
| OPERATIONAL CAPACITY: 334 | |
| Number of Days over: | 0 |
| Schedule B Reports | 13 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 2 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 16 |
| TWP | 1 |
| Lack of Bed Space | 0 |
| Total | 19 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 7 |
| Bus | 10 |

| | |
|---|---|
| Law Enforcement | 0 |
| Other | 5 |
| Total DOC Discharges | 22 |

| GED PROGRAM | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 10 |
| DOC Completed | 0 |

| SUBSTANCE ABUSE | |
|---|---|
| AA/NA | 0 |
| Other | 0 |

| OTHER CTRP (Non GED/Substance Abuse Programs) | |
|---|---|
| Enrolled | 0 |
| Completed | 0 |

| JOB SKILLS | |
|---|---|
| DOC Students | 0 |

| Grievances | |
|---|---|
| Accepted | 1 |
| Rejected | 0 |

| LARNAs Completed | 2 |
|---|---|

| # of DOC Offenders Discharged with Identification | 17 |
|---|---|

| Drug Testing | |
|---|---|
| # of Offenders Tested | 53 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 9 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| Security Search & Seizure Summary | |
|---|---|

| Areas Searched | |
|---|---|
| # Living Area Searches | 840 |
| # Non-Living Area Searches | 232 |
| Total Searches | 1072 |

| Findings | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 18 |

| Description of Items Found |
|---|
| (11) shanks, (3) tattoo guns, (2) cell phones, (1) cell phone battery, (1) sm bag of tobacco |

MCC MAR 2

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| NA |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 20 |
| Medical Emergency | 0 |
| Funeral Trips | 1 |
| Court Order | 10 |
| Miscellaneous | 4 |
| Total | 35 |

Comments: Sch B Reports: (4) Fighting, (1) GPB, (3) Agg Disobedience, (2) Defiance, (2) Agg Sex Off, (1) Property Dest,; Assualts Offender-on-Offender was (2) one-on-one fights; Transp DOC Discharges Others were (5) to active detainers; (5) Offenders discharged without IDs due to their release date being adjusted where as their new release dates made them too short to process forms for IDs; Offender Transports Mis were (2) to LTCW for Regional DB Court and (2) to LTCW for Parole Hearing.

Comments (cont):

Inactive: Active



| ⌂ Home | ? Instructions | 🖶 Print |

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center
**Region:** Northeast
**Month:** February
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Tyrone Mays on 3/6/2019 at 9:57:25 AM

*All fields except comments must only contain numbers.*

| TOTAL # of offenders on LDOM | 258 |
|---|---|
| **OPERATIONAL CAPACITY: 334** | |
| Number of Days over: | 0 |
| Schedule B Reports | 18 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 0 |
| Mental Health | 1 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 11 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 12 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 3 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 6 |
| Bus | 8 |

MCC MAR 4

| | |
|---|---|
| **Law Enforcement** | 0 |
| **Other** | 4 |
| **Total DOC Discharges** | 18 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 20 |
| **DOC Students** | 8 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 0 |
| **Other** | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 23 |
| **Completed** | 0 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 0 |

| **Grievances** | |
|---|---|
| **Accepted** | 0 |
| **Rejected** | 0 |

| **LARNAs Completed** | 5 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 14 |
|---|---|

| **Drug Testing** | |
|---|---|
| **# of Offenders Tested** | 52 |
| **# of Offenders Positive** | 0 |
| **# of Employees Tested** | 7 |
| **# of Employees Positive** | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| **# of Substantiated** | 0 | 0 |
| **# of Unsubstantiated** | 0 | 0 |
| **# of Unfounded** | 0 | 0 |
| **# of Pending** | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| **# Living Area Searches** | 957 |
| **# Non-Living Area Searches** | 208 |
| **Total Searches** | 1165 |
| **Findings** | |
| **# of Unauthorized Items Found** | 0 |
| **# of Contraband Items Found** | 3 |
| **Description of Items Found** | |
| (3) shanks | |

MCC MAR 5

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| na |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 6 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 11 |
| Miscellaneous | 5 |
| Total | 22 |

Comments: Sch B reports: (6) Fighting & (12) Agg Disobedience; Assaults Offender-on-Offender were (3) one-on-one fights; Transp DOC Discharges other were (4) to active detainer; Other CTRP were offender (23) in Anger Mgt class; (4) Offenders discharge without IDs due to their release date being adjusted making their new release date too short to process forms for IDs; Offender Transp Mis were (2) to LTCW for Regional DB Court and (3) to LTCW for Parole Hearing.

Comments (cont):

Inactive: Active

MCC MAR 6



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center
**Region:** Northeast
**Month:** March
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Tyrone Mays on 4/8/2019 at 9:18:00 AM

*\*All fields except comments must only contain numbers.*

| TOTAL # of offenders on LDOM | 327 |
|---|---|
| **OPERATIONAL CAPACITY: 334** | |
| Number of Days over: | 0 |
| Schedule B Reports | 10 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 10 |
| TWP | 4 |
| Lack of Bed Space | 0 |
| Total | 14 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 11 |
| Bus | 8 |

MCC MAR 7

| | |
|---|---|
| **Law Enforcement** | 0 |
| **Other** | 2 |
| **Total DOC Discharges** | 21 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 20 |
| **DOC Students** | 5 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 0 |
| **Other** | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 50 |
| **Completed** | 0 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 25 |

| **Grievances** | |
|---|---|
| **Accepted** | 1 |
| **Rejected** | 0 |

| **LARNAs Completed** | 1 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 15 |
|---|---|

| **Drug Testing** | |
|---|---|
| **# of Offenders Tested** | 66 |
| **# of Offenders Positive** | 0 |
| **# of Employees Tested** | 7 |
| **# of Employees Positive** | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| **# of Substantiated** | 0 | 0 |
| **# of Unsubstantiated** | 0 | 0 |
| **# of Unfounded** | 0 | 0 |
| **# of Pending** | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| **# Living Area Searches** | 591 |
| **# Non-Living Area Searches** | 220 |
| **Total Searches** | 811 |

| **Findings** | |
|---|---|
| **# of Unauthorized Items Found** | 0 |
| **# of Contraband Items Found** | 7 |

| **Description of Items Found** | |
|---|---|
| (2) cell phones, (5) bags of tobacco | |

MCC MAR 8

Case 3:21-cv-00592-JWD-RLB        Document 202-40        08/12/24     Page 9 of 36

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations | |
|---|---|
| na | |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 6 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 7 |
| Miscellaneous | 11 |
| **Total** | 24 |

Comments: Sch B reports: (4) Fights, (5) Agg Disobedience & (1) GPB; Assaults Offender-on-Offender were (2) one-on-one fights; Transp DOC Discharges Other were (2) to active detainers; Other CTRP Enrolled were offenders participating in Anger Mgt (25) & Money Mgt (25); Six offenders discharge without IDs due to their release date being adjusted making their new release date too short to process forms for IDs; Offender Transp Mis were (10) to LTCW for Regional DB Court and (1) to LTCW for Parole Hearing.
Comments (cont):
Inactive: Active

MCC MAR 9



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center
**Region:** Northeast
**Month:** April
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Tyrone Mays on 5/14/2019 at 11:58:32 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 292 |
| **OPERATIONAL CAPACITY: 334** | |
| Number of Days over: | 0 |
| **Schedule B Reports** | 20 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 3 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 12 |
| TWP | 6 |
| Lack of Bed Space | 0 |
| Total | 21 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 6 |
| Bus | 10 |

MCC MAR 10

| Law Enforcement | 0 |
|---|---|
| Other | 5 |
| **Total DOC Discharges** | 21 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 24 |
| DOC Students | 24 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 4 |
| Other | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 70 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 0 |

| **Grievances** | |
|---|---|
| Accepted | 1 |
| Rejected | 0 |

| **LARNAs Completed** | 70 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 17 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 63 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 10 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 928 |
| # Non-Living Area Searches | 282 |
| Total Searches | 1210 |
| **Findings** | |
| # of Unauthorized Items Found | 1 |
| # of Contraband Items Found | 0 |
| **Description of Items Found** | |
| (1) cig lighter | |

MCC MAR 11

| Offender Deaths | 0 |
|---|---|

| **Offender Deaths Explanations** | |
|---|---|
| n/a | |

| **Offender Transports (DOC Only)** | |
|---|---|
| Scheduled Medical | 8 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 6 |
| Miscellaneous | 9 |
| **Total** | 23 |

Comments: Sch B Reports: (12) Agg. Dis, (2) Fighting, (1) GPB, (2) Agg. Fighting, (2) Defiance & (1) Agg Sex Off; Assaults Offender-on-Offender was (1) one-on-one fight and (1) agg. fight; Transp DOC Discharge Other were (5) to active detainers; Other CTRP Enrolled were offenders participating in Anger Mgt (23), Money Mgt (23) & Celebrate Recovery (24); Four offenders discharge without IDs due to their release date being adjusted making their new release date too short to process forms for IDs; Offender Transp Mis were (1) to Winn for Parole Hearing, (1) to LTCW for Parole Hearing and (7) to LTCW for Regional DB Court.

Comments (cont):

Inactive: Active



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center
**Region:** Northeast
**Month:** May
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Tyrone Mays on 6/12/2019 at 10:28:51 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 331 |
| **OPERATIONAL CAPACITY:** 334 | |
| Number of Days over: | 0 |
| Schedule B Reports | 26 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 2 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 9 |
| TWP | 1 |
| Lack of Bed Space | 0 |
| Total | 12 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 3 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 9 |
| Bus | 12 |

MCC MAR 13

| Law Enforcement | 0 |
|---|---|
| Other | 1 |
| **Total DOC Discharges** | 22 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 20 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 4 |
| Other | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 42 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 0 |

| **Grievances** | |
|---|---|
| Accepted | 3 |
| Rejected | 0 |

| **LARNAs Completed** | 162 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 17 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 67 |
| # of Offenders Positive | 4 |
| # of Employees Tested | 8 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 992 |
| # Non-Living Area Searches | 295 |
| Total Searches | 1287 |
| **Findings** | |
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 17 |
| **Description of Items Found** | |
| (2) cell phones, (13) shanks, (2) pocket knives | |

MCC MAR 14

Case 3:21-cv-00592-JWD-RLB        Document 202-40        06/12/24        Page 15 of 36

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| na |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 3 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 14 |
| Miscellaneous | 4 |
| Total | 21 |

Comments: Sch B Reports: Fighting (5), Agg Fighting (2), GPB (1), Defiance (4), Agg Sex Off (1), Contraband (5) & Intoxication (8); Assaults Offender-on-Offender were (2) one-on-one fights and (1) agg fight; Transp DOC Discharges Other was (1) to an active detainer, Other CTRP Enrolled were offenders participating in Anger Mgt (21) and Money Mgt (21); Five offender discharge without IDs due to their time being adjusted making their new date too short to process for IDs; Offender Drug Testing (4) tested positive for meth; Offender Transp Mis were (4) to LTCW for Regional DB Court.

Comments (cont):

Inactive: Active



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center
**Region:** Northeast
**Month:** June
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Tyrone Mays on 7/15/2019 at 12:13:01 PM

*All fields except comments must only contain numbers.*

| TOTAL # of offenders on LDOM | 327 |
|---|---|
| **OPERATIONAL CAPACITY: 334** | |
| Number of Days over: | 0 |
| Schedule B Reports | 38 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 2 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 2 |
| TWP | 1 |
| Lack of Bed Space | 0 |
| Total | 5 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 11 |
| Bus | 13 |

MCC MAR 16

| | |
|---|---|
| Law Enforcement | 0 |
| Other | 7 |
| **Total DOC Discharges** | 31 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 20 |
| **DOC Students** | 20 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 1 |
| **Other** | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 29 |
| **Completed** | 0 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 0 |

| **Grievances** | |
|---|---|
| **Accepted** | 1 |
| **Rejected** | 0 |

| **LARNAs Completed** | 17 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 22 |
|---|---|

| **Drug Testing** | |
|---|---|
| **# of Offenders Tested** | 66 |
| **# of Offenders Positive** | 0 |
| **# of Employees Tested** | 8 |
| **# of Employees Positive** | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| **# of Substantiated** | 0 | 0 |
| **# of Unsubstantiated** | 0 | 0 |
| **# of Unfounded** | 0 | 0 |
| **# of Pending** | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| **# Living Area Searches** | 1275 |
| **# Non-Living Area Searches** | 250 |
| **Total Searches** | 1525 |
| **Findings** | |
| **# of Unauthorized Items Found** | 0 |
| **# of Contraband Items Found** | 38 |

| **Description of Items Found** |
|---|
| (2) knives, (14) shanks, (8) chargers, (4) lighters, (5) cell phones (5) small bags of mojo |

MCC MAR 17

10/14/22, 9:31 AM    Input Monthly Activity Report

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| N/A |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 7 |
| Medical Emergency | 0 |
| Funeral Trips | 1 |
| Court Order | 9 |
| Miscellaneous | 11 |
| Total | 28 |

Comments: Sch B Reports: Contraband (19), Defiance (3), Agg Sex off (4), Theft (1), Fights (2), Agg Fights (3), Assaults Offender-on-Offender were (1) one-on-one fight and (1) agg fight; Transp DOC Discharges Other were (7) to active detainers; Other CTRP enrolled were (29) offenders participating in Celebrate Recovery; Nine offenders discharged without IDs due to their release dates being adjusted making their new release date too short to process forms for IDs; Offender Transp Mis were (6) offenders transported to LTCW for Regional DB court and (5) transported to LTCW for Parole Hearing.

Comments (cont):

Inactive: Active

MCC MAR 18



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center
**Region:** Northeast
**Month:** July
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 8/13/2019 at 5:05:48 PM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 333 |
| **OPERATIONAL CAPACITY: 334** | |
| Number of Days over: | 0 |
| Schedule B Reports | 14 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 1 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 7 |
| TWP | 12 |
| Lack of Bed Space | 0 |
| Total | 21 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 3 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 8 |
| Bus | 9 |

MCC MAR 19

| | |
|---|---|
| Law Enforcement | 0 |
| Other | 5 |
| **Total DOC Discharges** | 22 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 0 |
| **DOC Students** | 0 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 1 |
| **Other** | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 54 |
| **Completed** | 0 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 7 |

| **Grievances** | |
|---|---|
| **Accepted** | 2 |
| **Rejected** | 0 |

| **LARNAs Completed** | 64 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 17 |
|---|---|

| **Drug Testing** | |
|---|---|
| **# of Offenders Tested** | 67 |
| **# of Offenders Positive** | 0 |
| **# of Employees Tested** | 8 |
| **# of Employees Positive** | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| **# of Substantiated** | 0 | 0 |
| **# of Unsubstantiated** | 0 | 0 |
| **# of Unfounded** | 0 | 0 |
| **# of Pending** | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| **# Living Area Searches** | 1041 |
| **# Non-Living Area Searches** | 279 |
| **Total Searches** | 1320 |
| **Findings** | |
| **# of Unauthorized Items Found** | 0 |
| **# of Contraband Items Found** | 24 |

| **Description of Items Found** |
|---|
| (2) shanks, (5) packs of buglers, (5) sm packs of mojo, (1) cig lighter, (11) cell phones |

MCC MAR 20

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| N/A |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 19 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 14 |
| Miscellaneous | 19 |
| Total | 52 |

Comments: Sch B Reports: Agg Fight (1), Fights (4), Theft (1), Contraband (7) & Defiance (1); Assaults Offender-on-Offender were (2) one-on-one fights and (1) agg. fight; Transp DOC Discharges Other were (5) offenders to active detainers; Other CTRP were offenders participating in Celebrate Recovery (24), Risk Mgt PH One (11), Victim Awareness (12) & Conigitive Behavior Intervention & Employee Training (12); Five offenders discharged without IDs due to their release date being adjusted making their new release date too short to process for IDs; Offender Transp Mis were (17) offenders to LTCW for Regional DB Court & (2) to LTCW for Parole Hearing...
Comments (cont):

Inactive: Active

01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center
**Region:** Northeast
**Month:** August
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 9/13/2019 at 12:41:24 PM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 330 |
| **OPERATIONAL CAPACITY: 334** | |
| Number of Days over: | 0 |
| **Schedule B Reports** | 29 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 6 |
| TWP | 4 |
| Lack of Bed Space | 0 |
| Total | 11 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 7 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 13 |
| Bus | 5 |

MCC MAR 22

| | |
|---|---|
| Law Enforcement | 0 |
| Other | 0 |
| **Total DOC Discharges** | 18 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 0 |
| **DOC Students** | 0 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 44 |
| **Other** | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 93 |
| **Completed** | 17 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 4 |

| **Grievances** | |
|---|---|
| **Accepted** | 8 |
| **Rejected** | 8 |

| **LARNAs Completed** | 21 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 14 |
|---|---|

| **Drug Testing** | |
|---|---|
| **# of Offenders Tested** | 67 |
| **# of Offenders Positive** | 0 |
| **# of Employees Tested** | 8 |
| **# of Employees Positive** | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| **# of Substantiated** | 0 | 0 |
| **# of Unsubstantiated** | 0 | 0 |
| **# of Unfounded** | 0 | 0 |
| **# of Pending** | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| **# Living Area Searches** | 279 |
| **# Non-Living Area Searches** | 1131 |
| **Total Searches** | 1410 |
| **Findings** | |
| **# of Unauthorized Items Found** | 0 |
| **# of Contraband Items Found** | 9 |
| **Description of Items Found** | |
| (5) shanks, (3) cell phones, (1) tattoo gun | |

MCC MAR 23

| Offender Deaths | 0 |
|---|---|

| **Offender Deaths Explanations** |
|---|
| na |

| **Offender Transports (DOC Only)** | |
|---|---|
| Scheduled Medical | 9 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 17 |
| Miscellaneous | 16 |
| **Total** | 42 |

Comments: Schedule B Reports: (13) fighting, (4) contraband, (2) defiance, (3) agg. disobedience, (4) Property Dest & (3) agg. sex offense; Assaults Offender-on-offender were (7) one-on-one fights; Other CTRP Enrolled were offenders participating in Anger Mgt (10), La Risk Mgt One (10), Victim Awareness (25), Celebrate Recovery (44) with 17 completing the class & Cognitive Behavior Intervention and Employee Training (11); Four offenders discharged without IDs due their release date being adjusted making their new release date too short to process IDs; Offender Transp Mis were (13) offenders to LTCW for Regional DB Court & (3) offenders to LTCW for Parole Hearing.

Comments (cont):

Inactive: Active



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center
**Region:** Northeast
**Month:** September
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 10/3/2019 at 3:58:08 PM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 326 |
| DOC Offenders | |
| **OPERATIONAL CAPACITY:** 334 | |
| Number of Days over: | 0 |
| Schedule B Reports | 33 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 3 |
| TWP | 2 |
| Lack of Bed Space | 0 |
| Total | 6 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 5 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 2 |

MCC MAR 25

| | |
|---|---|
| Bus | 8 |
| Law Enforcement | 2 |
| Other | 3 |
| **Total DOC Discharges** | 15 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 25 |
| Other | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 62 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 3 |

| **Grievances** | |
|---|---|
| Accepted | 3 |
| Rejected | 0 |

| **LARNAs Completed** | 2 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 11 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 67 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 7 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 960 |
| # Non-Living Area Searches | 270 |
| Total Searches | 1230 |

| **Findings** | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 10 |

| **Description of Items Found** | |
|---|---|
| (7) shanks, (2) cell phones, (1) bag of tobacco | |

MCC MAR 26

| Offender Deaths | 0 |
|---|---|
| **Offender Deaths Explanations** | |
| n/a | |
| | |
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 13 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 10 |
| Miscellaneous | 17 |
| Total | 40 |

Comments: Sch B Reports: Fights (4), Agg Fights (5), Theft (1), Contraband (2), Defiance (2), Agg Disobedience (16) & Property Dest (3); Assaults Offender-on-Offender were (2) one-on-one fights & (3) agg fights; Tranps DOC Discharges were (3) to active detainers; Other CTRP Enrolled were offenders participating in Risk Mgt (7), Anger Mgt (10), Celebrate Recovery (25), Victim Awareness (17) & Cognitive Behavior Intervention/Emp Training (3); Four offenders discharged without IDs due to their original release date being adjusted which made their new release date too short to process for IDs; Offender Transport Mis were 16 offenders transported to LTCW for Regional DB Court & 1 to LTCW for Parole Hearing.

Comments (cont):

Inactive: Active



| Home | Instructions | Print |

01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center
**Region:** Northeast
**Month:** October
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 11/7/2019 at 2:48:20 PM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 329 |
| DOC Offenders | 309 |
| OPERATIONAL CAPACITY: 334 | |
| Number of Days over: | 0 |
| Schedule B Reports | 17 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 6 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 6 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 4 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 5 |

MCC MAR 28

| | |
|---|---|
| Bus | 3 |
| Law Enforcement | 0 |
| Other | 3 |
| **Total DOC Discharges** | 11 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 30 |
| DOC Students | 0 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 28 |
| Other | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 95 |
| Completed | 4 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 19 |

| **Grievances** | |
|---|---|
| Accepted | 6 |
| Rejected | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 8 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 66 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 8 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 992 |
| # Non-Living Area Searches | 279 |
| Total Searches | 1271 |

| **Findings** | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 3 |

| **Description of Items Found** | |
|---|---|
| (1) shank, (2) sm bags of mojo | |

MCC MAR 29

| Offender Deaths | 0 |
|---|---|

| **Offender Deaths Explanations** | |
|---|---|
| n/a | |

| **Offender Transports (DOC Only)** | |
|---|---|
| Scheduled Medical | 18 |
| Medical Emergency | 0 |
| Funeral Trips | 1 |
| Court Order | 15 |
| Miscellaneous | 5 |
| **Total** | 39 |

Comments: Sch B reports: Fighting (8), Theft (1), Contraband (3) & Agg Sex Off (5); Assaults Offender-on-Offender were (4) one-on-one fights; Transp DOC Discharges Other were (3) to active detainers; Other CTRP Enrolled were offenders participating FDIC Money Smart (15), Thinking for a Change (15), Understanding & Reducing Angry Thoughts & Feelings (10); La Risk Mgt One (6), Celebrate Recovery (28), Cognitive Behavior I/EMP (4) with (4) completions & Victim Awareness (17); Three offenders discharged without IDs due to their original release date being adjusted which made their new release date too short to process for IDs. Offender Transports Mis were (2) to LTCW for Regional DB Court & (3) to LTCW for Parole Hearing.

Comments (cont):

Inactive: Active



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center
**Region:** Northeast
**Month:** November
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 12/13/2019 at 8:28:27 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 333 |
| DOC Offenders | 311 |
| **OPERATIONAL CAPACITY: 334** | |
| Number of Days over: | 0 |
| Schedule B Reports | 17 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 3 |
| TWP | 11 |
| Lack of Bed Space | 0 |
| Total | 15 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 7 |

| | |
|---|---|
| Bus | 0 |
| Law Enforcement | 0 |
| Other | 1 |
| **Total DOC Discharges** | 8 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 30 |
| **DOC Students** | 0 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 6 |
| **Other** | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 88 |
| **Completed** | 5 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 0 |

| **Grievances** | |
|---|---|
| **Accepted** | 0 |
| **Rejected** | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 5 |
|---|---|

| **Drug Testing** | |
|---|---|
| **# of Offenders Tested** | 66 |
| **# of Offenders Positive** | 0 |
| **# of Employees Tested** | 6 |
| **# of Employees Positive** | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| **# of Substantiated** | 0 | 0 |
| **# of Unsubstantiated** | 0 | 0 |
| **# of Unfounded** | 0 | 0 |
| **# of Pending** | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| **# Living Area Searches** | 670 |
| **# Non-Living Area Searches** | 270 |
| **Total Searches** | 940 |

| **Findings** | |
|---|---|
| **# of Unauthorized Items Found** | 0 |
| **# of Contraband Items Found** | 78 |

| **Description of Items Found** | |
|---|---|
| (28) shanks, (15) cell phones, (7) cell phone battery packs, (2) cig lighters, (2) | |

MCC MAR 32

chargers, (13) suboxone strips, (11) lortab pills

| Offender Deaths | 0 |
|---|---|
| **Offender Deaths Explanations** | |
| n/a | |

| **Offender Transports (DOC Only)** | |
|---|---|
| Scheduled Medical | 1 |
| Medical Emergency | 0 |
| Funeral Trips | 1 |
| Court Order | 8 |
| Miscellaneous | 2 |
| Total | 12 |

Comments: Sch B reports: Fighting (4), Contraband (11), Defiance (1), Property Dest (1); Assaults Offender-on-Offender were (2) one-on-one fights; Transp DOC Discharges Other was (1) to an active detainer; Other CTRP Enrolled were offenders participating in FDIC Money Smart (9), Celebrate Recovery (6), Inside-Out Dads (9), Thinking for a Change (12), Understanding & Reducing Angry Thoughts & Feelings (11), Victim Awareness (36) & Risk Mgt - Ph One (5) with (5) completions; Three offender discharged without IDs due to their original release date being adjusted which made their new release date too short to process for IDs. Offender Transp Mis were (2) offenders transported to LTCW for Parole Hearing.

Comments (cont):

Inactive: Active



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Correctional Center
**Region:** Northeast
**Month:** December
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 1/10/2020 at 8:50:08 AM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 330 |
| DOC Offenders | 300 |
| OPERATIONAL CAPACITY: 334 | |
| Number of Days over: | 0 |
| Schedule B Reports | 15 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 10 |
| TWP | 1 |
| Lack of Bed Space | 0 |
| Total | 11 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 3 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 12 |

MCC MAR 34

| | |
|---|---|
| Bus | 5 |
| Law Enforcement | 0 |
| Other | 5 |
| Total DOC Discharges | 22 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 7 |
| Other | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 33 |
| Completed | 16 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 0 |

| Grievances | |
|---|---|
| Accepted | 2 |
| Rejected | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 17 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 67 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 7 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 575 |
| # Non-Living Area Searches | 279 |
| Total Searches | 854 |

| **Findings** | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 15 |

| **Description of Items Found** | |
|---|---|
| (6) cell phones, (5) shanks, (4) cell phone batteries | |

MCC MAR 35

Case 3:21-cv-00592-JWD-RLB     Document 202-40     08/12/24     Page 36 of 36

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| n/a |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 13 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 17 |
| Miscellaneous | 10 |
| Total | 40 |

Comments: Sch B Reports: Agg Sex Off (4), Fighting (5), Defiance (3), Agg Dis (1) & Contraband (2); Assaults Offender-on-Offender were (3) one-on-one fights; Transp DOC Discharges Other were (5) to active detainers; Other CTRP Enrolled were Offenders participating in Thinking of a Change (5) with (5) completions, Anger Mgt (1) with (1) completion, FDIC Money Smart (6) with (6) completions, Inside Out Dad (4) with (4) completions, Victim Awareness (10) & Celebrate Recovery (7); Five offenders discharged without IDs due to their original release date being adjusted which made their new release date too short to process for IDs; Offender Transp Mis were (9) to LTCW for Regional DB Court & (1) to LTCW for Parole Hearing.

Comments (cont):

Inactive: Active