

⌂ Home    ⊘ Instructions    🖨 Print

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** January
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Tyrone Mays on 2/7/2019 at 2:28:38 PM

*All fields except comments must only contain numbers.*

| TOTAL # of offenders on LDOM | 437 |
|---|---|
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| Schedule B Reports | 35 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 2 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 20 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 22 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 4 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 5 |
| Bus | 4 |

MPSCC MAR 73

| Law Enforcement | 0 |
|---|---|
| Other | 3 |
| **Total DOC Discharges** | 12 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 10 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 17 |
| Other | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 17 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 0 |

| **Grievances** | |
|---|---|
| Accepted | 4 |
| Rejected | 0 |

| **LARNAs Completed** | 1 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 8 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 94 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 12 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 1549 |
| # Non-Living Area Searches | 252 |
| Total Searches | 1801 |
| **Findings** | |
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 34 |

| **Description of Items Found** |
|---|
| (15) shanks, (3) knives, (8) cell phones, (6) packs of cigs, (1) cell phone battery, (1) sm bag of crystal meth |

MPSCC MAR 74

Case 3:21-cv-00592-JWD-RLB          Document 202-41          08/12/24          Page 3 of 36

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| n/a |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 26 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 7 |
| Miscellaneous | 28 |
| Total | 61 |

Comments: Sch B Reports: (22) contraband, (4) Agg Fights, (4) Defiance, (2) Agg Sex Off, (2) Fighting & (1) Self Mutilation; Assaults Offender-on-Offender were (3) Agg fights and (1) one-on-one fight; Transp DOC Discharges Other were (3) to active detainers; Other CTRP Enrolled are offender participating in Celebrate Recovery; (4) Offenders discharged without IDs due to their release date being adjusted where as their new release dates made them too short to process forms for IDs; Offender Transp Mis were (27) Offenders to LTCW for Regional DB Court and (1) to LTCW for Parole Hearing.

Comments (cont):

Inactive: Active

MPSCC MAR 75



01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** February
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Tyrone Mays on 3/6/2019 at 9:58:53 AM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 439 |
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| Schedule B Reports | 25 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 0 |
| Mental Health | 1 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 13 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 14 |
| **ESCAPES** | |
| # DOC | 1 |
| Apprehensions | 1 |
| **ASSAULTS** | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 6 |
| Bus | 2 |

MPSCC MAR 76

| | |
|---|---|
| Law Enforcement | 0 |
| Other | 1 |
| Total DOC Discharges | 9 |

**GED PROGRAM**

| | |
|---|---|
| GED Slots Available | 22 |
| DOC Students | 22 |
| DOC Completed | 0 |

**SUBSTANCE ABUSE**

| | |
|---|---|
| AA/NA | 24 |
| Other | 0 |

**OTHER CTRP (Non GED/Substance Abuse Programs)**

| | |
|---|---|
| Enrolled | 24 |
| Completed | 0 |

**JOB SKILLS**

| | |
|---|---|
| DOC Students | 19 |

**Grievances**

| | |
|---|---|
| Accepted | 3 |
| Rejected | 0 |

| | |
|---|---|
| LARNAs Completed | 9 |

| | |
|---|---|
| # of DOC Offenders Discharged with Identification | 6 |

**Drug Testing**

| | |
|---|---|
| # of Offenders Tested | 88 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 10 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

**Security Search & Seizure Summary**

**Areas Searched**

| | |
|---|---|
| # Living Area Searches | 1378 |
| # Non-Living Area Searches | 228 |
| Total Searches | 1606 |

**Findings**

| | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 49 |

**Description of Items Found**

(2) Knives, (36) shanks, (6) phones, (2) cig lighters, (1) bag of tobacco, (2) cell phone batt'y

MPSCC MAR 77

| **Offender Deaths** | 0 |
|---|---|

| **Offender Deaths Explanations** |
|---|
| na |

| **Offender Transports (DOC Only)** | |
|---|---|
| Scheduled Medical | 12 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 13 |
| Miscellaneous | 20 |
| **Total** | 45 |

Comments: Sch B reports: (2) Agg sex off, (1) Defiance, (1) Escape, (1) Agg Fighting, (15) Contraband, (4) Intoxication & (1) Fighting; Assaults Offender-on-Offender were (1) one-on-one fight and (1) agg fight; Transp DOC Discharge Other was (1) to an active detainer; Other CTRP were offenders (24) participating in Celebrate Recovery; (3) Offenders discharged without IDs due to their release date being adjusted making their new release date too short to process forms for IDs; Offender Transp Mis were (19) offenders to LTCW for Regional DB Court and (1) offender to LTCW for a video conference.

Comments (cont): Escape was Offender Calvin Davis #423361 who escaped on 2-11-19 and was apprehended and rebooked into the Madison Parish Sheriff Dept for Agg Escape/Simple Escape the same day.

Inactive: Active

MPSCC MAR 78



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** March
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Tyrone Mays on 4/16/2019 at 3:58:52 PM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 551 |
| **OPERATIONAL CAPACITY: 554** | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 39 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 1 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 20 |
| **TWP** | 6 |
| **Lack of Bed Space** | 0 |
| **Total** | 27 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 6 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 1 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 3 |
| **Bus** | 1 |

MPSCC MAR 79

| | | |
|---|---|---|
| Law Enforcement | 0 | |
| Other | 1 | |
| Total DOC Discharges | 5 | |

**GED PROGRAM**

| | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 13 |
| DOC Completed | 0 |

**SUBSTANCE ABUSE**

| | |
|---|---|
| AA/NA | 45 |
| Other | 0 |

**OTHER CTRP (Non GED/Substance Abuse Programs)**

| | |
|---|---|
| Enrolled | 56 |
| Completed | 13 |

**JOB SKILLS**

| | |
|---|---|
| DOC Students | 11 |

**Grievances**

| | |
|---|---|
| Accepted | 5 |
| Rejected | 0 |

| | |
|---|---|
| **LARNAs Completed** | 7 |

| | |
|---|---|
| **# of DOC Offenders Discharged with Identification** | 5 |

**Drug Testing**

| | |
|---|---|
| # of Offenders Tested | 111 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 10 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

**Security Search & Seizure Summary**

**Areas Searched**

| | |
|---|---|
| # Living Area Searches | 865 |
| # Non-Living Area Searches | 287 |
| Total Searches | 1152 |

**Findings**

| | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 16 |

**Description of Items Found**

(7) Shanks, (5) cell phones, (1) cell phone watch, (2) chargers, (1) tattoo gun

MPSCC MAR 80

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| na |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 26 |
| Medical Emergency | 1 |
| Funeral Trips | 0 |
| Court Order | 14 |
| Miscellaneous | 16 |
| **Total** | 57 |

Comments: Sch B Reports: (16) Contraband, (8) Fighting, (4) Agg. Fighting, (4) Defiance, (2) Agg Sex Off, (2) GPB, (1) Prop Dest; Assaults Offender-on-Offender were (4) one-on-one fights and (2) agg fights involving a weapon; Transp DOC Discharges Other was (1) to an active detainer; Other CTRP enrolled were offenders participating in Celebrate Recovery (45) and CDL class (11) with (13) offenders completing Celebrate Recovery; Offender Transp Mis were (7) offenders to LTCW for Parole Hearing and (9) to LTCW for Regional DB Court. Assault: offender on staff - Offender LaDarrius Miller #574848 punched Sgt. Brazil in the left eye with a close fist. Offender Miller received and RVR and was criminally charged for the offense.

Comments (cont):

Inactive: Active

MPSCC MAR 81

🏠 Home    ❓ Instructions    🖨 Print

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** April
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Tyrone Mays on 5/14/2019 at 11:59:45 AM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 503 |
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| **Schedule B Reports** | 40 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 2 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 24 |
| TWP | 1 |
| Lack of Bed Space | 0 |
| Total | 27 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 2 |
| Bus | 5 |

MPSCC MAR 82

| | |
|---|---|
| Law Enforcement | 0 |
| Other | 4 |
| Total DOC Discharges | 11 |

| GED PROGRAM | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 12 |
| DOC Completed | 0 |

| SUBSTANCE ABUSE | |
|---|---|
| AA/NA | 4 |
| Other | 0 |

| OTHER CTRP (Non GED/Substance Abuse Programs) | |
|---|---|
| Enrolled | 91 |
| Completed | 0 |

| JOB SKILLS | |
|---|---|
| DOC Students | 16 |

| Grievances | |
|---|---|
| Accepted | 6 |
| Rejected | 0 |

| LARNAs Completed | 48 |
|---|---|

| # of DOC Offenders Discharged with Identification | 8 |
|---|---|

| Drug Testing | |
|---|---|
| # of Offenders Tested | 102 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 13 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| Security Search & Seizure Summary | |
|---|---|
| Areas Searched | |
| # Living Area Searches | 1272 |
| # Non-Living Area Searches | 243 |
| Total Searches | 1515 |

| Findings | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 32 |

| Description of Items Found |
|---|
| (26) Shanks, (4) tattoo guns, (1) cell phone, (1) shower grate |

MPSCC MAR 83

| Offender Deaths | 0 |
|---|---|
| **Offender Deaths Explanations** | |
| na | |
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 14 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 15 |
| Miscellaneous | 12 |
| **Total** | 41 |

Comments: Sch B Reports: (28) Contraband, (5) Defiance, (1) Agg Sex Off, (2) Agg. Dis, (4) Fighting; Assaults Offender-on-Offender were (2) one-on-one fights; Transp DOC Discharges Other were (4) to active detainers; Other CTRP Enrolled were offenders participating in Money Mgt (25), Anger Mgt (25), CDL Class (16) & Celebrate Recovery (25; Three Offenders discharge without IDs due to their release date being adjusted making their new release date too short to process forms for IDs; Offender Transp Mis were (1) to Winn for Parole Hearing, (1) to LTCW for Parole Hearing & (10) to LTCW for Regional DB Court.

Comments (cont):

Inactive: Active



| 🏠 Home | ❓ Instructions | 🖨 Print |

01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** May
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Tyrone Mays on 6/21/2019 at 2:15:00 PM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 421 |
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| Schedule B Reports | 14 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 2 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 20 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 22 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 5 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 2 |
| Bus | 4 |

MPSCC MAR 85

| | |
|---|---|
| Law Enforcement | 0 |
| Other | 0 |
| **Total DOC Discharges** | 6 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 5 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 4 |
| Other | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 59 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 9 |

| **Grievances** | |
|---|---|
| Accepted | 8 |
| Rejected | 0 |

| **LARNAs Completed** | 122 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 4 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 83 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 9 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 1387 |
| # Non-Living Area Searches | 317 |
| Total Searches | 1704 |
| **Findings** | |
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 56 |
| **Description of Items Found** | |
| (50) shanks, (6) cell phones | |

| **Offender Deaths** | 0 |
|---|---|

| **Offender Deaths Explanations** |
|---|
| na |

| **Offender Transports (DOC Only)** | |
|---|---|
| **Scheduled Medical** | 5 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 9 |
| **Miscellaneous** | 12 |
| **Total** | 26 |

Comments: Sch B Reports: Fighting (7), Agg Fighting (2), Contraband (4) & Agg Sex Off (1); Assaults Offender-on-offender were (3) one-on-one fights & (2) agg fights; Other CTRP Enrolled were offenders participating in Anger Mgt (25), Money Mgt (25) & CDL class (9); Two offenders were discharge without IDs due to their time being adjusted making their new date too short to process for IDs; Offender Transp Mis were (10) to LTCW for Regional DB Court and (2) to LTCW for Parole Hearing.

Comments (cont):

Inactive: Active



01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** June
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Tyrone Mays on 7/15/2019 at 12:14:50 PM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 553 |
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| **Schedule B Reports** | 19 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 14 |
| TWP | 5 |
| Lack of Bed Space | 0 |
| Total | 20 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 1 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 2 |
| Bus | 4 |

MPSCC MAR 88

| | |
|---|---|
| Law Enforcement | 0 |
| Other | 2 |
| **Total DOC Discharges** | 8 |

| **GED PROGRAM** | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 13 |
| DOC Completed | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| AA/NA | 1 |
| Other | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| Enrolled | 50 |
| Completed | 0 |

| **JOB SKILLS** | |
|---|---|
| DOC Students | 18 |

| **Grievances** | |
|---|---|
| Accepted | 2 |
| Rejected | 0 |

| **LARNAs Completed** | 5 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 6 |
|---|---|

| **Drug Testing** | |
|---|---|
| # of Offenders Tested | 137 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 8 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 1440 |
| # Non-Living Area Searches | 240 |
| Total Searches | 1680 |
| **Findings** | |
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 15 |
| **Description of Items Found** | |
| (5) cell phones, (10) shanks | |

MPSCC MAR 89

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| n/a |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 8 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 9 |
| Miscellaneous | 8 |
| Total | 25 |

Comments: Sch B Reports: GPB (1), Agg Sex Off (2), Defiance (2), Fights (5) & Contraband (9); Assaults Offender-on-Offender was (1) agg. fight three on two; Transp DOC Discharges Other were (2) to active detainers; Other CTRP Enrolled were offenders participating in Money Mgt (11), Thinking for a Change (18), CDL class (7) & Celebrate Recovery (14); Six offenders discharged without IDs due to their release date being adjusted making their new release date too short to process forms for IDs; Offender Transp Mis were (7) offenders transported to LTCW for Regional DB Court and (1) offender transprted to LTCW for Parole Hearing.
Comments (cont):

Inactive: Active



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** July
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 8/13/2019 at 5:08:47 PM

*\*All fields except comments must only contain numbers.*

| TOTAL # of offenders on LDOM | 553 |
|---|---|
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| Schedule B Reports | 41 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 27 |
| TWP | 8 |
| Lack of Bed Space | 0 |
| Total | 36 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 1 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 2 |
| Bus | 4 |

MPSCC MAR 91

| | |
|---|---|
| Law Enforcement | 0 |
| Other | 0 |
| **Total DOC Discharges** | 6 |

**GED PROGRAM**

| | |
|---|---|
| GED Slots Available | 23 |
| DOC Students | 23 |
| DOC Completed | 0 |

**SUBSTANCE ABUSE**

| | |
|---|---|
| AA/NA | 13 |
| Other | 0 |

**OTHER CTRP (Non GED/Substance Abuse Programs)**

| | |
|---|---|
| Enrolled | 42 |
| Completed | 0 |

**JOB SKILLS**

| | |
|---|---|
| DOC Students | 17 |

**Grievances**

| | |
|---|---|
| Accepted | 5 |
| Rejected | 0 |

| | |
|---|---|
| **LARNAs Completed** | 53 |

| | |
|---|---|
| **# of DOC Offenders Discharged with Identification** | 4 |

**Drug Testing**

| | |
|---|---|
| # of Offenders Tested | 112 |
| # of Offenders Positive | 1 |
| # of Employees Tested | 10 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

**Security Search & Seizure Summary**

**Areas Searched**

| | |
|---|---|
| # Living Area Searches | 1240 |
| # Non-Living Area Searches | 189 |
| Total Searches | 1429 |

**Findings**

| | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 63 |

**Description of Items Found**

(38) sm bags of mojo, (16) shanks, (1) knife, (7) cell phones (1) sm bag of meth

MPSCC MAR 92

| **Offender Deaths** | 0 |
|---|---|
| **Offender Deaths Explanations** | |
| N/A | |

| **Offender Transports (DOC Only)** | |
|---|---|
| Scheduled Medical | 17 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 21 |
| Miscellaneous | 10 |
| **Total** | 48 |

Comments: Sch B Reports: Contraband (32), Agg Sex Off (3), Property Dest (1), Agg Disobedience (1), Agg Fight (1), Defiance (1); Assault Offender-on-Offender was (1) agg. fight; Other CTRP Enrolled were offenders participating in Celebrate Recovery (13), Victim Awareness (12), CDL class (11) & Conigitive Behavior Intervention/Employee Training (6); Four offenders discharged withour IDs due to their release date being adjusted making their new release date too short to process IDs; Offender Drug Testing (1) positive for Meth; Offender Transp Mis were (10) offenders to LTCW for Regional DB court...

Comments (cont):

Inactive: Active

MPSCC MAR 93



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** August
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 9/17/2019 at 11:26:47 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 562 |
| OPERATIONAL CAPACITY: 564 | |
| Number of Days over: | 0 |
| Schedule B Reports | 35 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 3 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 6 |
| TWP | 1 |
| Lack of Bed Space | 0 |
| Total | 10 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 1 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 7 |
| Bus | 2 |

MPSCC MAR 94

| | |
|---|---|
| Law Enforcement | 0 |
| Other | 3 |
| **Total DOC Discharges** | 12 |

**GED PROGRAM**

| | |
|---|---|
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |

**SUBSTANCE ABUSE**

| | |
|---|---|
| AA/NA | 12 |
| Other | 0 |

**OTHER CTRP (Non GED/Substance Abuse Programs)**

| | |
|---|---|
| Enrolled | 37 |
| Completed | 12 |

**JOB SKILLS**

| | |
|---|---|
| DOC Students | 17 |

**Grievances**

| | |
|---|---|
| Accepted | 6 |
| Rejected | 0 |

| | |
|---|---|
| **LARNAs Completed** | 9 |

| | |
|---|---|
| **# of DOC Offenders Discharged with Identification** | 9 |

**Drug Testing**

| | |
|---|---|
| # of Offenders Tested | 116 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 8 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

**Security Search & Seizure Summary**

**Areas Searched**

| | |
|---|---|
| # Living Area Searches | 2718 |
| # Non-Living Area Searches | 279 |
| Total Searches | 2997 |

**Findings**

| | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 80 |

**Description of Items Found**

(52) shanks, (23) cell phones, (1) knife, (4) sm bags of mojo

MPSCC MAR 95

| Offender Deaths | 0 |
|---|---|

| **Offender Deaths Explanations** |
|---|
| na |

| **Offender Transports (DOC Only)** | |
|---|---|
| Scheduled Medical | 9 |
| Medical Emergency | 2 |
| Funeral Trips | 1 |
| Court Order | 13 |
| Miscellaneous | 22 |
| **Total** | 47 |

Comments: Sch B Reports: (19) contraband, (6) agg. sex offense, (5) defiance, (1) agg. dis, (2) fighting, (2) agg. fighting; Assaults Offender-on-offender was (1) one-on-one fight and (1) agg. fight; Transp DOC Discharge Other were (3) to active detainers; Other CTRP enrolled were offenders participating in La Risk Mgt One (8), CDL class (10), Celebrate Recovery (12) with 12 completing the class & Cognitive Behavior Intervention & Employee Training (7); Three offenders discharged without IDs due to their release date being adjusted making their new release date too short to process IDs; Offender Transp Mis were (18) offenders to LTCW for Regional DB Court & (4) offenders to LTCW for Parole Hearing. Offender Willie Singleton #608868 and offender Kevin Espinoza #714696 were involved in physical altercation involving some type of sharp weapons. Offender Singleton received several small punture wounds to his chest, back and a laceration to his left hand. He was treated by medical staff. Offender Espinoza received lacerations to his left arm, chest and back and had to be transported to Oshner UH- Shreveport by amublance. Emergency surgery was conducted due to puntured lung. Offender Espinoza was admitted into hospital and remained until 8/30/19. Both offender received RVR for Rule #11 and placed on Adm/Seg..
Comments (cont):

Inactive: Active



🏠 Home    ❓ Instructions    🖨 Print

---

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** September
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 10/3/2019 at 4:00:08 PM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 557 |
| **DOC Offenders** | |
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| **Schedule B Reports** | 23 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 10 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 11 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 5 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 1 |

MPSCC MAR 97

| | |
|---|---|
| Bus | 6 |
| Law Enforcement | 0 |
| Other | 2 |
| Total DOC Discharges | 9 |

**GED PROGRAM**

| | |
|---|---|
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |

**SUBSTANCE ABUSE**

| | |
|---|---|
| AA/NA | 0 |
| Other | 0 |

**OTHER CTRP (Non GED/Substance Abuse Programs)**

| | |
|---|---|
| Enrolled | 12 |
| Completed | 0 |

**JOB SKILLS**

| | |
|---|---|
| DOC Students | 12 |

**Grievances**

| | |
|---|---|
| Accepted | 5 |
| Rejected | 0 |

| | |
|---|---|
| LARNAs Completed | 2 |

| | |
|---|---|
| # of DOC Offenders Discharged with Identification | 6 |

**Drug Testing**

| | |
|---|---|
| # of Offenders Tested | 114 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 7 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

**Security Search & Seizure Summary**

**Areas Searched**

| | |
|---|---|
| # Living Area Searches | 1200 |
| # Non-Living Area Searches | 270 |
| Total Searches | 1470 |

**Findings**

| | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 19 |

**Description of Items Found**

(14) shanks, (4) cell phones, (1) cig lighter

MPSCC MAR 98

| Offender Deaths | 0 |
| --- | --- |

| Offender Deaths Explanations |
| --- |
| n/a |

| Offender Transports (DOC Only) | |
| --- | --- |
| Scheduled Medical | 10 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 22 |
| Miscellaneous | 15 |
| Total | 47 |

Comments: Sch B Reports: Contraband (7), Agg Sex Off (2), Defiance (3), Fights (7), Agg Fights (3) & Theft (1); Assaults Offender-on-Offender were (2) one-on-one fights & (3) agg fights; Transp DOC Discharges Other were (2) to active detainers; Other CTRP Enrolled were offenders participating in CDL class (5) & Cognitive Behavior Intervention/Employee Training (7); Three offenders discharged without IDs due to their original release date being adjusted which made their new release date too short to process for IDs; Offender Transports Mis were (13) to LTCW for Regional DB Court and (2) to LTCW for Parole Hearing.
Comments (cont):

Inactive: Active



Home     Instructions     Print

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** October
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 11/7/2019 at 2:56:09 PM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 554 |
| **DOC Offenders** | 549 |
| **OPERATIONAL CAPACITY: 564** | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 18 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 12 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 12 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 3 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 2 |

MPSCC MAR 100

| | |
|---|---|
| Bus | 2 |
| Law Enforcement | 0 |
| Other | 4 |
| **Total DOC Discharges** | 8 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 30 |
| **DOC Students** | 0 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 13 |
| **Other** | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 37 |
| **Completed** | 7 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 15 |

| **Grievances** | |
|---|---|
| **Accepted** | 7 |
| **Rejected** | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 5 |
|---|---|

| **Drug Testing** | |
|---|---|
| **# of Offenders Tested** | 111 |
| **# of Offenders Positive** | 0 |
| **# of Employees Tested** | 8 |
| **# of Employees Positive** | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| **# of Substantiated** | 0 | 0 |
| **# of Unsubstantiated** | 0 | 0 |
| **# of Unfounded** | 0 | 0 |
| **# of Pending** | 0 | 0 |

| **Security Search & Seizure Summary** | |
|---|---|
| **Areas Searched** | |
| **# Living Area Searches** | 1224 |
| **# Non-Living Area Searches** | 279 |
| **Total Searches** | 1503 |

| **Findings** | |
|---|---|
| **# of Unauthorized Items Found** | 0 |
| **# of Contraband Items Found** | 12 |

| **Description of Items Found** | |
|---|---|
| (4) cell phones, (4) shanks, (4) sm bags of mojo | |

MPSCC MAR 101

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| n/a |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 14 |
| Medical Emergency | 1 |
| Funeral Trips | 0 |
| Court Order | 13 |
| Miscellaneous | 6 |
| Total | 34 |

Comments: Sch B reports: Contraband (7), Agg Sex off (1), Defiance (3), Fighting (3), Agg Fighting (3) & Intoxication (1); Assaults Offender-on-offender were (3) one-on-one fights; Transp DOC Discharges Other were (4) to active detainers; Other CTRP Enrolled were offenders participating in La Rick Mgt One (9), Celebrate Recovery (13), CDL (8) & Cognitive Behavior I/EMP (7) with (7) completions; Three offenders discharged without IDs due to their original release date being adjusted which made their new release date too short to process for IDs; Offender Transport Mis were (5) offenders to LTCW for Regional DB Court & (1) to LTCW for Parole Hearing.
Comments (cont):

Inactive: Active



01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** November
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 12/13/2019 at 8:30:19 AM

*\*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 560 |
| DOC Offenders | 550 |
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| Schedule B Reports | 11 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 16 |
| TWP | 16 |
| Lack of Bed Space | 0 |
| Total | 33 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 1 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 1 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 3 |

MPSCC MAR 103

| | |
|---|---|
| Bus | 0 |
| Law Enforcement | 0 |
| Other | 2 |
| **Total DOC Discharges** | 5 |

| **GED PROGRAM** | |
|---|---|
| **GED Slots Available** | 30 |
| **DOC Students** | 0 |
| **DOC Completed** | 0 |

| **SUBSTANCE ABUSE** | |
|---|---|
| **AA/NA** | 13 |
| **Other** | 0 |

| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
|---|---|
| **Enrolled** | 25 |
| **Completed** | 0 |

| **JOB SKILLS** | |
|---|---|
| **DOC Students** | 4 |

| Grievances | |
|---|---|
| Accepted | 1 |
| Rejected | 0 |

| **LARNAs Completed** | 0 |
|---|---|

| **# of DOC Offenders Discharged with Identification** | 4 |
|---|---|

| Drug Testing | |
|---|---|
| # of Offenders Tested | 112 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 10 |
| # of Employees Positive | 0 |

| **Sexual Assault Allegations** | **DOC** | **OTHER** |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 1 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| Security Search & Seizure Summary | |
|---|---|
| **Areas Searched** | |
| # Living Area Searches | 600 |
| # Non-Living Area Searches | 270 |
| **Total Searches** | 870 |

| Findings | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 9 |

| Description of Items Found |
|---|
| (6) shanks, (3) cell phones |

MPSCC MAR 104

| Offender Deaths | 0 |
|---|---|
| **Offender Deaths Explanations** | |
| n/a | |

| **Offender Transports (DOC Only)** | |
|---|---|
| Scheduled Medical | 4 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 2 |
| Miscellaneous | 2 |
| Total | 8 |

Comments: Sch B report: Contraband (3), Defiance (5), Fighting (2), Self mult (1); Assaults Offender-on-Offender was (1) one-on-one fight & (1) Offender-on-staff; Transp DOC Discharges Other were (2) to active detainers; Other CTRP Enrolled were offenders participating in Risk Mgt (8), Celebrate Recovery (13) & CDL class (4); One offender discharge without IDs due his original release date being adjusted which made his new release date too short to process for IDs. Offender Transp Mis was (1) offender transported to LTCW for Regional DB Court and (1) transported to LTCW for Parole Hearing.

Comments (cont): Assault Offender on Staff: On 11-20-19 at 11:21 hrs, Offender Terrence Bergeron DOC# 570881 assaulted Correctional Supervisor Sgt. Ernest Puckett with the intent to commit bodily harm. In an attempt to remove offender Terrence Bergeron from the top of a table, Sgt. Ernest Puckett was struck with a closed fist in the facial area by offender Terrence Bergeron. Other Correctional Officers were called to assist and after necessary force was used to restrain offender Terrence Bergeron, offender Bergeron was then seen by medical. Offender Terrence Bergeron was arrested and rebooked by Madison Parish Sheriff Department for battery of a correctional officer.

Inactive: Active



🏠 Home    ❓ Instructions    🖨 Print

01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Madison Parish Southern Correctional Center
**Region:** Northeast
**Month:** December
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Tyrone Mays on 1/10/2020 at 8:50:51 AM

*All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 553 |
| DOC Offenders | 539 |
| **OPERATIONAL CAPACITY: 564** | |
| Number of Days over: | 0 |
| Schedule B Reports | 33 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 20 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 21 |
| **ESCAPES** | |
| # DOC | 0 |
| Apprehensions | 0 |
| **ASSAULTS** | |
| Offender-on-Offender | 5 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 3 |

MPSCC MAR 106

| | |
|---|---|
| Bus | 1 |
| Law Enforcement | 0 |
| Other | 2 |
| Total DOC Discharges | 6 |

**GED PROGRAM**

| | |
|---|---|
| GED Slots Available | 20 |
| DOC Students | 0 |
| DOC Completed | 0 |

**SUBSTANCE ABUSE**

| | |
|---|---|
| AA/NA | 9 |
| Other | 0 |

**OTHER CTRP (Non GED/Substance Abuse Programs)**

| | |
|---|---|
| Enrolled | 16 |
| Completed | 4 |

**JOB SKILLS**

| | |
|---|---|
| DOC Students | 3 |

**Grievances**

| | |
|---|---|
| Accepted | 0 |
| Rejected | 0 |

| | |
|---|---|
| **LARNAs Completed** | 0 |
| **# of DOC Offenders Discharged with Identification** | 5 |

**Drug Testing**

| | |
|---|---|
| # of Offenders Tested | 108 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 7 |
| # of Employees Positive | 0 |

**Sexual Assault Allegations**

| | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

**Security Search & Seizure Summary**

**Areas Searched**

| | |
|---|---|
| # Living Area Searches | 869 |
| # Non-Living Area Searches | 300 |
| Total Searches | 1169 |

**Findings**

| | |
|---|---|
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 58 |

**Description of Items Found**

(33) shanks, (11) cell phones, (4) cell phones batteries, (10) small bags of mojo

MPSCC MAR 107

Case 3:21-cv-00592-JWD-RLB     Document 202-41     08/12/24     Page 36 of 36

| Offender Deaths | 0 |
|---|---|

| Offender Deaths Explanations |
|---|
| n/a |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 9 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 11 |
| Miscellaneous | 8 |
| Total | 28 |

Comments: Sch B Reports: Contraband (17), Agg Sex Off (6), Fighting (8) & Agg Fighting (2); Assaults Offender-on-Offender were (4) one-on-one fights & (1) agg fight; Transp DOC Discharges Other were (2) to active detainers; Other CTRP Enrolled were offenders participating in LA Risk Mgt One (4) with (4) completions, CDL class (3) & Celebrate Recovery (9); One offender discharged without IDs due to his original release date being adjusted which made his new release date too short to process IDs; Offender Transp Mis were (7) offenders to LTCW for Regional DB Court & (1) to LTCW for Parole Hearing.
Comments (cont):

Inactive: Active

MPSCC MAR 108