# Administrative Remedy Procedure

To: James LeBlanc
Dept. of Public Safety and Corrections
504 Mayflower St.
Baton Rouge, LA 70802

From: James Murray - Pretrial I.D.# 5653
Madison Correctional Center
158 Treatmentplant Rd.
Tallulah, LA 71282

## Complaint:

I am a non-violent pre-trial detainee being housed in the Madison Correctional Center awaiting court proceeding in Iberia Parish, Louisiana. Here at M.C.C. pre-trial detainees are housed with convicted state prisoners and they mix non-violent with violent offenders which exposes me to a substantial risk of serious harm. Every jail or prison should have a classification system that separates dangerous inmates from the rest and allows for the special confinement of obvious predators.

(Ryan v. Burlington County, 889 F.2d 1286 (3d Cir. 1989)(affirming denial of summary judgment for officials at overcrowded jail which did not have classification system that separated pretrial detainee from known dangerous convicted inmates))

## Relief

Implement a adequate classification system for a more safe living condition or transfer me back to Iberia Parish Jail.

ARP000019

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: James LeBlanc
   Secretary Louisiana Dept.
   of Public Safety &
   Dept of Corrections,
   504 Mayflower St.
   Baton Rouge, LA
   70802

9590 9402 5936 0049 4744 89

2. Article Number (Transfer from service label)
   7020 0090 0000 9908 9852

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature: James Leblanc]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): James Leblanc

C. Date of Delivery: 9/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

ARP000020

